David M. Arbogast (SBN 167571)
David@SpiroMoss.com
Ira Spiro (SBN 67641)
Ira@SpiroMoss.com
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Attorneys for Plaintiffs and all others Similarly Situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, and DOES 1 through 10 inclusive,<br><br>    Defendants. | CASE NO. C 07 4485<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br><br>Complaint Filed: August __, 2007 |

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other entities
3  (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii)
4  have a non-financial interest in that subject matter or in a party that could be substantially affected by the
5  outcome of this proceeding:
6  In addition to the named parties: Members of the proposed class or classes of LENDING 1st
7  MORTGAGE and LENDING 1st MORTGAGE, LLC's customers who received an ARM or adjustable
8  rate mortgage, whose identities are as yet unknown.

9  DATED: August 29, 2007          SPIRO MOSS BARNESS LLP

11                                 By: _____
12                                     David M. Arbogast, Esq.
                                       11377 W. Olympic Boulevard, Fifth Floor
                                       Los Angeles, CA 90064-1683
13                                     Phone: (310) 235-2468
                                       Fax:   (310) 235-2456

15                                     Paul R. Kiesel, Esq.
                                       Patrick Deblase, Esq.
                                       Michael C. Eyerly, Esq.
16                                     **KIESEL BOUCHER LARSON LLP**
                                       8648 Wilshire Boulevard
17                                     Beverly Hills, California 90210
                                       Phone: (310) 854-4444
18                                     Fax:   (310) 854-0812

19                                     Jeffrey K. Berns, Esq.
                                       **LAW OFFICES OF JEFFREY K. BERNS**
20                                     19510 Ventura Blvd, Suite 200
                                       Tarzana, California 91356
21                                     Phone: (818) 961-2000
                                       Fax:   (818) 867-4820

                                       Attorneys for Plaintiffs and all others Similarly
23                                     Situated

---
-2-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS