# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| ARMANDO PLACENCIA, MELANIA PLACENCIA, et al.<br><br>V.<br><br>LENDING 1ST MORTGAGE, LENDING 1ST MORTGAGE, LLC, and DOES 1 through 10 inclusive<br><br>TO: (Name and address of defendant) | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER:<br><br>C 07 4485<br><br>JW<br><br>HRL |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David M. Arbogast (SBN 167571)
David@SpiroMoss.com
SPIRO MOSS BARNESS LLP
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468

an answer to the complaint which is herewith served upon you, within ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_(signature)_
(BY) DEPUTY CLERK

DATE  AUG 2 9 2007