UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LENDING 1ST MORTGAGE, LENDING 1ST MORTGAGE, LLC, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. C 07-4485-JW<br><br>Judge: Hon. James Ware<br>Ctrm: 8<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO FILE AN ANSWER, RESPONSIVE PLEADING, AND/OR MOTION TO DISMISS UNDER FRCP 12(b) TO DECEMBER 12, 2007<br><br>Complaint Filed: October 11, 2007<br>Trial Date: Not Yet Set |

Subject to the Court's approval, Defendant, LENDING 1ST MORTGAGE, LLC, fka LENDING 1ST MORTGAGE, erroneously sued herein as LENDING 1ST MORTGAGE (hereinafter "Defendant") and Plaintiffs, ARMANDO PLASCENCIA and MELANIA PLASCENCIA (hereinafter "Plaintiffs") hereby stipulate and agree pursuant to Northern District of California Civil Local Rule 6(a), by and through BREMER WHYTE BROWN & O'MEARA, LLP, specially appearing on behalf of Defendant for the purpose of this Stipulation only, and Plaintiff's counsel of Record, as follows:

1. The time by which Defendant must respond to Plaintiffs' Complaint by filing an Answer, Responsive Pleading and/or Initial Motion pursuant to Federal Rule of Civil Procedure 12(b) shall be extended through December 12, 2007;

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

STIPULATION AND [PROPOSED] ORDER

H:\3012\016\CF\stip.0rd.REV1.doc

2. The Last date for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall be extended through January 14, 2008;

3. The last day for the parties to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be extended through January 14, 2008;

4. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be extended through February 4, 2008;

5. The Initial Case Management Conference (CMC) in shall be continued to February 11, 2008;

6. Defendant shall expressly reserve its right to challenge this Court's jurisdiction and to file a Motion to Dismiss based on Federal Rule of Civil Procedure 12(b)(3) for Improper Venue; and

7. Defendant does not consent to the jurisdiction of this Court by entering into this Stipulation.

Respectfully submitted,

Dated: November 9, 2007

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Keith G. Bremer
Jeremy S. Johnson
Specially Appearing on behalf of
Defendant, LENDING 1ST MORTGAGE,
LLC, fka LENDING 1ST MORTGAGE

Dated: November 12, 2007

SPIRO MOSS BARNESS LLP

By: _____
David M. Arbogast
on behalf of Plaintiffs ARMANDO
PLASCENCIA and MELANIA
PLASCENCIA

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2
STIPULATION AND [PROPOSED] ORDER

H:\3012\016\CF\stip.0rd.REV1.doc

**[PROPOSED] ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The time by which Defendant, LENDING 1ST MORTGAGE, LLC, fka LENDING 1ST MORTGAGE, must respond to Plaintiff's Complaint with the filing of an Answer, Responsive Pleading and/or Initial Motion pursuant to Federal Rule of Civil Procedure 12(b) shall be extended through December 12, 2007;

2. The Last date for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall be extended through January 14, 2008;

3. The last day for the parties to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be extended through January 14, 2008;

4. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be extended through February 4, 2008;

5. The Initial Case Management Conference (CMC) in shall be continued to February 11, 2008;

6. Defendant's execution of the Stipulation extending its time to respond to Plaintiffs' Complaint does not constitute an appearance by Defendant in this Court; and

7. Defendant shall expressly reserve its right to challenge this Court's jurisdiction and to file a Motion to Dismiss based on Federal Rule of Civil Procedure 12(b)(3) for Improper Venue.

IT IS SO ORDERED

Dated: November ___, 2007

_____
Hon. James Ware
Judge, United States District Court

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

3
STIPULATION AND [PROPOSED] ORDER
H:\3012\016\CF\stip.Ord.REV1.doc

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20320 S.W. Birch Street, Second Floor, Newport Beach, California 92660.

On November 13, 2007, I served the within document(s) described as:

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO FILE AN ANSWER, RESPONSIVE PLEADING, AND/OR MOTION TO DISMISS UNDER FRCP 12(b) TO DECEMBER 12, 2007**

on the interested parties in this action as stated on the attached mailing list.

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Newport Beach, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on November 13, 2007, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____Michelle Nemirovsky_____      _____
(Type or print name)                                (Signature)

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH. CA 92660
(949) 221-1000

1

H:\3012\016\PROOF OF SERVICE.doc

<u>Armando Placencia, et al. vs. Lending 1st Mortgage, et al.</u>

Case No. C074485

BWB&O CLIENT:  Lending 1st Mortgage
BWB&O FILE NO.: 3012.016

<u>SERVICE LIST</u>

| David M. Arbogast<br>Sprio Moss Barness LLP<br>11377 W. Olympic Blvd. 5th Fl.<br>Los Angeles, CA<br><br>310.235.2468 | | |
|---|---|---|

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2

H:\3012\016\PROOF OF SERVICE.doc