1  J. THOMAS ALDRICH (SBN 216695)
2  ERICKSEN, ARBUTHNOT, KILDUFF,
   DAY & LINDSTROM, INC.
   100 Howe Avenue, Suite 110 South
3  Sacramento, CA   (95825-8201)
   (916) 483-5181 Telephone
4  taldrich@eakdl.com

5
   Attorneys for Defendant, LENDING 1st MORTGAGE
6

7
                       UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9

10

11  ARMANDO PLASCENCIA and MELANIA )   CASE NO.  C-07-4485 JW
    PLASCENCIA, individually and on behalf of )
12  all others similarly situated,          )   **NOTICE OF MOTION AND**
                                            )   **MOTION TO DISMISS**
                Plaintiff,                  )   **COMPLAINT OR IN THE**
13                                          )   **ALTERNATIVE TO TRANSFER**
    v.                                      )   **CASE TO CENTRAL DISTRICT**
14                                          )   **OF CALIFORNIA**
    LENDING 1st MORTGAGE and LENDING )
15  1st MORTGAGE, LLC, and DOES 1 through)   DATE: January 28, 2008
    10, inclusive,                          )   TIME : 9:00 a.m.
16                                          )
                Defendants.                 )
17  _____)

18

19      TO PLAINTIFF, THE COURT, AND ALL PARTIES HEREIN:

20      PLEASE TAKE NOTICE that Defendant, LENDING 1ST MORTGAGE, LLC, f.k.a.

21  LENDING 1ST MORTGAGE (hereinafter "Defendant") on January 28, 2008 at 9:00 a.m., or as

22  soon thereafter as the Court may hear the motion, will move this Court, located at 280 South 1st

23  Street, San Jose, California 95113, Courtroom 8, 4th Floor, for the following orders:

24      1.  Dismissal of Plaintiffs, ARMANDO PLACENCIA'S and MELANIA

25  PLACENCIA'S, Complaint for Failure to State a Claim Upon Which Relief Can Be Granted per

26  Federal Rules of Civil Procedure, Rule 12(b)(6); and

27

28  Notice of Motion to Dismiss Complaint or Transfer Venue
                                        1
    \plascencia\07-162\jtapld.001
    MST:mdg

1    2.    Dismissal of Plaintiffs, ARMANDO PLACENCIA'S and MELANIA PLACENCIA'S, Complaint for Improper Venue per Federal Rules of Civil Procedure, Rule 12(b)(3); or alternatively

3.    For transfer of Venue of Case No. C 07-4485-JW to the Central District of California.

This motion is based on the grounds that the Complaint fails to state a claim upon which relief can be granted and that venue is improper pursuant to 28 U.S.C. section 1391(b) given the only named Defendant in this case, LENDING 1ST MORTGAGE, LLC, does not reside in the Northern District of California, and a substantial part of the events or omissions allegedly giving rise to the instant claim did not occur in the Northern District of California. Moreover, Defendant contends that venue is improper pursuant to 28 U.S.C. section 1391(c) given the Defendant, which is a Limited Liability Company, does not, and did not, reside in the Northern District of California wherein its contacts would be sufficient to subject the Defendant to personal jurisdiction in the Northern District of California as if it was a separate State since California has multiple judicial districts.

This motion is also based on this Notice, the Memorandum of Points and Authorities set forth herein, the Declarations in support thereof, all pleadings, records, files, and other documentation on file with the Court in this action, and upon such oral and documentary evidence as the Court may entertain at the time of the hearing on this motion.

DATED: December 12, 2007

ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.

By:  /S/
J. THOMAS ALDRICH
Attorneys for Defendant, LENDING 1st MORTGAGE

Notice of Motion to Dismiss Complaint or Transfer Venue

2

\plascencia\07-162\jtapld.001
MST:mdg