1  J. THOMAS ALDRICH (SBN 216695)
   ERICKSEN, ARBUTHNOT, KILDUFF,
2  DAY & LINDSTROM, INC.
   100 Howe Avenue, Suite 110 South
3  Sacramento, CA   (95825-8201)
   (916) 483-5181 Telephone
4  taldrich@eakdl.com

6  Attorneys for Defendant, LENDING 1st MORTGAGE

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C-07-4485 JW<br><br>(Proposed)<br>**ORDER GRANTING MOTION TO DISMISS**<br><br>DATE: January 28, 2008<br>TIME : 9:00 a.m. |

The motion of defendant, LENDING 1st MORTGAGE, to Dismiss the Complaint or, in the alternative, to Transfer Case to Central District, came on regularly for hearing on January 28, 2008, at 9:00 a.m. before the Honorable James Ware. On proof made to the satisfaction of the Court that the motion ought to be granted, the Court finds that Plaintiffs failed to plead sufficient facts to state a claim and that any attempt to amend the complaint would be futile. The Court further finds that venue is proper in the Central District of California.

IT IS HEREBY ORDERED THAT Plaintiffs' Complaint be dismissed without leave to amend.

Proposed Order Granting Motion to Dismiss

1

\plascencia\07-162\jtapld.
MST:mdg

Dated: _____

_____
JAMES WARE, U.S. DISTRICT COURT JUDGE

Proposed Order Granting Motion to Dismiss

\plascencia\07-162\jtapld.
MST:mdg

2