**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>LENDING 1ST MORTGAGE,<br><br>        Defendant(s).<br>_____/ | No. C 07-04485 JW<br><br>CLERK'S NOTICE CONTINUING MOTION HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Dismiss before Judge James Ware previously noticed for January 28, 2008 at 9:00 AM, has been reset to **February 11, 2008 at 9:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The Case Management Conference set for February 11, 2008 at 10:00 AM is vacated. The Court will issue further scheduling dates pending the Court's Order on the Motion to Dismiss.

Dated: December 18, 2007

                                                    FOR THE COURT,
                                                    Richard W. Wieking, Clerk

                                            by:        /s/
                                                          Elizabeth Garcia
                                                          Courtroom Deputy