MARK S. TRATTEN (SBN 119330)
J. THOMAS ALDRICH (SBN 216695)
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
100 Howe Avenue, Suite 110 South
Sacramento, CA   (95825-8201)
(916) 483-5181 Telephone

Attorneys for Defendant, LENDING 1st MORTGAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.  C-07-4485 JW<br><br>ORDER GRANTING REMOVAL OF  DOCUMNENT NO. 14 FROM THE COURT'S ELECTRONIC DOCKET |

On December 12, 2007, defendant filed its Notice of Motion to Dismiss, or in the Alternative, Transfer Venue, together with its Memorandum of Points and Authorities and supporting Declarations.  Upon review of Document No. 14, (Declaration in Support of [12] Motion to Dismiss, or, in the alternative, Motion to Change Venue, [13] Brief Lomardi Declaration), counsel discovered that an unrelated document had been inadvertently attached to the Declaration, and an Amended Lombardi Declaration, was immediately filed on December 12, 2007, Document No. 17, (Declaration in Support of [12] Motion to Dismiss or, in the alternative, Motion to Change Venue AMENDED LOMBARDI DECLARATION.)

[Proposed] Order

\plascencia\07-162\jtapld.006
MST:mdg

1

1    FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Document No. 14,
2  Declaration in Support of [12] Motion to Dismiss, or, in the alternative, Motion to Change Venue,
3  [13] Brief Lomardi Declaration, filed in the above-referenced matter be removed from the Court's
4  electronic docket.
5    Dated: December 19, 2007

         /s/ James Ware
         _____
         JAMES WARE, Judge of the U.S. District Court

[Proposed] Order

\plascencia\07-162\jtapld.006
MST:mdg

2