David M. Arbogast (SBN 167571)
David@SpiroMoss.com
Ira Spiro (SBN 67641)
Ira@SpiroMoss.com
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444
Fax: (310) 854-0812

Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Attorneys for Plaintiffs and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, and DOES 1 through 10 inclusive,

Defendants.

**CASE NO. C-07-4485 JW**

**NOTICE RE CASE NOT ASSIGNED TO THE PROPER DIVISION WITHIN THIS DISTRICT AND DECLARATION OF DAVID M. ARBOGAST**

**[CIVIL LOCAL RULES, rule 3-2 (c), (d), and (f)]**

Complaint Filed: August 29, 2007

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this case has been improperly filed and/or assigned to the wrong division within this district.

Civil Local Rules, rule 3-2 (c) provides, in relevant part:

> "[A]ll civil actions and proceedings for which this district in the proper venue shall be assigned by the Clerk to a Courthouse serving the County in which the action arises. **A civil action arises in the county in which a substantial part of the events or omissions which gave rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated**."

Civil Local Rules, rule 3-2 (d) provides, in relevant part:

> **"[A]ll civil actions which arise in the count[y] of Alameda ... shall be assigned to the San Francisco or the Oakland Division."**

Plaintiffs' First Amended Complaint ("FAC") states:

> Plaintiffs, ARMANDO PLASCENCIA and MELANIA PLASCENCIA ("Plaintiffs") are, and at all times relevant to this Complaint were, individuals **residing in San Leandro, California**.

(See FAC at ¶ 2.)

Plaintiffs' FAC further states:

> "**LENDING 1st MORTGAGE transacts business in Alameda County**, California and at all relevant times promoted, marketed, distributed, and sold Option Arm loans throughout the United States, including Alameda County, California. LENDING 1st MORTGAGE has significant contacts with Alameda County, California, **and the activities complained of herein occurred, in whole or in part, in Alameda County, California**."

(See FAC at ¶ 4, and 5)

Civil Local Rules, rule 3-2 (f) provides, in relevant part:

> "**Whenever a Judge finds**, upon the Judge's own motion or the motion of any party, **that a civil action has not been assigned to the proper division within this district in accordance with this rule ... the Judge may order such a transfer, subject to the provisions of the Court's Assignment Plan**."

/ / /

/ / /

Respectfully submitted,

DATED: January 7, 2008

**SPIRO MOSS BARNESS LLP**

By: ___________/s/___________________________

David M. Arbogast, Esq.
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468
Fax: (310) 235-2456

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444
Fax: (310) 854-0812

Jonathan Shub, Esq.
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300
Fax (215) 851-8029

Jeffrey K. Berns, Esq.
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Blvd, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

Attorneys for Plaintiffs, ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, and all others Similarly Situated

/ / /

/ / /

/ / /

**DECLARATION OF DAVID M. ARBOGAST**

1. I am an active member of the State Bar of California, admitted January, 1993, and I am a member of the Bar of this Court. I am one of the attorneys of record for plaintiffs in this action.

2. In reviewing the case file, it has come to my attention that this case was either filed or assigned to the wrong division within this district.

3. The original complaint was filed on August 29, 2007. During that time frame, I had a temporary legal assistant who handled the filing of the complaint. Missing from my file is the attorney service work order so I am unable to determine if the error was due to my offices mistake, the attorney services mistake, or the Clerks office error in assigning the case to the wrong division within this district. The original complaint is stamped "Richard W. Wieking - Clerk of the United States District Court - Norther District of California" and therefore I am unable to determine from the face of the pleading where the case was originally filed.

4. Based on the fact that the case has been assigned to the San Jose Division, I will have to assume that the case was mistakenly or inadvertently filed in the wrong court. The Plaintiffs reside in San Leandro, Alameda County, and a substantial part of the events or omissions which gave rise to Plaintiffs complaint, and the property which is the subject of Plaintiffs claims arose in Alameda County. Therefore, but for my mistake or inadvertence, the instant case should have been filed in the Oakland Division of the Northern District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed in the State of California on January 7, 2008.

                                              */s/*
                                      DAVID M. ARBOGAST