IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Armando Plascencia, et al., | NO. C 07-04485 JW |
| Plaintiffs, | **ORDER TRANSFERRING CASE** |
| v. | |
| Lending 1st Mortgage, et al., | |
| Defendants. | |

Plaintiffs have notified the Court that this case was incorrectly filed in the San Jose Division of the Northern District. (See Docket Item No. 22.)

Pursuant to Civil Local Rule 3-2(c), a civil action arises in the county in which a substantial part of the events or omissions which gave rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated. All civil actions which arise in the county of Alameda shall be assigned to the San Francisco or the Oakland Division. Civ. L. R. 3-2(d). Whenever a Judge finds that a civil action has not been assigned to the proper division within this district, the Judge may order transfer of the action to the appropriate division. Civ. L. R. 3-2(f).

Plaintiffs' First Amended Complaint alleges that Plaintiffs' reside in San Leandro, California, which is in Alameda County. (First Amended Complaint ¶ 2, hereafter, "FAC," Docket Item No. 5.) Plaintiffs further allege that Defendants conduct business in Alameda County and all of

the activities complained of occurred in Alameda County.  (FAC ¶¶ 4-5.)  Accordingly, the Court finds that San Jose is not the proper Division for this case pursuant to Rule 3-2(d).

The Clerk shall transfer the case to the appropriate division and reassign this case.

Dated:  January 11, 2008

JAMES WARE  
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David M. Arbogast david@spiromoss.com
Jeffrey Keith Berns jberns@jeffbernslaw.com
Jeremy Scott Johnson jjohnson@bremerandwhyte.com
John Thomas Aldrich taldrich@eakdl.com
Jonathan Shub jshub@seegerweiss.com
Michael C Eyerly eyerly@kbla.com
Patrick DeBlase deblase@kbla.com
Paul R. Kiesel Kiesel@kbla.com
Robert Ira Spiro ira@spiromoss.com

**Dated:  January 11, 2008**                               **Richard W. Wieking, Clerk**

                                                                              **By:   /s/ JW Chambers**
                                                                                     **Elizabeth Garcia**
                                                                                     **Courtroom Deputy**