

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13

ARMANDO PLASCENCIA, and MELANIA ) 
PLASCENCIA, individually and on behalf of )
all others similarly situated, )
)
          Plaintiffs, )
)
14                         )
)
15        v. )
)
16 )
LENDING 1st MORTGAGE and LENDING )
17  1st MORTGAGE, LLC, and DOES 1 through )
10 inclusive, )
18 )
          Defendants. )
19 )
)
20 )
&#8203; )

**CASE NO. C-07-4485 JW**

Judge:  Hon. Claudia Wilken
Ctrm:   2

CLASS ACTION

**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT**

Complaint Filed: August 29, 2007
Trial Date: Not set yet.

21
22
23
24
25
26
27
28

1    WHEREFORE, Plaintiffs, ARMANDO PLASCENCIA, and MELANIA PLASCENCIA

2  (hereinafter "Plaintiff") filed their First Amended Complaint on October 11, 2007.

3    WHEREFORE, Defendants, LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC

4  (hereinafter "Defendants"), filed their Motion to Dismiss Complaint or Transfer Venue on December 12,

5  2007.

6    WHEREFORE, Plaintiffs have reviewed Defendants motion and believe they can cure any

7  alleged defects in their Complaint by filing an amended pleading.

8    WHEREFORE, Defendants shall expressly reserve their rights to challenge the Court's

9  jurisdiction and the sufficiency of the allegations contained in the Second Amended Complaint to the

10  extent allowed by the Federal Rules of Civil Procedure.

11    WHEREFORE, Defendant does not consent to the jurisdiction of the Court by entering into this

12  Stipulation.

13    WHEREFORE, subject to the Court's approval, Plaintiffs and Defendants have agreed to allow

14  Plaintiffs leave to file their Second Amended Complaint.

15    WHEREFORE, Plaintiffs and Defendants have agreed to allow Defendants thirty (30) days from

16  service of the Second Amended Complaint to file a responsive pleading.

17    Respectfully Submitted,

18  DATED: January 24, 2008             SPIRO MOSS BARNESS LLP

19
20                                      By: _____/s/_____
                                        David M. Arbogast
21                                      on behalf of Plaintiffs

22  DATED: January 24, 2007             ERICKSEN, ARBUTHNOT, KILDUFF,
                                        DAY & LINDSTROM, LLC
23
24                                      By: _____/s/_____
                                        J. Thomas Aldrich
25                                      on behalf of Defendants

26

27

28

Stipulation and [Proposed] Order-C-07-4485 CW

1

**[PROPOSED] ORDER**

2      Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED

3 that:

4      1.      Plaintiffs are granted leave to file their Second Amended Complaint; and

5      2.      The hearing on Defendants Motion to Dismiss Complaint or Transfer Venue set for

6 February 11, 2008 is vacated.

7      3.      Defendants shall have thirty (30) days from service of the Second Amended Complaint to

8 file a responsive pleading.

9      IT IS SO ORDERED

10 Dated: January __, 2008                     _____

11                                             Hon. Claudia Wilken
                                               United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order-C-07-4485 CW