**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. C-07-4485 CW**<br><br>Judge: Hon. Claudia Wilken<br>Ctrm: 2<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT AS MODIFIED**<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

WHEREFORE, Plaintiffs, ARMANDO PLASCENCIA, and MELANIA PLASCENCIA (hereinafter "Plaintiff") filed their First Amended Complaint on October 11, 2007.

WHEREFORE, Defendants, LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC (hereinafter "Defendants"), filed their Motion to Dismiss Complaint or Transfer Venue on December 12, 2007.

WHEREFORE, Plaintiffs have reviewed Defendants motion and believe they can cure any alleged defects in their Complaint by filing an amended pleading.

WHEREFORE, Defendants shall expressly reserve their rights to challenge the Court's jurisdiction and the sufficiency of the allegations contained in the Second Amended Complaint to the extent allowed by the Federal Rules of Civil Procedure.

WHEREFORE, Defendant does not consent to the jurisdiction of the Court by entering into this Stipulation.

WHEREFORE, subject to the Court's approval, Plaintiffs and Defendants have agreed to allow Plaintiffs leave to file their Second Amended Complaint.

WHEREFORE, Plaintiffs and Defendants have agreed to allow Defendants thirty (30) days from service of the Second Amended Complaint to file a responsive pleading.

Respectfully Submitted,

DATED: January 24, 2008

SPIRO MOSS BARNESS LLP

By: /s/
David M. Arbogast
on behalf of Plaintiffs

DATED: January 24, 2007

ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, LLC

By: /s/
J. Thomas Aldrich
on behalf of Defendants

**ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiffs are granted leave to file their Second Amended Complaint; and

2. The hearing on Defendants Motion to Dismiss Complaint or Transfer Venue set for February 21, 2008 is vacated **and the motion is denied without prejudice to re-noticing or re-filing after service of the Second Amended Complaint.**

3. Defendants shall have thirty (30) days from service of the Second Amended Complaint to file a responsive pleading.

**4. The Case Management Conference, previously set for 2/21/08, is continued to April 8, 2008, at 2:00 p.m.**

IT IS SO ORDERED

Dated: January 29, 2008

Claudia Wilken

Hon. Claudia Wilken
United States District Court Judge