1  MARK S. TRATTEN (SBN 119330)
   Appearing *Pro Hac Vice*
2  J. THOMAS ALDRICH (SBN 216695)
   ERICKSEN, ARBUTHNOT, KILDUFF,
3  DAY & LINDSTROM, INC.
   100 Howe Avenue, Suite 110 South
4  Sacramento, CA  (95825-8201)
   (916) 483-5181 Telephone
5

6
7  Attorneys for Defendant, LENDING 1st MORTGAGE

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                            Oakland Division
10 ARMANDO PLASCENCIA and MELANIA )    CASE NO.  C-07-4485 JW
11 PLASCENCIA, individually and on behalf of )
   all others similarly situated,         )
12                                         )    DECLARATION OF CHRIS
                 Plaintiff,                )    LOMBARDI IN SUPPORT OF
13                                         )    MOTION TO DISMISS SECOND
   v.                                      )    AMENDED COMPLAINT
14                                         )
15 LENDING 1st MORTGAGE and LENDING )
   1st MORTGAGE, LLC, and DOES 1 through )
16 10, inclusive,                          )
                                           )
17              Defendants.                )
   _____       )

18        I, CHRIS LOMBARDI, declare as follows:

19 1.     I am the Chief Executive Officer with LENDING 1ST MORTGAGE, LLC, and I make this

20 declaration for and upon its behalf and in connection with LENDING 1ST MORTGAGE, LLC'S

21 Motion to Dismiss the Second Amended Complaint.

22 2.     LENDING 1ST MORTGAGE, LLC is a limited liability company organized in California

23 with its principal place of business and headquarters in Rancho Santa Margarita, Orange County,

24 California. It was formerly a corporation also organized in California.

25 3.     Prior to the filing of the Complaint in this case, LENDING 1ST MORTGAGE, LLC never

26 had its principal place of business or headquarters outside of Anaheim, California.  Subsequent to

27

28 Declaration of Chris Lombardi in support of Motion to Dismiss Second Amended Complaint
                                              1
   \plascencia\07-162\jtmpld.009
   MST:mdg

1    the filing of the complaint in this case, LENDING 1ST MORTGAGE, LLC moved to Rancho Santa

2    Margarita, Orange County, California.

3    4.        LENDING 1ST MORTGAGE, LLC has never had any offices located in northern California

4    and none of LENDING 1ST MORTGAGE, LLC'S employees, officers or agents have ever

5    conducted business on behalf of LENDING 1ST MORTGAGE, LLC in northern California in 2006

6    or thereafter.

7    5.        LENDING 1ST MORTGAGE, LLC has never owned or possessed any real property or bank

8    accounts in northern California.

9    6.        LENDING 1ST MORTGAGE, LLC never sent any representatives to northern California to

10   conduct business with respect to the Plascencias' loan.

11   7.        LENDING 1ST MORTGAGE, LLC's only roles in this case were to underwrite and fund the

12   loan, both of which took place in Anaheim, California. The funds were given to an escrow company.

13   8.        All transfers of funds with respect to this transaction took place in LENDING 1ST

14   MORTGAGE, LLC'S Anaheim, California headquarters.

15   9.        The broker who negotiated this transaction was in Rancho Santa Margarita, California and

16   was not an agent or employee of LENDING 1ST MORTGAGE, LLC.   LENDING 1ST

17   MORTGAGE, LLC was never involved in the negotiation of this loan.

18   10.       All documents related to the Plascencias' loans, except the initial disclosures, were provided

19   by LENDING 1ST MORTGAGE, LLC to the broker in Anaheim, California.

20   11.       Exhibit A hereto is a true and correct copy of the Consumer Handbook on Adjustable Rate

21   Mortgages published by the Federal Reserve Board. A copy of this Handbook was mailed to the

22   Plascencias by LENDING 1ST MORTGAGE, LLC when notified that the Plascencias were

23   interested in a loan.

24   12.       Exhibit B hereto is a true and correct copy of a set of disclosures mailed to the Plascencias

25   by LENDING 1ST MORTGAGE, LLC regarding their loans in response to the allegations contained

26   in their Second Amended Complaint.

27   ///

28
Declaration of Chris Lombardi in support of Motion to Dismiss Second Amended Complaint
2
\plascencia\07-162\jtapld.009
MST:mdg

1    If called as a witness, I would testify in a fashion identical to that set forth. I declare under

2    penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3    Executed on February 25, 2008, in Rancho Santa Margarita, California.

4

5

6                                    CHRIS LOMBARDI

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Declaration of Chris Lombardi in support of Motion to Dismiss Second Amended Complaint
                                            3
      \plascencia\07-162\jtapld.009
      MST:mdg

# EXHIBIT "A"



## The Federal Reserve Board



Consumer Handbook on

# Adjustable-Rate Mortgages

Interest Rate

Consumer Handbook on Adjustable-Rate Mortgages | 1



Adjustable-rate mortgages (ARMs) are loans with interest rates that change. ARMs may start with lower monthly payments than fixed-rate mortgages, but keep the following in mind:

- Your monthly payments could change. They could go up—sometimes by a lot—even if interest rates don't go up. See page 20.
- Your payments may not go down much, or at all—even if interest rates go down. See page 11.
- You could end up owing more money than you borrowed—even if you make all your payments on time. See page 22.
- If you want to pay off your ARM early to avoid higher payments, you might have to pay a penalty. See page 24.

You need to compare features of ARMs to find the one that best fits your needs. See the Mortgage Shopping Worksheet on page 2.

This handbook explains how ARMs work and discusses some of the issues that borrowers may face. It includes ways to reduce the risks and gives some pointers about advertising and other ways you can get information from lenders and other trusted advisers. Important ARM terms are defined in a glossary. And the Mortgage Shopping Worksheet can help you ask the right questions and figure out whether an ARM is right for you. Ask lenders to help you fill out the worksheet so you can get the information you need to compare mortgages.

# Mortgage Shopping Worksheet

*Ask your lender or broker to help you fill out this worksheet.*

| | | |
|---|---|---|
| Name of lender or broker and contact information | | |
| Mortgage amount | | |
| Loan term (e.g., 15 years, 30 years) | | |
| Loan description<br>(e.g., fixed rate, 3/1 ARM, payment-option ARM, interest-only ARM) | | |
| **Basic Features for Comparison** | | |
| Fixed-rate mortgage interest rate and annual percentage rate (APR)<br>(For graduated-payment or stepped-rate mortgages, use the ARM columns.) | | |
| **ARM initial interest rate and APR**<br>    How long does the initial rate apply? | | |
|     What will the interest rate be after the initial period? | | |
| **ARM features**<br>    How often can the interest rate adjust? | | |
|     What is the index and what is the current rate? (See chart on page 8.) | | |
|     What is the margin for this loan? | | |
| **Interest-rate caps**<br>    What is the periodic interest-rate cap? | | |
|     What is the lifetime interest-rate cap? How high could the rate go? | | |
|     How low could the interest rate go on this loan? | | |
| What is the payment cap? | | |
| Can this loan have negative amortization (that is, increase in size)? | | |
| What is the limit to how much the balance can grow before the loan will be recalculated? | | |
| Is there a prepayment penalty if I pay off this mortgage early? | | |
| How long does that penalty last? How much is it? | | |
| Is there a balloon payment on this mortgage?<br>If so, what is the estimated amount and when would it be due? | | |
| What are the estimated origination fees and charges for this loan? | | |
| **Monthly Payment Amounts** | | |
| What will the monthly payments be for the first year of the loan? | | |
| Does this include taxes and insurance? Condo or homeowner's association fees?<br>If not, what are the estimates for these amounts? | | |
| What will my monthly payment be after 12 months if the index rate…<br>    …stays the same? | | |
|         …goes up 2%? | | |
|         …goes down 2%? | | |
| What is the **most** my minimum monthly payment could be after 1 year? | | |
| What is the **most** my minimum monthly payment could be after 3 years? | | |
| What is the **most** my minimum monthly payment could be after 5 years? | | |

Consumer Handbook on Adjustable-Rate Mortgages | 3

| | Fixed-Rate Mortgage | ARM 1 | ARM 2 | ARM 3 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

4  |  Consumer Handbook on Adjustable-Rate Mortgages

# What Is an ARM?

An adjustable-rate mortgage differs from a fixed-rate mortgage in many ways. With a fixed-rate mortgage, the interest rate stays the same during the life of the loan. With an ARM, the interest rate changes periodically, usually in relation to an index, and payments may go up or down accordingly.

Shopping for a mortgage is not as simple as it used to be. To compare two ARMs with each other or to compare an ARM with a fixed-rate mortgage, you need to know about indexes, margins, discounts, caps on rates and payments, negative amortization, payment options, and recasting (recalculating) your loan. You need to consider the maximum amount your monthly payment could increase. Most important, you need to know what might happen to your monthly mortgage payment in relation to your future ability to afford higher payments.

Lenders generally charge lower initial interest rates for ARMs than for fixed-rate mortgages. At first, this makes the ARM easier on your pocketbook than a fixed-rate mortgage for the same loan amount. Moreover, your ARM could be less expensive over a long period than a fixed-rate mortgage—for example, if interest rates remain steady or move lower.

Against these advantages, you have to weigh the risk that an increase in interest rates would lead to higher monthly payments in the future. It's a trade-off—you get a lower initial rate with an ARM in exchange for assuming more risk over the long run. Here are some questions you need to consider:

Consumer Handbook on Adjustable-Rate Mortgages ┊ 5

- Is my income enough—or likely to rise enough—to cover higher mortgage payments if interest rates go up?

- Will I be taking on other sizable debts, such as a loan for a car or school tuition, in the near future?

- How long do I plan to own this home? (If you plan to sell soon, rising interest rates may not pose the problem they do if you plan to own the house for a long time.)

- Do I plan to make any additional payments or pay the loan off early?

---

**Lenders and Brokers**

Mortgage loans are offered by many kinds of lenders—such as banks, mortgage companies, and credit unions. You can also get a loan through a mortgage broker. Brokers "arrange" loans; in other words, they find a lender for you. Brokers generally take your application and contact several lenders, but keep in mind that brokers are not required to find the best deal for you unless they have contracted with you to act as your agent.

# How ARMs Work: The Basic Features

## Initial rate and payment

The initial rate and payment amount on an ARM will remain in effect for a limited period of time—ranging from just 1 month to 5 years or more. For some ARMs, the initial rate and payment can vary greatly from the rates and payments later in the loan term. Even if interest rates are stable, your rates and payments could change a lot. If lenders or brokers quote the initial rate and payment on a loan, ask them for the annual percentage rate (APR). If the APR is significantly higher than the initial rate, then it is likely that your rate and payments will be a lot higher when the loan adjusts, even if general interest rates remain the same.

## The adjustment period

With most ARMs, the interest rate and monthly payment change every month, quarter, year, 3 years, or 5 years. The period between rate changes is called the *adjustment period*. For example, a loan with an adjustment period of 1 year is called a 1-year ARM, and the interest rate and payment can change once every year; a loan with a 3-year adjustment period is called a 3-year ARM.

---

### Loan Descriptions

**Lenders must give you written information on each type of ARM loan you are interested in. The information must include the terms and conditions for each loan, including information about the index and margin, how your rate will be calculated, how often your rate can change, limits on changes (or *caps*), an example of how high your monthly payment might go, and other ARM features such as negative amortization.**

---

## The index

The interest rate on an ARM is made up of two parts: the index and the margin. The index is a measure of interest rates generally, and the margin is an extra amount that the lender adds. Your payments will be affected by any caps, or limits, on how high or low your rate can go. If the index rate moves up, so does your interest rate in most circumstances, and you will probably have to make higher monthly payments. On the other hand, if the index rate goes down, your monthly payment could go down. Not all ARMs adjust downward, however—be sure to read the information for the loan you are considering.

Lenders base ARM rates on a variety of indexes. Among the most common indexes are the rates on 1-year constant-maturity Treasury (CMT) securities, the Cost of Funds Index (COFI), and the London Interbank Offered Rate (LIBOR). A few lenders use their own cost of funds as an index, rather than using other indexes. You should ask what index will be used, how it has

fluctuated in the past, and where it is published—you can find a lot of this information in major newspapers and on the Internet.

To help you get an idea of how to compare different indexes, the following chart shows a few common indexes over an 11-year period (1996–2006). As you can see, some index rates tend to be higher than others, and some change more often. But if a lender bases interest-rate adjustments on the average value of an index over time, your interest rate would not change as dramatically.



**Selected Index Rates for ARMs over an 11-Year Period**

1-Year London Interbank Offered Rate (LIBOR)

11th District Cost of Funds Index (COFI)

1-Year Constant-Maturity Treasury (CMT) Securities

## The margin

To determine the interest rate on an ARM, lenders add a few percentage points to the index rate, called the *margin*. The amount of the margin may differ from one lender to another, but it is

usually constant over the life of the loan. The *fully indexed rate* is equal to the margin plus the index. If the initial rate on the loan is less than the fully indexed rate, it is called a *discounted index rate*. For example, if the lender uses an index that currently is 4% and adds a 3% margin, the fully indexed rate would be

|  | Index | 4% |
|---|---|---|
| + | Margin | 3% |
|  | Fully indexed rate | 7% |

If the index on this loan rose to 5%, the fully indexed rate would be 8% (5% + 3%). If the index fell to 2%, the fully indexed rate would be 5% (2% + 3%).

Some lenders base the amount of the margin on your credit record— the better your credit, the lower the margin they add—and the lower the interest you will have to pay on your mortgage. In comparing ARMs, look at both the index and margin for each program.

---

### No-Doc/Low-Doc Loans

When you apply for a loan, lenders usually require documents to prove that your income is high enough to repay the loan. For example, a lender might ask to see copies of your most recent pay stubs, income tax filings, and bank account statements. In a no-doc or low-doc loan, the lender doesn't require you to bring proof of your income, but you will usually have to pay a higher interest rate or extra fees to get the loan. Lenders generally charge more for no-doc/low-doc loans.

# Interest-rate caps

An interest-rate cap places a limit on the amount your interest rate can increase. Interest caps come in two versions:

- *periodic adjustment caps*, which limit the amount the interest rate can adjust up or down from one adjustment period to the next after the first adjustment, and

- *lifetime caps*, which limit the interest-rate increase over the life of the loan. By law, virtually all ARMs must have a lifetime cap.

## Periodic adjustment caps

Let's suppose you have an ARM with a periodic adjustment interest-rate cap of 2%. However, at the first adjustment, the index rate has risen 3%. The following example shows what happens.

---

### Examples in This Handbook

**All examples in this handbook are based on a $200,000 loan amount and a 30-year term. Payment amounts in the examples do not include taxes, insurance, condominium or home-owner association fees, or similar items. These amounts can be a significant part of your monthly payment.**

---



| | |
|---|---|
| 1st year's monthly payment at 6% | $1,199.10 |
| 2nd year's monthly payment at 9% (without cap) | $1,600.42 |
| 2nd year's monthly payment at 8% (with cap) | $1,461.72 |

Difference in 2nd year between payment with cap and payment without = $138.70 per month

In this example, because of the cap on your loan, your monthly payment in year 2 is $138.70 per month lower than it would be without the cap, saving you $1,664.40 over the year.

Some ARMs allow a larger rate change at the first adjustment and then apply a periodic adjustment cap to all future adjustments.

A drop in interest rates does not always lead to a drop in your monthly payments. With some ARMs that have interest-rate caps, the cap may hold your rate and payment below what it would have been if the change in the index rate had been fully applied. The increase in the interest that was not imposed because of the rate cap might carry over to future rate adjustments. This is called *carryover.* So at the next adjustment date, your payment might increase even though the index rate has stayed the same or declined.

The following example shows how carryovers work. Suppose the index on your ARM increased 3% during the first year.

12 | Consumer Handbook on Adjustable-Rate Mortgages

Because this ARM limits rate increases to 2% at any one time, the
rate is adjusted by only 2%, to 8% for the second year. However,
the remaining 1% increase in the index carries over to the next
time the lender can adjust rates. So when the lender adjusts the
interest rate for the third year, the rate increases by 1%, to 9%,
even if there is no change in the index during the second year.



1st year at 6% — $1,199.10

If index rises 3%, to 9%, 2nd year with 2% rate cap at 8% — $1,461.72

If index stays the same for the 3rd year, at 9% — $1,597.84

$1,000    $1,200    $1,400    $1,600

In general, the rate on your loan can go up at any scheduled
adjustment date when the lender's standard ARM rate (the index
plus the margin) is higher than the rate you are paying before
that adjustment.

**Lifetime caps**

The next example shows how a lifetime rate cap would affect
your loan. Let's say that your ARM starts out with a 6% rate and
the loan has a 6% lifetime cap—that is, the rate can never exceed
12%. Suppose the index rate increases 1% in each of the next 9
years. With a 6% overall cap, your payment would never exceed
$1,998.84—compared with the $2,409.11 that it would have
reached in the tenth year without a cap.



| | |
|---|---|
| 1st year at 6% | $1,199.10 |
| 10th year at 12% (with lifetime cap) | $1,998.84 |
| 10th year at 15% (without lifetime cap) | $2,409.11 |

$500  $1,000  $1,500  $2,000  $2,500

## Payment caps

In addition to interest-rate caps, many ARMs—including payment-option ARMs—limit, or cap, the amount your monthly payment may increase at the time of each adjustment. For example, if your loan has a payment cap of 7½%, your monthly payment won't increase more than 7½% over your previous payment, even if interest rates rise more. For example, if your monthly payment in year 1 of your mortgage was $1,000, it could only go up to $1,075 in year 2 (7½% of $1,000 is an additional $75). Any interest you don't pay because of the payment cap will be added to the balance of your loan. A payment cap can limit the increase to your monthly payments but also can add to the amount you owe on the loan. (This is called *negative amortization*, a term that is explained on page 22.)

Let's assume that your rate changes in the first year by 2 percentage points but your payments can increase no more than 7½% in any one year. The following graph shows what your monthly payments would look like.

14 | Consumer Handbook on Adjustable-Rate Mortgages



1st year at 6%    $1,199.10

2nd year at 8%
(with 7½% payment
cap)    $1,289.03

2nd year at 8%
(without payment
cap)    $1,461.72

$1,000    $1,200    $1,400    $1,600

Difference in monthly payment = $172.69

While your monthly payment will be only $1,289.03 for the
second year, the difference of $172.69 each month will be added
to the balance of your loan and will lead to negative amortization.

Some ARMs with payment caps do not have periodic interest-
rate caps. In addition, as explained below, most payment-option
ARMs have a built-in recalculation period, usually every 5 years.
At that point, your payment will be recalculated (lenders use the
term *recast*) based on the remaining term of the loan. If you have
a 30-year loan and you are at the end of year 5, your payment
will be recalculated for the remaining 25 years. The payment
cap does not apply to this adjustment. If your loan balance has
increased, or if interest rates have risen faster than your pay-
ments, your payments could go up a lot.

# Types of ARMs

## Hybrid ARMs

Hybrid ARMs often are advertised as 3/1 or 5/1 ARMs—you might also see ads for 7/1 or 10/1 ARMs. These loans are a mix—or a hybrid—of a fixed-rate period and an adjustable-rate period. The interest rate is fixed for the first few years of these loans—for example, for 5 years in a 5/1 ARM. After that, the rate may adjust annually (the 1 in the 5/1 example), until the loan is paid off. In the case of 3/1 or 5/1 ARMs

- the first number tells you how long the fixed interest-rate period will be and
- the second number tells you how often the rate will adjust after the initial period.

You may also see ads for 2/28 or 3/27 ARMs—the first number tells you how long the fixed interest-rate period will be, and the second number tells you the number of years the rates on the loan will be adjustable. Some 2/28 and 3/27 mortgages adjust every 6 months, not annually.

## Interest-only ARMs

An interest-only (I-O) ARM payment plan allows you to pay only the interest for a specified number of years, typically between 3 and 10 years. This allows you to have smaller monthly payments for a period of time. After that, your monthly payment will increase—even if interest rates stay the same—because you must start paying back the principal as well as the interest each

16 | Consumer Handbook on Adjustable-Rate Mortgages

month. For some I-O loans, the interest rate adjusts during the I-O period as well.

For example, if you take out a 30-year mortgage loan with a 5-year I-O payment period, you can pay only interest for 5 years and then you must pay both the principal and interest over the next 25 years. Because you begin to pay back the principal, your payments increase after year 5, even if the rate stays the same. Keep in mind that the longer the I-O period, the higher your monthly payments will be after the I-O period ends.



| | |
|---|---|
| Monthly interest-only payments in year 1 at 6% | $1,000.00 |
| Monthly principal and interest payments in year 6 at 6% | $1,228.60 |
| Monthly principal and interest payments in year 6 at 8% | $1,543.63 |

$800    $1,000    $1,200    $1,400    $1,600

## Payment-option ARMs

A payment-option ARM is an adjustable-rate mortgage that allows you to choose among several payment options each month. The options typically include the following:

- *a traditional payment of principal and interest*, which reduces the amount you owe on your mortgage. These payments are based on a set loan term, such as a 15-, 30-, or 40-year payment schedule.

- *an interest-only payment*, which pays the interest but does not reduce the amount you owe on your mortgage as you make your payments.
- *a minimum (or limited) payment* that may be less than the amount of interest due that month and may not reduce the amount you owe on your mortgage. If you choose this option, the amount of any interest you do not pay will be added to the principal of the loan, **increasing the amount you owe and your future monthly payments**, and increasing the amount of interest you will pay over the life of the loan. In addition, if you pay only the minimum payment in the last few years of the loan, you may owe a larger payment at the end of the loan term, called a *balloon payment*.

The interest rate on a payment-option ARM is typically very low for the first few months (for example, 2% for the first 1 to 3 months). After that, the interest rate usually rises to a rate closer to that of other mortgage loans. Your payments during the first year are based on the initial low rate, meaning that if you only make the minimum payment each month, it will not reduce the amount you owe and it may not cover the interest due. The unpaid interest is added to the amount you owe on the mortgage, and your loan balance increases. This is called *negative amortization*. This means that even after making many payments, you could owe more than you did at the beginning of the loan. Also, as interest rates go up, your payments are likely to go up.

Payment-option ARMs have a built-in recalculation period, usually every 5 years. At this point, your payment will be recalculated (lenders use the term *recast*) based on the remaining term of the loan. If you have a 30-year loan and you are at the end of year 5, your payment will be recalculated for the remaining 25

18 | Consumer Handbook on Adjustable-Rate Mortgages

years. If your loan balance has increased because you have made only minimum payments, or if interest rates have risen faster than your payments, your payments will increase each time your loan is recast. At each recast, your new minimum payment will be a fully amortizing payment and any payment cap will not apply. This means that your monthly payment can increase a lot at each recast.

Lenders may recalculate your loan payments before the recast period if the amount of principal you owe grows beyond a set limit, say 110% or 125% of your original mortgage amount. For example, suppose you made only minimum payments on your $200,000 mortgage and had any unpaid interest added to your balance. If the balance grew to $250,000 (125% of $200,000), your lender would recalculate your payments so that you would pay off the loan over the remaining term. It is likely that your payments would go up substantially.

More information on interest-only and payment-option ARMs is available in the Federal Reserve Board's brochure titled *Interest-Only Mortgage Payments and Payment-Option ARMs— Are They for You?*

# Consumer Cautions

## Discounted interest rates

Many lenders offer more than one type of ARM. Some lenders offer an ARM with an initial rate that is lower than their fully indexed ARM rate (that is, lower than the sum of the index plus the margin). Such rates—called discounted rates, start rates, or teaser rates—are often combined with large initial loan fees, sometimes called *points*, and with higher rates after the initial discounted rate expires.

Your lender or broker may offer you a choice of loans that may include "discount points" or a "discount fee." You may choose to pay these points or fees in return for a lower interest rate. But keep in mind that the lower interest rate may only last until the first adjustment.

If a lender offers you a loan with a discount rate, don't assume that means that the loan is a good one for you. You should carefully consider whether you will be able to afford higher payments in later years when the discount expires and the rate is adjusted.

Here is an example of how a discounted initial rate might work. Let's assume that the lender's fully indexed one-year ARM rate (index rate plus margin) is currently 6%; the monthly payment for the first year would be $1,199.10. But your lender is offering an ARM with a discounted initial rate of 4% for the first year. With the 4% rate, your first-year's monthly payment would be $954.83.

With a discounted ARM, your initial payment will probably remain at $954.83 for only a limited time—and any savings during the discount period may be offset by higher payments over the remaining life of the mortgage. If you are considering a discount ARM, be sure to compare future payments with those for a fully indexed ARM. In fact, if you buy a home or refinance using a deeply discounted initial rate, you run the risk of payment shock, negative amortization, or prepayment penalties or conversion fees.

## Payment shock

Payment shock may occur if your mortgage payment rises sharply at a rate adjustment. Let's see what would happen in the second year if the rate on your discounted 4% ARM were to rise to the 6% fully indexed rate.



Year 1 with discounted initial rate at 4% — $954.83

Year 2 at 6% — $1,192.63

Year 2 at 7% — $1,320.59

$800   $1,000   $1,200   $1,400

As the example shows, even if the index rate were to stay the same, your monthly payment would go up from $954.83 to $1,192.63 in the second year.

Suppose that the index rate increases 1% in one year and the ARM rate rises to 7%. Your payment in the second year would be $1,320.59.

That's an increase of $365.76 in your monthly payment. You can see what might happen if you choose an ARM because of a low initial rate without considering whether you will be able to afford future payments.

If you have an interest-only ARM, payment shock can also occur when the interest-only period ends. Or, if you have a payment-option ARM, payment shock can happen when the loan is recast.

The following example compares several different loans over the first 7 years of their terms; the payments shown are for years 1, 6, and 7 of the mortgage, assuming you make interest-only payments or minimum payments. The main point is that, depending on the terms and conditions of your mortgage and changes in interest rates, ARM payments can change quite a bit over the life of the loan—so while you could save money in the first few years of an ARM, you could also face much higher payments in the future.



| | Year 1 | Year 6 | Year 7 |
|---|---|---|---|
| 30-year fixed | $1,199.10 | | |
| 5/1 ARM | $954.83 | $1,165.51 | $1,389.51 |
| 5/1 I-O ARM | $666.68 | $1,288.60 | $1,536.29 |
| Payment-option mortgage | $739.24 | $1,603.10 | $1,708.22 |

$600    $800    $1,000    $1,200    $1,400    $1,600    $1,800

## Negative amortization—When you owe more money than you borrowed

Negative amortization means that the amount you owe increases even when you make all your required payments on time. It occurs whenever your monthly mortgage payments are not large enough to pay all of the interest due on your mortgage—the unpaid interest is added to the principal on your mortgage, and you will owe more than you originally borrowed. This can happen because you are making only minimum payments on a payment-option mortgage or because your loan has a payment cap.

For example, suppose you have a $200,000, 30-year payment-option ARM with a 2% rate for the first 3 months and a 6% rate for the remaining 9 months of the year. Your minimum payment for the year is $739.24, as shown in the previous graph. However, once the 6% rate is applied to your loan balance, you are no longer covering the interest costs. If you continue to make minimum payments on this loan, your loan balance at the end of the first year of your mortgage would be $201,118—or $1,118 more than you originally borrowed.

Because payment caps limit only the amount of payment increases, and not interest-rate increases, payments sometimes do not cover all the interest due on your loan. This means that the unpaid interest is automatically added to your debt, and interest may be charged on that amount. You might owe the lender more later in the loan term than you did at the beginning.

A payment cap limits the increase in your monthly payment by deferring some of the interest. Eventually, you would have to

Consumer Handbook on Adjustable-Rate Mortgages | 23

repay the higher remaining loan balance at the interest rate then in effect. When this happens, there may be a substantial increase in your monthly payment.

Some mortgages include a cap on negative amortization. The cap typically limits the total amount you can owe to 110% to 125% of the original loan amount. When you reach that point, the lender will set the monthly payment amounts to fully repay the loan over the remaining term. Your payment cap will not apply, and your payments could be substantially higher. You may limit negative amortization by voluntarily increasing your monthly payment.

Be sure you know whether the ARM you are considering can have negative amortization.

---

### Home Prices, Home Equity, and ARMs

Sometimes home prices rise rapidly, allowing people to quickly build equity in their homes. This can make some people think that even if the rate and payments on their ARM get too high, they can avoid those higher payments by refinancing their loan or, in the worst case, selling their home. It's important to remember that home prices do not always go up quickly—they may increase a little or remain the same, and sometimes they fall. If housing prices fall, your home may not be worth as much as you owe on the mortgage. Also, you may find it difficult to refinance your loan to get a lower monthly payment or rate. Even if home prices stay the same, if your loan lets you make minimum payments (see *payment-option ARMs* on page 33), you may owe your lender more on your mortgage than you could get from selling your home.

# Prepayment penalties and conversion

If you get an ARM, you may decide later that you don't want to risk any increases in the interest rate and payment amount. When you are considering an ARM, ask for information about any extra fees you would have to pay if you pay off the loan early by refinancing or selling your home, and whether you would be able to convert your ARM to a fixed-rate mortgage.

### Prepayment penalties

Some ARMs, including interest-only and payment-option ARMs, may require you to pay special fees or penalties if you refinance or pay off the ARM early (usually within the first 3 to 5 years of the loan). Some loans have *hard prepayment penalties*, meaning that you will pay an extra fee or penalty if you pay off the loan during the penalty period for any reason (because you refinance or sell your home, for example). Other loans have *soft prepayment penalties*, meaning that you will pay an extra fee or penalty only if you refinance the loan, but you will not pay a penalty if you sell your home. Also, some loans may have prepayment penalties even if you make only a partial prepayment.

Prepayment penalties can be several thousand dollars. For example, suppose you have a 3/1 ARM with an initial rate of 6%. At the end of year 2 you decide to refinance and pay off your original loan. At the time of refinancing, your balance is $194,936. If your loan has a prepayment penalty of 6 months' interest on the remaining balance, you would owe about $5,850.

Sometimes there is a trade-off between having a prepayment penalty and having lower origination fees or lower interest rates.

Consumer Handbook on Adjustable-Rate Mortgages | 25

The lender may be willing to reduce or eliminate a prepayment penalty based on the amount you pay in loan fees or on the interest rate in the loan contract.

If you have a hybrid ARM—such as a 2/28 or 3/27 ARM—be sure to compare the prepayment penalty period with the ARM's first adjustment period. For example, if you have a 2/28 ARM that has a rate and payment adjustment after the second year, but the prepayment penalty is in effect for the first 5 years of the loan, it may be costly to refinance when the first adjustment is made.

Most mortgages let you make additional principal payments with your monthly payment. In most cases, this is *not* considered prepayment, and there usually is no penalty for these extra amounts. Check with your lender to make sure there is no penalty if you think you might want to make this type of additional principal prepayment.

**Conversion fees**

Your agreement with the lender may include a clause that lets you convert the ARM to a fixed-rate mortgage at designated times. When you convert, the new rate is generally set using a formula given in your loan documents.

The interest rate or up-front fees may be somewhat higher for a convertible ARM. Also, a convertible ARM may require a fee at the time of conversion.

# Graduated-payment or stepped-rate loans

Some fixed-rate loans start with one rate for one or two years and then change to another rate for the remaining term of the

loan. While these are not ARMs, your payment will go up according to the terms of your contract. Talk with your lender or broker and read the information provided to you to make sure you understand when and by how much the payment will change.

# Where to Get Information

## Disclosures from lenders

You should receive information in writing about each ARM program you are interested in before you have paid a nonrefundable fee. It is important that you read this information and ask the lender or broker about anything you don't understand—index rates, margins, caps, and other ARM features such as negative amortization. After you have applied for a loan, you will get more information from the lender about your loan, including the APR, a payment schedule, and whether the loan has a prepayment penalty.

The APR is the cost of your credit as a yearly rate. It takes into account interest, points paid on the loan, any fees paid to the lender for making the loan, and any mortgage insurance premiums you may have to pay. You can compare APRs on similar ARMs (for example, compare APRs on a 5/1 and a 3/1 ARM) to determine which loan will cost you less in the long term, but you should keep in mind that because the interest rate for an ARM can change, APRs on ARMs cannot be compared directly to APRs for fixed-rate mortgages.

You may want to talk with financial advisers, housing counselors, and other trusted advisers. Contact a local housing counseling agency, call the U.S. Department of Housing and Urban Development toll-free at 800-569-4287, or visit www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm to find a center near you.

## Newspapers and the Internet

When buying a home or refinancing your existing mortgage, remember to shop around. Compare costs and terms, and negotiate for the best deal. Your local newspaper and the Internet are good places to start shopping for a loan. You can usually find information on interest rates and points for several lenders. Since rates and points can change daily, you'll want to check information sources often when shopping for a home loan.

The Mortgage Shopping Worksheet may also help you. Take it with you when you speak to each lender or broker and write down the information you obtain. Don't be afraid to make lenders and brokers compete with each other for your business by letting them know that you are shopping for the best deal.

## Advertisements

Any initial information you receive about mortgages probably will come from advertisements or mail solicitations from builders, real estate brokers, mortgage brokers, and lenders. Although this information can be helpful, keep in mind that these are marketing materials—the ads and mailings are designed to make the mortgage look as attractive as possible. These ads may play up low initial interest rates and monthly payments, without emphasizing that those rates and payments could increase substantially later. So, get all the facts.

Any ad for an ARM that shows an initial interest rate should also show how long the rate is in effect and the APR on the loan. If the APR is much higher than the initial rate, your payments may

Consumer Handbook on Adjustable-Rate Mortgages    |    29

increase a lot after the introductory period, even if interest rates stay the same.

Choosing a mortgage may be the most important financial decision you will make. You are entitled to have all the information you need to make the right decision. Don't hesitate to ask questions about ARM features when you talk to lenders, mortgage brokers, real estate agents, sellers, and your attorney, and keep asking until you get clear and complete answers.

# Glossary

### Adjustable-rate mortgage (ARM)

A mortgage that does not have a fixed interest rate. The rate changes during the life of the loan based on movements in an index rate, such as the rate for Treasury securities or the Cost of Funds Index.

### Annual percentage rate (APR)

A measure of the cost of credit, expressed as a yearly rate. It includes interest as well as points, broker fees, and certain other credit charges that you are required to pay. Because all lenders follow the same rules when calculating the APR, it provides you with a good basis for comparing the cost of loans, including mortgages, over the term of the loan.

### Balloon payment

A lump-sum payment that may be required when a mortgage loan ends. This can happen when the lender allows you to make smaller payments until the very end of the loan. A balloon payment will be a much larger payment compared with the other monthly payments you made.

### Buydown

With a buydown, the seller pays an amount to the lender so that the lender can give you a lower rate and lower payments, usually for an initial period in an ARM. The seller may increase the sales price to cover the cost of the buydown. Buydowns can occur in all types of mortgages, not just ARMs.

### Cap, interest rate

A limit on the amount your interest rate can increase. Interest caps come in two versions:

- *periodic adjustment caps*, which limit the interest-rate increase from one adjustment period to the next, and
- *lifetime caps*, which limit the interest-rate increase over the life of the loan. By law, virtually all ARMs must have an overall cap.

### Cap, payment

A limit on how much the monthly payment may change, either each time the payment changes or during the life of the mortgage  Payment caps may lead to negative amortization because they do not limit the amount of interest the lender is earning.

### Conversion clause

A provision in some ARMs that allows you to change the ARM to a fixed-rate loan at some point during the term. Conversion is usually allowed at the end of the first adjustment period. At the time of the conversion, the new fixed rate is generally set at one of the rates then prevailing for fixed-rate mortgages. The conversion feature may be available at extra cost.

### Discounted initial rate (also known as a start rate or teaser rate)

In an ARM with a discounted initial rate, the lender offers you a lower rate and lower payments for part of the mortgage term (usually for 1, 3, or 5 years). After the discount period, the ARM rate will probably go up depending on the index rate. Discounts can occur in all types of mortgages, not just ARMs.

**Equity**

The difference between the fair market value of the home and the outstanding balance on your mortgage plus any outstanding home equity loans.

**Hybrid ARM**

These ARMs are a mix—or a hybrid—of a fixed-rate period and an adjustable-rate period. The interest rate is fixed for the first several years of the loan; after that, the rate could adjust annually. For example, hybrid ARMs can be advertised as 3/1 or 5/1—the first number tells you how long the fixed interest-rate period will be and the second number tells you how often the rate will adjust after the initial period.

**Index**

The economic indicator used to calculate interest-rate adjustments for adjustable-rate mortgages. No one can be sure when an index rate will go up or down. See the chart in the text for examples of how some common indexes have changed in the past.

**Interest**

The price paid for borrowing money, usually given in percentages and as an annual rate.

**Interest-only payment ARM**

An I-O payment ARM plan allows you to pay only the interest for a specified number of years. After that, you must repay both the principal and the interest over the remaining term of the loan.

**Margin**

The number of percentage points the lender adds to the index rate to calculate the ARM interest rate at each adjustment.

**Negative amortization**

Occurs when the monthly payments do not cover all the interest owed. The interest that is not paid in the monthly payment is added to the loan balance. This means that even after making many payments, you could owe more than you did at the beginning of the loan. Negative amortization can occur when an ARM has a payment cap that results in monthly payments that are not high enough to cover the interest due or when the minimum payments are set at an amount lower than the amount you owe in interest.

**Payment-option ARM**

An ARM that allows you to choose among several payment options each month. The options typically include (1) a traditional amortizing payment of principal and interest, (2) an interest-only payment, or (3) a minimum (or limited) payment that may be less than the amount of interest due that month. If you choose the minimum-payment option, the amount of any interest you do not pay will be added to the principal of your loan (see *negative amortization*).

**Points (may be called discount points)**

One point is equal to 1 percent of the principal amount of your mortgage. For example, if the mortgage is for $200,000, one point equals $2,000. Lenders frequently charge points in both fixed-rate and adjustable-rate mortgages in order to cover loan origination costs or to provide additional compensation to the lender or broker. These points usually are collected at closing

and may be paid by the borrower or the home seller, or may be split between them. Discount points (sometimes called *discount fees*) are points that you voluntarily choose to pay in return for a lower interest rate.

### Prepayment penalty

Extra fees that may be due if you pay off the loan early by refinancing your loan or selling your home, usually limited to the first 3 to 5 years of the loan's term. If your loan includes a prepayment penalty, be aware of the penalty you would have to pay. Compare the length of the prepayment penalty period with the first adjustment period of the ARM to see if refinancing is cost-effective before the loan first adjusts. Some loans may have prepayment penalties even if you make only a partial prepayment.

### Principal

The amount of money borrowed or the amount still owed on a loan.

# For More Information

*Looking for the Best Mortgage—Shop, Compare, Negotiate*
(at www.federalreserve.gov/pubs/mortgage/mortb_1.htm)

*Interest-Only Mortgage Payments and Payment-Option ARMs—Are They for You?*
(at www.federalreserve.gov/pubs/mortgage_interestonly/)

*A Consumer's Guide to Mortgage Lock-Ins*
(at www.federalreserve.gov/pubs/lockins/default.htm)

*A Consumer's Guide to Mortgage Settlement Costs*
(at www.federalreserve.gov/pubs/settlement/default.htm)

*Know Before You Go . . .To Get a Mortgage: A Guide to Mortgage Products and a Glossary of Lending Terms*
(at www.bos.frb.org/consumer/knowbeforeyougo/mortgage/mortgage.pdf)

**Partners Online Mortgage Calculator**
(at www.frbatlanta.org/partnerssoftwareonline/dsp_main.cfm)

36 | Consumer Handbook on Adjustable-Rate Mortgages

This information was prepared by the Board of Governors of the Federal Reserve System and the Office of Thrift Supervision in consultation with the following organizations:

AARP
American Association of Residential Mortgage Regulators
America's Community Bankers
Center for Responsible Lending
Conference of State Bank Supervisors
Consumer Federation of America
Consumer Mortgage Coalition
Consumers Union
Credit Union National Association
Federal Deposit Insurance Corporation
Federal Reserve Board's Consumer Advisory Council
Federal Trade Commission
Financial Services Roundtable
Independent Community Bankers Association
Mortgage Bankers Association
Mortgage Insurance Companies of America
National Association of Federal Credit Unions
National Association of Home Builders
National Association of Mortgage Brokers
National Association of Realtors
National Community Reinvestment Coalition
National Consumer Law Center
National Credit Union Administration

Revised: 2006   Reprinted: December 2006   20,000

Date: MAY 16, 2006

Borrower: ARMANDO PLASCENCIA, MELANIA PLASCENCIA

Property Address: 1507-1509 166TH AVENUE, SAN LEANDRO, CALIFORNIA 94578

This disclosure describes the features of the adjustable rate mortgage (ARM) program that you are considering. Information on other ARM programs is available upon request.

## HOW YOUR INTEREST RATE AND PAYMENT ARE DETERMINED

- Depending upon the ARM program for which you have applied, your interest rate will be fixed for either the first month or the first three months, after which your interest rate can change every month based upon the index rate plus a margin.

- Your payment can change once each year based on the interest rate, loan balance, and loan term.

- Your interest rate will be based on the "index rate" which is the "Twelve-Month Average" of the annual yields on actively traded United States Treasury Securities adjusted to a constant maturity of one year. The Twelve-Month Average is determined by adding together the Monthly Yields for the most recently available twelve months and dividing by 12. Ask us about our current interest rate and margin.

- Information about the index rate is published by the Federal Reserve Board in the Federal Reserve Statistical Release entitled "Selected Interest Rates (H.15)" (the "Monthly Yields").

- This adjustable rate loan may have a discount or premium feature, and your initial interest rate may not be based on the index used for later adjustments. Ask us for the amount of the current discount or premium.

## HOW YOUR INTEREST RATE CAN CHANGE

- At each change date your new interest rate will equal the new "index rate" plus the margin rounded to the nearest one-eighth of one percentage point (0.125%) unless your interest rate "cap" or your interest rate "floor" limit the amount of the change in interest rate.

- Your interest rate "cap" and "floor" work as follows:
  - Your interest rate cannot exceed        9.995  %.
  - Your interest rate cannot decrease to less than the margin on your loan.

## YOUR MONTHLY PAYMENT AND HOW IT CAN CHANGE

- Unless limited as set forth below, each month you will have the option of paying one of the following monthly payments:
  - A minimum payment calculated using the initial interest rate
  - An interest only payment
  - A fully amortizing payment based on a 15-year term to maturity
  - A fully amortizing payment based on the actual remaining term to maturity

- Your monthly payment can increase or decrease substantially based on periodic changes in the interest rate.

- Your monthly payment can change once each year based on the Index rate and the margin.

- At each annual payment change date, your new minimum payment amount will be capped at an amount 7.5% more than your prior minimum payment amount.

- If your monthly payment is not sufficient to pay all interest due, any accrued and unpaid interest will be added to the loan principal and will accrue interest at the Note rate. **This means the balance due on your loan could increase. This feature is called Negative Amortization.**

- Your loan principal can never be more than 115% of your original loan amount (110% if the property is located in New York). If your loan ever reaches that point, your monthly payment will be adjusted to a fully amortizing payment until the next scheduled adjustment date.

- Beginning on the fifth annual payment change date and on each fifth annual anniversary thereafter, your monthly payment will be changed to a fully amortizing payment based on the actual remaining term to maturity. You will continue to make this fully amortizing payment until the next scheduled payment adjustment date.

points (8.95%) to 9.95% in the 6th year and the payment could increase from a beginning payment of $33.33 to a maximum payment of $101.70 in the 3rd y... To see what your principal and interest pa... nts would ve... divide your mortgage amount by $10,000, then multiply the monthly payment by that amount. For examp..., the monthly payment on a mortgage amount of $60,000 would be: $60,000 ÷ $10,000 = 6.0 x $33.33 = $199.98 per month.

Case 3:07-cv-04485-CW   Document 30   Filed 02/25/2008   Page 43 of 45

**Example for a loan in which the initial interest rate is fixed for three months**

- On a new $10,000, 30-year loan with an initial interest rate of 1.75% based upon an index in effect as of the first working day of June, 2005, with a discounted rate, the maximum that the interest can rise under this program is 8.95 percentage points (8.95%) to 9.95% in the 6th year and the payment could increase from a beginning payment of $35.72 to a maximum payment of $102.14 in the 3rd year. To see what your principal and interest payments would be, divide your mortgage amount by $10,000, then multiply the monthly payment by that amount. For example, the monthly payment on a mortgage amount of $60,000 would be: $60,000 ÷ $10,000 = 6.0 x $35.72 = $214.32 per month.

I/We hereby acknowledge receipt of this Adjustable Rate Loan Program Disclosure and a copy of the Consumer Handbook on Adjustable Rate Mortgages on the date indicated below.


_Armando Plascencia_ 05/20/06    _Melania Plascencia_ 5-20-06
Borrower ARMANDO PLASCENCIA    Date    Borrower MELANIA PLASCENCIA    Date


Borrower    Date    Borrower    Date


Borrower    Date    Borrower    Date

# GOOD FAITH ESTIMATE

| | |
|---|---|
| Applicants: | ARMANDO PLASCENCIA / MELANIA PLASCENCIA |
| Property Addr: | 1507-1509 166TH AVENUE, San Leandro, CA 94578 |
| Prepared By: | LENDING 1ST MORTGAGE LLC Ph. 866-550-3149 |
| | 160 S. OLD SPRINGS RD #110, ANAHEIM HILLS, CA 92808 |

Application No:
Date Prepared: 05/03/2006
Loan Program: 1 MONTH ARM

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 settlement statement which you will be receiving at settlement. The HUD-1 settlement statement will show you the actual cost for items paid at settlement

Total Loan Amount $    395,000    Interest Rate:    1.000 %    Term:    360 / 360 mths

| | 800 ITEMS PAYABLE IN CONNECTION WITH LOAN: | | PFC S F POC |
|---|---|---|---|
| 801 | Loan Origination Fee | $ | |
| 802 | Loan Discount | 1.000 % 3,950.00 | |
| 803 | Appraisal Fee | (350.00) | ✓ |
| 804 | Credit Report | 35.00 | |
| 805 | Lender's Inspection Fee | | |
| 808 | Mortgage Broker Fee | | |
| 809 | Tax Related Service Fee | | |
| 810 | Processing Fee | 500.00 | |
| 811 | Underwriting Fee | 695.00 | |
| 812 | Wire Transfer Fee | 135.00 | |

| | 1100 TITLE CHARGES: | | PFC S F POC |
|---|---|---|---|
| 1101 | Closing/Escrow Fee: | $ | |
| 1105 | Document Preparation Fee | 125.00 | |
| 1106 | Notary Fees | 180.00 | |
| 1107 | Attorney Fees | | |
| 1108 | Title Insurance: | | |

| | 1200 GOVERNMENT RECORDING & TRANSFER CHARGES: | | PFC S F POC |
|---|---|---|---|
| 1201 | Recording Fees: | $ 295.00 | |
| 1202 | City/County Tax/Stamps: | | |
| 1203 | State Tax/Stamps: | | |

| | 1300 ADDITIONAL SETTLEMENT CHARGES: | | PFC S F POC |
|---|---|---|---|
| 1302 | Pest Inspection | $ | |

*Estimated Closing Costs*    5,915.00

| | 900 ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE: | | PFC S F POC |
|---|---|---|---|
| 901 | Interest | for 30 days @ $ 10.8219 / day $ 324.66 | |
| 902 | Mtg Ins. Premium | | |
| 903 | Hazard Ins. Premium | | |
| 904 | | | |
| 905 | VA Funding Fee | | |

| | 1000 RESERVES DEPOSITED WITH LENDER: | | PFC S F POC |
|---|---|---|---|
| 1001 | Hazard Ins. Premium | mths @ $ 50.00 / mth $ | |
| 1002 | Mtg Ins. Premium Reserves | mths @ $ / mth | |
| 1003 | School Tax | mths @ $ / mth | |
| 1004 | Taxes & Assessment Reserves | mths @ $ 329.65 / mth | |
| 1005 | Flood Insurance Reserves | mths @ $ / mth | |
| | | mths @ $ / mth | |
| | | mths @ $ / mth | |

*Estimated Prepaid Items/Reserves*    324.66

TOTAL ESTIMATED SETTLEMENT CHARGES    6,239.66

| TOTAL ESTIMATED FUNDS NEEDED TO CLOSE: | | TOTAL ESTIMATED MONTHLY PAYMENT: | |
|---|---|---|---|
| Purchase Price/Payoff (+) | 300,039.00 | Principal & Interest | 1,270.48 |
| Loan Amount (-) | 395,000.00 | Other Financing (P & I) | |
| Est. Closing Costs (+) | 5,915.00 | Hazard Insurance | 50.00 |
| Est. Prepaid Items/Reserves (+) | 324.66 | Real Estate Taxes | 329.65 |
| Amount Paid by Seller (-) | | Mortgage Insurance | |
| | | Homeowner Assn. Dues | |
| | | Other | |
| Total Est. Funds to you | 38,721.34 | Total Monthly Payment | 1,650.03 |

New First Mortgage(-), Sub Financing(-), New 2nd Mtg Closing Costs(+)

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application is to purchase residential real property and the loan will take a first lien on the property. The undersigned acknowledges receipt of the booklet "Settlement Costs," and if applicable the Consumer Handbook on ARM Mortgages

Applicant  ARMANDO PLASCENCIA    Date    Applicant  MELANIA PLASCENCIA    Date
Calyx Form - gfe2.frm (09/07)

# ITEMIZATION OF AMOUNT FINANCED

| | |
|---|---|
| Applicants: | ARMANDO PLASCENCIA |
| | MELANIA PLASCENCIA |
| Property Addr: | 1607-1609 166TH AVENUE |
| | San Leandro, CA 94578 |
| Application No: | |

| | |
|---|---|
| Lender: | LENDING 1ST MORTGAGE LLC |
| | 160 S OLD SPRINGS RD #110 |
| | ANAHEIM HILLS, CA 92808 |
| | 866-660-3149 |
| Date Prepared: | 05/03/2006 |

| Total Loan Amount $ | 396,000.00 | Prepaid Finance Charge $ | | Amount Financed $ | 396,000.00 |
|---|---|---|---|---|---|

### ITEMIZATION OF PREPAID FINANCE CHARGE

| | |
|---|---|
| Total Prepaid Finance Charge | 0.00 |

### AMOUNT PAID ON YOUR ACCOUNT / PAID TO OTHERS ON YOUR BEHALF

| | | | |
|---|---|---|---|
| Loan Origination Fee | | | |
| Loan Discount | 1.000 % + $ | | 3,960.00 |
| Appraisal Fee | | | (360.00)  (POC) |
| Credit Report | | | 35.00 |
| Lender's Inspection Fee | | | |
| Mortgage Broker Fee | | | |
| Tax Related Service Fee | | | |
| Processing Fee | | | 500.00 |
| Underwriting Fee | | | 695.00 |
| Wire Transfer Fee | | | 135.00 |
| | | | |
| Interest for | 30 days @ $ | 10.8219 per day | 324.66 |
| Mortgage Insurance Premium | | | |
| Hazard Insurance Premium | | | |
| | | | |
| VA Funding Fee | | | |
| | | | |
| Hazard Insurance Premium | | 60.00 per month | |
| Mortgage Ins. Premium Reserves | | | |
| School Tax | | | |
| Taxes and Assessment Reserves | | 329.55 per month | |
| Flood Insurance Reserves | | | |
| | | | |
| Closing or Escrow Fee: | | | |
| Document Preparation Fee | | | 125.00 |
| Notary Fees | | | 180.00 |
| Attorney Fees | | | |
| Title Insurance: | | | |
| | | | |
| Recording Fees: | | | 295.00 |
| City/County Tax/Stamps: | | | |
| State Tax/Stamps | | | |
| | | | |
| Pest Inspection | | | |
| | | | |
| Total Estimated Settlement Charge | | | 6,239.66 |

| | | | |
|---|---|---|---|
| Applicant  ARMANDO PLASCENCIA | Date | Applicant  MELANIA PLASCENCIA | Date |

Calyx Form IAF frm 12/96