1  J. THOMAS ALDRICH (SBN 216695)
   ERICKSEN, ARBUTHNOT, KILDUFF,
2  DAY & LINDSTROM, INC.
   100 Howe Avenue, Suite 110 South
3  Sacramento, CA   (95825-8201)
   (916) 483-5181 Telephone
4  taldrich@eakdl.com

5

6  Attorneys for Defendant, LENDING 1st MORTGAGE

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | ARMANDO PLASCENCIA and MELANIA ) | CASE NO.  C-07-4485 JW |
   | PLASCENCIA, individually and on behalf of ) | |
   | all others similarly situated, ) | **DECLARATION OF J. THOMAS** |

12 |  | **ALDRICH IN SUPPORT OF** |
   | Plaintiff, ) | **MOTION TO DISMISS OR, IN THE** |

13 |  | **ALTERNATIVE, TRANSFER** |
   | v. ) | **VENUE** |

14 |  ) | |

15 | LENDING 1st MORTGAGE and LENDING ) | DATE: April 3, 2008 |
   | 1st MORTGAGE, LLC, and DOES 1 through) | TIME : 2:00 p.m. |

16 | 10, inclusive, ) | Courtroom : 2 |

17 | Defendants. ) | |

18      I, J. THOMAS ALDRICH, declare as follows:

19      1.      I am an attorney at law duly licensed to practice before all of the courts of the State

20 of California and am an associate at the law firm of ERICKSEN, ARBUTHNOT, KILDUFF, DAY

21 & LINDSTROM, INC., attorneys for defendant, LENDING 1ST MORTGAGE, LLC, and I make

22 this declaration for and upon its behalf and in connection with the Motion to Dismiss Complaint or,

23 in the Alternative, Transfer Venue.

24      2.      Attached hereto as Exhibit A is a true and correct of a printout from the California

25 Secretary of State, Department of Corporations Business Portal website search results

26 (http://kepler.sos.ca.gov/list.html/ search term "Lending 1st Mortgage LLC") serving as unofficial

27

28

1  verification of that Lending 1st Mortgage, LLC is a limited liability company organized in California

2  with its headquarters in Anaheim, California.

3        3.     We used the following calculations to show that the interest rate disclosed was the

4  composite rate. The annual percentage rate (APR) is based on an average of the monthly interest rate

5  for the life of the loan. In this case, the APR was 7.680% for 30 years or 360 months. The interest

6  rate was known for approximately 1.5 months. This interest rate was 1.000%. To figure the APR

7  for the remaining 359.5 months, the 1.5% must be subtracted. To do that, the 7.680% had to be

8  multiplied by 361 (for the number of months of accrued interest). That number came out to be

9  2,772.480%. From that we subtracted 1.500% to account for the 1.5 months at 1.000%. The

10  resulting figure, 2,770.980%, was divided by the remaining 359.5 months to find the APR for those

11  months. This figure came out to be 7.708%. We subtracted from that the 3.375% added to the Index

12  to determine the approximate Index. This resulted in an approximate Index of 4.333%.

13        4.     After looking up the historical monthly yields for the twelve months preceding the

14  loan (on page 11 of Exhibit B), we calculated a twelve-month for the annual yields of 4.282% using

15  the June, 2005 through May, 2006 (inclusive) figures. This rate may vary from the actual rate used

16  in the Truth-in-Lending Disclosure Statement because the rate used for May was not known at the

17  time of our calculations and because the rate can fluctuate on a daily basis.

18        If called as a witness, I would testify in a fashion identical to that set forth. I declare under

19  penalty of perjury under the laws of the State of California that the foregoing is true and correct.

20        Executed on February 25, 2008 in Sacramento, California.

21

22

23         J. THOMAS ALDRICH

24

25

26

27

28

# EXHIBIT "A"

California Secretary of State - California Business Search - Limited Partnership / Limited ...    Page 1 of 1

# California Business Portal

Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search LP/LLC**

Limited Partnerships/Limited Liability Companies    **LP/LLC**

**Printer Friendly Page**

**New Search**

**Search Tips**

**Field Definitions**

**Status Definitions**

**LLC Name Availability**

**LP Name Availability**

**Business Entities
Records Order Form
    Certificates
    Copies
    Status Reports**

**LLC FAQS**

**LP FAQS**

**LLC Main Page**

**LP Main Page**

**Site Search**

The information displayed here is current as of "Dec 7, 2007" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC | | |
|---|---|---|
| LENDING 1ST MORTGAGE LLC | | |
| Number: 200617810080 | Date Filed: 6/27/2006 | Status: active |
| Jurisdiction: CALIFORNIA | | |
| Address | | |
| 160 S OLD SPRINGS RD STE 110 | | |
| ANAHEIM, CA 92808 | | |
| Agent for Service of Process | | |
| CLARK W JOHNSON | | |
| 160 S OLD SPRINGS RD STE 110 | | |
| ANAHEIM, CA 92808 | | |

**Printer Friendly**

**New Search**

- Fees and instructions for requesting certification of limited partnership and/or limited liability company records are included on the **Business Entities Records Order Form**.
- Blank fields indicate the information is not contained in the computer file.
- If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**.

Copyright ©2001 California Secretary of State. **Privacy Statement**.