MARK S. TRATTEN (SBN 119330)
Appearing *Pro Hac Vice*
J. THOMAS ALDRICH (SBN 216695)
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
100 Howe Avenue, Suite 110 South
Sacramento, CA  (95825-8201)
(916) 483-5181 Telephone


Attorneys for Defendant, LENDING 1st MORTGAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
Oakland Division

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO.  C-07-4485 CW<br><br>**REQUEST TO TAKE JUDICIAL NOTICE**<br><br><br>DATE: April 3, 2008<br>TIME : 2:00 p.m.<br>COURTROOM : 2 |

Defendant, by and through its attorneys of record, respectfully requests the Court to take judicial notice pursuant to Federal Rule fo Evidence 201 of the following facts:

    1.    The Federal Reserve Board publishes historical data regarding monthly yields on actively traded United States Treasury Securities adjusted to a constant maturity of one year as published in a the Federal Reserve Statistical Release entitled "Selected Interest Rates (H.15)" and

///

///

///

///

1  on its website at http://www.federalreserve.gov/releases/h15/data/Monthly/H15_TCMNOM_Y1.txt

2  A true and correct printout of the website is attached hereto as Exhibit A.

3       DATED: February 25, 2008

4                                     ERICKSEN, ARBUTHNOT, KILDUFF,
   DAY & LINDSTROM, INC.

6

7  By: _____
        J. THOMAS ALDRICH
8       Attorneys for Defendant, LENDING
        1st MORTGAGE

28 REQUEST FOR JUDICIAL NOTICE

\plascencia\07-162\jtapld.010
MST:mdg

2

**EXHIBIT "A"**

```
,Instrument,"U.S. government securities/Treasury constant maturities/Nominal"
,Maturity,"1-year"
,Frequency,"Monthly"
,Description,"Market yield on U.S. Treasury securities at 1-year constant maturity
,Note,"Yields on actively traded non-inflation-indexed issues adjusted to constant
```

```
DATE        , TCMNOMY1
04/1953, 2.36
05/1953, 2.48
06/1953, 2.45
07/1953, 2.38
08/1953, 2.28
09/1953, 2.20
10/1953, 1.79
11/1953, 1.67
12/1953, 1.66
01/1954, 1.41
02/1954, 1.14
03/1954, 1.13
04/1954, 0.96
05/1954, 0.85
06/1954, 0.82
07/1954, 0.84
08/1954, 0.88
09/1954, 1.03
10/1954, 1.17
11/1954, 1.14
12/1954, 1.21
01/1955, 1.39
02/1955, 1.57
03/1955, 1.59
04/1955, 1.75
05/1955, 1.90
06/1955, 1.91
07/1955, 2.02
08/1955, 2.37
09/1955, 2.36
10/1955, 2.39
11/1955, 2.48
12/1955, 2.73
01/1956, 2.58
02/1956, 2.49
03/1956, 2.61
04/1956, 2.92
05/1956, 2.94
06/1956, 2.74
07/1956, 2.76
08/1956, 3.10
09/1956, 3.35
10/1956, 3.28
11/1956, 3.44
12/1956, 3.68
01/1957, 3.37
02/1957, 3.38
03/1957, 3.42
04/1957, 3.49
05/1957, 3.48
06/1957, 3.65
07/1957, 3.81
```

```
08/1957, 4.01
09/1957, 4.07
10/1957, 4.01
11/1957, 3.57
12/1957, 3.18
01/1958, 2.65
02/1958, 1.99
03/1958, 1.84
04/1958, 1.45
05/1958, 1.37
06/1958, 1.23
07/1958, 1.61
08/1958, 2.50
09/1958, 3.05
10/1958, 3.19
11/1958, 3.10
12/1958, 3.29
01/1959, 3.36
02/1959, 3.54
03/1959, 3.61
04/1959, 3.72
05/1959, 3.96
06/1959, 4.07
07/1959, 4.39
08/1959, 4.42
09/1959, 5.00
10/1959, 4.80
11/1959, 4.81
12/1959, 5.14
01/1960, 5.03
02/1960, 4.66
03/1960, 4.02
04/1960, 4.04
05/1960, 4.21
06/1960, 3.36
07/1960, 3.20
08/1960, 2.95
09/1960, 3.07
10/1960, 3.04
11/1960, 3.08
12/1960, 2.86
01/1961, 2.81
02/1961, 2.93
03/1961, 2.88
04/1961, 2.88
05/1961, 2.87
06/1961, 3.06
07/1961, 2.92
08/1961, 3.06
09/1961, 3.06
10/1961, 3.05
11/1961, 3.07
12/1961, 3.18
01/1962, 3.28
02/1962, 3.28
03/1962, 3.06
04/1962, 2.99
05/1962, 3.03
06/1962, 3.03
07/1962, 3.29
```

```
08/1962, 3.20
09/1962, 3.06
10/1962, 2.98
11/1962, 3.00
12/1962, 3.01
01/1963, 3.04
02/1963, 3.01
03/1963, 3.03
04/1963, 3.11
05/1963, 3.12
06/1963, 3.20
07/1963, 3.48
08/1963, 3.53
09/1963, 3.57
10/1963, 3.64
11/1963, 3.74
12/1963, 3.81
01/1964, 3.79
02/1964, 3.78
03/1964, 3.91
04/1964, 3.91
05/1964, 3.84
06/1964, 3.83
07/1964, 3.72
08/1964, 3.74
09/1964, 3.84
10/1964, 3.86
11/1964, 3.91
12/1964, 4.02
01/1965, 3.94
02/1965, 4.03
03/1965, 4.06
04/1965, 4.04
05/1965, 4.03
06/1965, 3.99
07/1965, 3.98
08/1965, 4.07
09/1965, 4.20
10/1965, 4.30
11/1965, 4.37
12/1965, 4.72
01/1966, 4.88
02/1966, 4.94
03/1966, 4.97
04/1966, 4.90
05/1966, 4.93
06/1966, 4.97
07/1966, 5.17
08/1966, 5.54
09/1966, 5.82
10/1966, 5.58
11/1966, 5.54
12/1966, 5.20
01/1967, 4.75
02/1967, 4.71
03/1967, 4.35
04/1967, 4.11
05/1967, 4.15
06/1967, 4.48
07/1967, 5.01
```

```
08/1967, 5.13
09/1967, 5.24
10/1967, 5.37
11/1967, 5.61
12/1967, 5.71
01/1968, 5.43
02/1968, 5.41
03/1968, 5.58
04/1968, 5.71
05/1968, 6.14
06/1968, 5.98
07/1968, 5.65
08/1968, 5.43
09/1968, 5.45
10/1968, 5.57
11/1968, 5.75
12/1968, 6.19
01/1969, 6.34
02/1969, 6.41
03/1969, 6.34
04/1969, 6.26
05/1969, 6.42
06/1969, 7.04
07/1969, 7.60
08/1969, 7.54
09/1969, 7.82
10/1969, 7.64
11/1969, 7.89
12/1969, 8.17
01/1970, 8.10
02/1970, 7.59
03/1970, 6.97
04/1970, 7.06
05/1970, 7.75
06/1970, 7.55
07/1970, 7.10
08/1970, 6.98
09/1970, 6.73
10/1970, 6.43
11/1970, 5.51
12/1970, 5.00
01/1971, 4.57
02/1971, 3.89
03/1971, 3.69
04/1971, 4.30
05/1971, 5.04
06/1971, 5.64
07/1971, 6.04
08/1971, 5.80
09/1971, 5.41
10/1971, 4.91
11/1971, 4.67
12/1971, 4.60
01/1972, 4.28
02/1972, 4.27
03/1972, 4.67
04/1972, 4.96
05/1972, 4.64
06/1972, 4.93
07/1972, 4.96
```

```
08/1972, 4.98
09/1972, 5.52
10/1972, 5.52
11/1972, 5.27
12/1972, 5.52
01/1973, 5.89
02/1973, 6.19
03/1973, 6.85
04/1973, 6.85
05/1973, 6.89
06/1973, 7.31
07/1973, 8.39
08/1973, 8.82
09/1973, 8.31
10/1973, 7.40
11/1973, 7.57
12/1973, 7.27
01/1974, 7.42
02/1974, 6.88
03/1974, 7.76
04/1974, 8.62
05/1974, 8.78
06/1974, 8.67
07/1974, 8.80
08/1974, 9.36
09/1974, 8.87
10/1974, 8.05
11/1974, 7.66
12/1974, 7.31
01/1975, 6.83
02/1975, 5.98
03/1975, 6.11
04/1975, 6.90
05/1975, 6.39
06/1975, 6.29
07/1975, 7.11
08/1975, 7.70
09/1975, 7.75
10/1975, 6.95
11/1975, 6.49
12/1975, 6.60
01/1976, 5.81
02/1976, 5.91
03/1976, 6.21
04/1976, 5.92
05/1976, 6.40
06/1976, 6.52
07/1976, 6.20
08/1976, 6.00
09/1976, 5.84
10/1976, 5.50
11/1976, 5.29
12/1976, 4.89
01/1977, 5.29
02/1977, 5.47
03/1977, 5.50
04/1977, 5.44
05/1977, 5.84
06/1977, 5.80
07/1977, 5.94
```

```
08/1977, 6.37
09/1977, 6.53
10/1977, 6.97
11/1977, 6.95
12/1977, 6.96
01/1978, 7.28
02/1978, 7.34
03/1978, 7.31
04/1978, 7.45
05/1978, 7.82
06/1978, 8.09
07/1978, 8.39
08/1978, 8.31
09/1978, 8.64
10/1978, 9.14
11/1978, 10.01
12/1978, 10.30
01/1979, 10.41
02/1979, 10.24
03/1979, 10.25
04/1979, 10.12
05/1979, 10.12
06/1979, 9.57
07/1979, 9.64
08/1979, 9.98
09/1979, 10.84
10/1979, 12.44
11/1979, 12.39
12/1979, 11.98
01/1980, 12.06
02/1980, 13.92
03/1980, 15.82
04/1980, 13.30
05/1980, 9.39
06/1980, 8.16
07/1980, 8.65
08/1980, 10.24
09/1980, 11.52
10/1980, 12.49
11/1980, 14.15
12/1980, 14.88
01/1981, 14.08
02/1981, 14.57
03/1981, 13.71
04/1981, 14.32
05/1981, 16.20
06/1981, 14.86
07/1981, 15.72
08/1981, 16.72
09/1981, 16.52
10/1981, 15.38
11/1981, 12.41
12/1981, 12.85
01/1982, 14.32
02/1982, 14.73
03/1982, 13.95
04/1982, 13.98
05/1982, 13.34
06/1982, 14.07
07/1982, 13.24
```

```
08/1982, 11.43
09/1982, 10.85
10/1982, 9.32
11/1982, 9.16
12/1982, 8.91
01/1983, 8.62
02/1983, 8.92
03/1983, 9.04
04/1983, 8.98
05/1983, 8.90
06/1983, 9.66
07/1983, 10.20
08/1983, 10.53
09/1983, 10.16
10/1983, 9.81
11/1983, 9.94
12/1983, 10.11
01/1984, 9.90
02/1984, 10.04
03/1984, 10.59
04/1984, 10.90
05/1984, 11.66
06/1984, 12.08
07/1984, 12.03
08/1984, 11.82
09/1984, 11.58
10/1984, 10.90
11/1984, 9.82
12/1984, 9.33
01/1985, 9.02
02/1985, 9.29
03/1985, 9.86
04/1985, 9.14
05/1985, 8.46
06/1985, 7.80
07/1985, 7.86
08/1985, 8.05
09/1985, 8.07
10/1985, 8.01
11/1985, 7.88
12/1985, 7.67
01/1986, 7.73
02/1986, 7.61
03/1986, 7.03
04/1986, 6.44
05/1986, 6.65
06/1986, 6.73
07/1986, 6.27
08/1986, 5.93
09/1986, 5.77
10/1986, 5.72
11/1986, 5.80
12/1986, 5.87
01/1987, 5.78
02/1987, 5.96
03/1987, 6.03
04/1987, 6.50
05/1987, 7.00
06/1987, 6.80
07/1987, 6.68
```

```
08/1987, 7.03
09/1987, 7.67
10/1987, 7.59
11/1987, 6.96
12/1987, 7.17
01/1988, 6.99
02/1988, 6.64
03/1988, 6.71
04/1988, 7.01
05/1988, 7.40
06/1988, 7.49
07/1988, 7.75
08/1988, 8.17
09/1988, 8.09
10/1988, 8.11
11/1988, 8.48
12/1988, 8.99
01/1989, 9.05
02/1989, 9.25
03/1989, 9.57
04/1989, 9.36
05/1989, 8.98
06/1989, 8.44
07/1989, 7.89
08/1989, 8.18
09/1989, 8.22
10/1989, 7.99
11/1989, 7.77
12/1989, 7.72
01/1990, 7.92
02/1990, 8.11
03/1990, 8.35
04/1990, 8.40
05/1990, 8.32
06/1990, 8.10
07/1990, 7.94
08/1990, 7.78
09/1990, 7.76
10/1990, 7.55
11/1990, 7.31
12/1990, 7.05
01/1991, 6.64
02/1991, 6.27
03/1991, 6.40
04/1991, 6.24
05/1991, 6.13
06/1991, 6.36
07/1991, 6.31
08/1991, 5.78
09/1991, 5.57
10/1991, 5.33
11/1991, 4.89
12/1991, 4.38
01/1992, 4.15
02/1992, 4.29
03/1992, 4.63
04/1992, 4.30
05/1992, 4.19
06/1992, 4.17
07/1992, 3.60
```

```
08/1992, 3.47
09/1992, 3.18
10/1992, 3.30
11/1992, 3.68
12/1992, 3.71
01/1993, 3.50
02/1993, 3.39
03/1993, 3.33
04/1993, 3.24
05/1993, 3.36
06/1993, 3.54
07/1993, 3.47
08/1993, 3.44
09/1993, 3.36
10/1993, 3.39
11/1993, 3.58
12/1993, 3.61
01/1994, 3.54
02/1994, 3.87
03/1994, 4.32
04/1994, 4.82
05/1994, 5.31
06/1994, 5.27
07/1994, 5.48
08/1994, 5.56
09/1994, 5.76
10/1994, 6.11
11/1994, 6.54
12/1994, 7.14
01/1995, 7.05
02/1995, 6.70
03/1995, 6.43
04/1995, 6.27
05/1995, 6.00
06/1995, 5.64
07/1995, 5.59
08/1995, 5.75
09/1995, 5.62
10/1995, 5.59
11/1995, 5.43
12/1995, 5.31
01/1996, 5.09
02/1996, 4.94
03/1996, 5.34
04/1996, 5.54
05/1996, 5.64
06/1996, 5.81
07/1996, 5.85
08/1996, 5.67
09/1996, 5.83
10/1996, 5.55
11/1996, 5.42
12/1996, 5.47
01/1997, 5.61
02/1997, 5.53
03/1997, 5.80
04/1997, 5.99
05/1997, 5.87
06/1997, 5.69
07/1997, 5.54
```

```
08/1997, 5.56
09/1997, 5.52
10/1997, 5.46
11/1997, 5.46
12/1997, 5.53
01/1998, 5.24
02/1998, 5.31
03/1998, 5.39
04/1998, 5.38
05/1998, 5.44
06/1998, 5.41
07/1998, 5.36
08/1998, 5.21
09/1998, 4.71
10/1998, 4.12
11/1998, 4.53
12/1998, 4.52
01/1999, 4.51
02/1999, 4.70
03/1999, 4.78
04/1999, 4.69
05/1999, 4.85
06/1999, 5.10
07/1999, 5.03
08/1999, 5.20
09/1999, 5.25
10/1999, 5.43
11/1999, 5.55
12/1999, 5.84
01/2000, 6.12
02/2000, 6.22
03/2000, 6.22
04/2000, 6.15
05/2000, 6.33
06/2000, 6.17
07/2000, 6.08
08/2000, 6.18
09/2000, 6.13
10/2000, 6.01
11/2000, 6.09
12/2000, 5.60
01/2001, 4.81
02/2001, 4.68
03/2001, 4.30
04/2001, 3.98
05/2001, 3.78
06/2001, 3.58
07/2001, 3.62
08/2001, 3.47
09/2001, 2.82
10/2001, 2.33
11/2001, 2.18
12/2001, 2.22
01/2002, 2.16
02/2002, 2.23
03/2002, 2.57
04/2002, 2.48
05/2002, 2.35
06/2002, 2.20
07/2002, 1.96
```

```
08/2002, 1.76
09/2002, 1.72
10/2002, 1.65
11/2002, 1.49
12/2002, 1.45
01/2003, 1.36
02/2003, 1.30
03/2003, 1.24
04/2003, 1.27
05/2003, 1.18
06/2003, 1.01
07/2003, 1.12
08/2003, 1.31
09/2003, 1.24
10/2003, 1.25
11/2003, 1.34
12/2003, 1.31
01/2004, 1.24
02/2004, 1.24
03/2004, 1.19
04/2004, 1.43
05/2004, 1.78
06/2004, 2.12
07/2004, 2.10
08/2004, 2.02
09/2004, 2.12
10/2004, 2.23
11/2004, 2.50
12/2004, 2.67
01/2005, 2.86
02/2005, 3.03
03/2005, 3.30
04/2005, 3.32
05/2005, 3.33
06/2005, 3.36
07/2005, 3.64
08/2005, 3.87
09/2005, 3.85
10/2005, 4.18
11/2005, 4.33
12/2005, 4.35
01/2006, 4.45
02/2006, 4.68
03/2006, 4.77
04/2006, 4.90
05/2006, 5.00
06/2006, 5.16
07/2006, 5.22
08/2006, 5.08
09/2006, 4.97
10/2006, 5.01
11/2006, 5.01
12/2006, 4.94
01/2007, 5.06
02/2007, 5.05
03/2007, 4.92
04/2007, 4.93
05/2007, 4.91
06/2007, 4.96
07/2007, 4.96
```

```
08/2007, 4.47
09/2007, 4.14
10/2007, 4.10
11/2007, 3.50
12/2007, 3.26
01/2008, 2.71
```