J. THOMAS ALDRICH (SBN 216695)
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
100 Howe Avenue, Suite 110 South
Sacramento, CA (95825-8201)
(916) 483-5181 Telephone
taldrich@eakdl.com

Attorneys for Defendant, LENDING 1st MORTGAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
Oakland Division

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C-07-4485 CW<br><br>(Proposed)<br>**ORDER GRANTING MOTION TO DISMISS**<br><br>DATE: April 3, 2008<br>TIME : 2:00 p.m.<br>COURTROOM: 2 |

The motion of defendant, LENDING 1st MORTGAGE, to Dismiss the Complaint or, in the alternative, to Transfer Case to Central District, came on regularly for hearing on April 3, 2008, at 2:00 p.m. before the Honorable Claudia Wilken. On proof made to the satisfaction of the Court that the motion ought to be granted, the Court finds that Plaintiffs failed to plead sufficient facts to state a claim and that any attempt to amend the complaint would be futile. The Court further finds that venue is proper in the Central District of California.

IT IS HEREBY ORDERED THAT Plaintiffs' Complaint be dismissed without leave to amend.

---

Proposed Order Granting Motion to Dismiss

\plascencia\07-162\jtapld.012
MST:mdg

1

1  Dated: _____

2                                                          _____
                                                           CLAUDIA WILKEN, U.S. DISTRICT COURT
3                                                          JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Proposed Order Granting Motion to Dismiss

\plascencia\07-162\jtapld.012
MST:mdg

2