# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Plascencia,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Lending 1st Mortgage,<br><br>　　　　　　Defendant(s). | 07-04485 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-04485 CW                                     -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: March 20, 2008

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-04485 CW                              -2-

PROOF OF SERVICE

Case Name:      Plascencia v. Lending 1st Mortgage

Case Number:    07-04485 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On March 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   David M. Arbogast
>   Spiro Moss Barness LLP
>   11377 West Olympic Boulevard
>   5th Floor
>   Los Angeles, CA 90064
>   david@spiromoss.com
>
>   Paul R. Kiesel
>   Kiesel, Boucher & Larson
>   8648 Wilshire Boulevard
>   Beverly Hills, CA 90211
>   Kiesel@kbla.com
>
>   Robert Ira Spiro
>   Spiro Moss Barness LLP
>   11377 W. Olympic Blvd
>   Fifth Floor
>   Los Angeles, CA 90064
>   ira@spiromoss.com
>
>   Patrick DeBlase

Kiesel, Boucher & Larson LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211
deblase@kbla.com

Michael C Eyerly
Kiesel Boucher & Larson
8648 Wilshire Blvd
Beverly Hills, CA 90211-2910
eyerly@kbla.com

Jeffrey K Berns
The Law Office of Jeffrey Berns
19510 Ventura Blvd
Suite 200
Tarzana, CA 91356
jberns@jeffbernslaw.com

Jonathan Shub
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
jshub@seegerweiss.com

Jeremy Scott Johnson
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street
2nd Floor
Newport Beach, CA 92660
jjohnson@bremerandwhyte.com

John Thomas Aldrich
Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.
100 Howe Avenue, Suite 110 S
Sacramento, CA 95825
taldrich@eakdl.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 20, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov