1  David M. Arbogast (SBN 167571)
   David@SpiroMoss.com
2  Ira Spiro (SBN 67641)
   Ira@SpiroMoss.com
3  **SPIRO MOSS BARNESS LLP**
   11377 W. Olympic Boulevard, Fifth Floor
4  Los Angeles, CA 90064-1683
   Phone: (310) 235-2468; Fax: (310) 235-2456

   Paul R. Kiesel, Esq. (SBN 119854)           Jonathan Shub (SBN 237708)
6  kiesel@kbla.com                              jshub@seegerweiss.com
   Patrick DeBlase, Esq. (SBN 167138)          **SEEGER WEISS LLP**
7  deblase@kbla.com                            1515 Market Street, Suite 1380
   Michael C. Eyerly, Esq. (SBN 178693)        Philadelphia, PA 19107
8  eyerly@kbla.com                             Phone: (215) 564-2300; Fax (215) 851-8029
   **KIESEL BOUCHER LARSON LLP**
9  8648 Wilshire Boulevard                      Jeffrey K. Berns, Esq. (SBN 131351)
   Beverly Hills, California 90211              jberns@jeffbernslaw.com
10 Phone: (310) 854-4444                       **LAW OFFICES OF JEFFREY K. BERNS**
   Fax: (310) 854-0812                         19510 Ventura Boulevard, Suite 200
11                                              Tarzana, California 91356
                                                Phone: (818) 961-2000; Fax: (818) 867-4820

12 Attorneys for Plaintiffs and all others Similarly Situated

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | ARMANDO PLASCENCIA, and MELANIA ) | **CASE NO. C-07-4485 CW** |
   | PLASCENCIA, individually and on behalf of ) | |
   | all others similarly situated, ) | <u>CLASS ACTION</u> |
17 | ) | |
   | Plaintiffs, ) | |
18 | ) | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
   | ) | |
19 | v. ) | |
   | ) | |
20 | ) | |
   | LENDING 1st MORTGAGE and LENDING ) | |
21 | 1st MORTGAGE, LLC, and DOES 1 through ) | |
   | 10 inclusive, ) | |
22 | ) | |
   | Defendants. ) | |
23 | ) | |
   | ) | Complaint Filed: August 29, 2007 |
24 | ) | Trial Date: Not set yet. |

25

26

27

28

ADR CERTIFICATION - C-07-4485 CW

1    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or
2 she has:
3    (1)    Read the handbook entitled "Dispute Resolution Procedures in the Northern District of
4 California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are
5 available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing
6 program (ECF) under General Order 45);
7    (2)    Discussed the available dispute resolution options provided by the Court and private
8 entities; and
9    (3)    Considered whether this case might benefit from any of the available dispute resolution
10 options.

11 Dated:   3/20/08                                             /s/ Armando Placentia
                                                                         [Party]
12

13 Dated:   3/20/08                                             /s/ Melania Placentia
                                                                         [Party]
14

15 Dated:   3/20/08                                             /s/ David M. Arbogast
                                                                   [Counsel for Plaintiffs]