MARK S. TRATTEN (SBN 119330)
Appearing *Pro Hac Vice*
J. THOMAS ALDRICH (SBN 216695)
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
100 Howe Avenue, Suite 110 South
Sacramento, CA (95825-8201)
(916) 483-5181 Telephone

Attorneys for Defendant, LENDING 1st MORTGAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
Oakland Division

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C-07-4485 JW<br><br>DECLARATION OF CHRIS LOMBARDI IN SUPPORT OF REPLY TO OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT |

I, CHRIS LOMBARDI, declare as follows:

1. I am the Chief Executive Officer with LENDING 1ST MORTGAGE, LLC, and I make this declaration for and upon its behalf and in connection with LENDING 1ST MORTGAGE, LLC'S Reply to Plaintiffs' Opposition to the Motion to Dismiss the Second Amended Complaint. This Declaration incorporates the information provided in my declaration dated February 25, 2008 as though fully set forth herein.

2. According to LENDING 1ST MORTGAGE'S records, a copy of the disclosures attached as Exhibit A to my previous declaration was mailed to Plaintiffs on or about May 3, 2006.

3. LENDING 1ST MORTGAGE provided a Mortgage Loan Disclosure Statement/Good Faith Estimate - Nontraditional Mortgage Product to the Plaintiffs. A copy of the Mortgage Loan

---

Declaration of Chris Lombardi In Support of Reply to Opposition to Motion to Dismiss Second Amended Complaint
1
\plascencia\07-162\jtapld.014
MST:mdg

1 | Disclosure Statement/Good Faith Estimate - Nontraditional Mortgage Product is attached hereto as
2 | Exhibit C.
3 | 4.  After the Plaintiffs' mortgage closed, the loan and its servicing was sold to ECM Mortgage
4 | Corporation in Irving, Texas. Because of that sale, LENDING 1ST MORTGAGE never received
5 | any payments on the mortgage from Plaintiffs after closing. A true and correct copy of the notice
6 | and invoice sent to Plaintiffs is attached hereto as Exhibit D.
7 | 5.  Subsequent to the sale of the loan to ECM Mortgage Corporation, LENDING 1ST
8 | MORTGAGE had no other dealings with Plaintiffs and anticipated no future dealings with Plaintiffs.
9 |     If called as a witness, I would testify in a fashion identical to that set forth. I declare under
10 | penalty of perjury under the laws of the State of California that the foregoing is true and correct.
11 |     Executed on March 20, 2008, in Rancho Santa Margarita, California.

_____
CHRIS LOMBARDI

28 | Declaration of Chris Lombardi in Support of Reply to Opposition to Motion to Dismiss Second Amended Complaint
2
\plascencia\07-162\jtapld.014
MST:mdg

# EXHIBIT C

MORTGAGE LOAN DISCLOSURE STATEMENT/GOOD FAITH ESTIMATE
NONTRADITIONAL MORTGAGE PRODUCT (ONE TO FOUR RESIDENTIAL UNITS)

Date Prepared: 05/03/2006

Borrower's Name(s):  __ARMANDO PLASCENCIA AND MELANIA PLASCENCIA__

Real Property Collateral: the intended security for this proposed loan will be a Deed of Trust on (street address or legal description) __1507-1509 166TH AVENUE San Leandro, CA 94578__

This joint Mortgage Loan Disclosure Statement/Good Faith Estimate is being provided by __LENDING 1ST MORTGAGE LLC__, a real estate broker acting as a mortgage broker, pursuant to the Federal Real Estate Settlement Procedures Act (RESPA) and similar California law. In a transaction subject to RESPA, a lender will provide you with an additional Good Faith Estimate within three business days of the receipt of your loan application. You will also be informed of material changes before settlement/close of escrow. The name of the intended lender to whom your loan application will be delivered is:  [✓] Unknown    [ ] _____ (Name of lender, if known)

## GOOD FAITH ESTIMATE OF CLOSING COSTS

The information provided below reflects estimates of the charges you are likely to incur at the settlement of your loan. The fees, commissions, costs and expenses listed are estimates; the actual charges may be more or less. Your transaction may not involve a charge for every item listed and any additional items charged will be listed. The numbers listed beside the estimate generally correspond to the numbered lines contained in the HUD-1 Settlement Statement which you will receive at settlement if this transaction is subject to RESPA. The HUD-1 Settlement Statement contains the actual costs for the items paid at settlement. When this transaction is subject to RESPA, by signing page two of this form you are also acknowledging receipt of the HUD Guide to Settlement Costs.

| HUD-1 | Item | | Paid to Others | Paid to Broker |
|---|---|---|---|---|
| 800 | *Items Payable in Connection with Loan* | | | |
| 801 | Lender's Loan Origination Fee | | $ -7,900.00 | $ 7,900.00 |
| 802 | Lender's Loan Discount Fee | 1.000 % | $ | $ 3,950.00 |
| 803 | Appraisal Fee | | $ | $ (350.00) |
| 804 | Credit Report | | $ | $ 35.00 |
| 805 | Lender's Inspection Fee | | $ | $ |
| 808 | Mtg Broker Commission/Fee | | $ | $ |
| 809 | Tax Service Fee | | $ | $ |
| 810 | Processing Fee | | $ 500.00 | $ |
| 811 | Underwriting Fee | | $ 695.00 | $ |
| 812 | Wire Transfer Fee | | $ 135.00 | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| 900 | *Items Required by Lender to be Paid in Advance* | | | |
| 901 | Interest for __30__ days at $ __10.8219__ per day | | $ 324.66 | $ |
| 902 | Mortgage Insurance Premiums | | $ | $ |
| 903 | Hazard Insurance Premiums | | $ | $ |
| 904 | County Property Taxes | | $ | $ |
| 905 | VA Funding Fee | | $ | $ |
| | | | $ | $ |
| 1000 | *Reserves Deposited with Lender* | | | |
| 1001 | Hazard Insurance: ____ months at $ 50.00 /mo | | $ | $ |
| 1002 | Mortgage Insurance: ____ months at $ ____ /mo | | $ | $ |
| 1004 | Co Property Taxes: ____ months at $ 329.55 /mo | | $ | $ |
| | ____ months at $ ____ /mo | | $ | $ |
| | ____ months at $ ____ /mo | | $ | $ |
| | ____ months at $ ____ /mo | | $ | $ |
| | ____ months at $ ____ /mo | | $ | $ |
| | | | $ | $ |
| 1100 | *Title Charges* | | | |
| 1101 | Settlement or Closing/Escrow Fee: | | $ | $ |
| 1105 | Document Preparation Fee | | $ 125.00 | $ |
| 1106 | Notary Fee | | $ 180.00 | $ |
| 1108 | Title Insurance: | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| 1200 | *Government Recording and Transfer Charges* | | | |
| 1201 | Recording Fees: | | $ 295.00 | $ |
| 1202 | City/County Tax/Stamps: | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| 1300 | *Additional Settlement Charges* | | | |
| 1302 | Pest Inspection | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | Subtotal of Initial Fees, Commissions, Costs and Expenses | | $ -5,645.34 | $ 11,885.00 |
| | Total of Initial Fees, Commissions, Costs and Expenses | | | $ 6,239.66 |

Compensation to Broker (Not Paid Out of Loan Proceeds):

Mortgage Broker Commission/Fee: $ ____
Any Additional Compensation from Lender (Yield Spread Premium or Other Rebate)  [✓] No  [ ] Yes  $ ____ (If known)

Calyx Form - ntmlds1.frm (RE 885: New 9/07)          *Page 1 of 3*

## ADDITIONAL REQUIRED CALIFORNIA DISCLOSURES

I   Proposed Loan Amount: $ 395,000.00
   Initial Commissions, Fees, Costs and
   Expenses Summarized on Page 1: $ 6,239.66
   Payment of Other Obligations (List):
     Credit Life and/or Disability Insurance (see XIII below) $ _____
     Purchase / Payoff $ 350,039.00

Subtotal of All Deductions: $ 356,278.66
Estimated Cash at Closing  [✓] To You   [ ] That you must pay    $ 38,721.34

II   Proposed Loan Term: __360/360__   [ ] Years  [✓] Months

III  Proposed Interest Rate: __1.000__ %   [✓] Fixed Rate  [ ] Initial Variable Rate
   Initial Variable Rate in effect for __1__ Months

IV   Fully Indexed Interest Rate __8.103__ %

V    Maximum Interest Rate __5.200__ %

VI   Proposed Initial (Minimum) Loan Payment $ __1,270.48__ Monthly

VII  Interest Rate can Increase __4.200__ % each __1__ Months

VIII Payments Options end after __60__ Months or __125.000__ % of Original Balance, whichever comes first

IX   After __60__ months you will not have the option to make minimum or interest only payments and negative amortization (increases in your principal balance), if any, will no longer be allowed. Assuming you have made minimum payments, you may then have to make principal and interest payments of $ __2,445.35__ at the maximum interest rate in effect for the remaining __300__ months of the loan. *These payments will be significantly higher than the minimum or interest only payments.*

X    If your loan contains negative amortization, at the time no additional negative amortization will accrue, your loan balance will be $ __410,085.34__ assuming minimum payments are made

XI   The loan is subject to a balloon payment:  [✓] No  [ ] Yes  If Yes, the following paragraph applies and a final balloon payment of $ _____ will be due on _____ *[estimated date (day/month/year)]*.
**NOTICE TO BORROWER: IF YOU DO NOT HAVE THE FUNDS TO PAY THE BALLOON PAYMENT WHEN IT COMES DUE, YOU MAY HAVE TO OBTAIN A NEW LOAN AGAINST YOUR PROPERTY TO MAKE THE BALLOON PAYMENT. IN THAT CASE, YOU MAY AGAIN HAVE TO PAY COMMISSIONS, FEES, AND EXPENSES FOR THE ARRANGING OF THE NEW LOAN. IN ADDITION, IF YOU ARE UNABLE TO MAKE THE MONTHLY PAYMENTS OR THE BALLOON PAYMENT, YOU MAY LOSE THE PROPERTY AND ALL OF YOUR EQUITY THROUGH FORECLOSURE. KEEP THIS IN MIND IN DECIDING UPON THE AMOUNT AND TERMS OF THIS LOAN.**

XII  Prepayments: The proposed loan has the following prepayment provisions
   [ ] No prepayment penalty
   [ ] Other (see loan documents for details)
   [ ] Any payment of principal in any calendar year in excess of 20% of the [ ] original balance [ ] unpaid balance will include a penalty not to exceed _____ months advance interest at the note rate, but not more than the interest that would be charged if the loan were paid to maturity (see loan documents for details).

XIII Credit Life and/or Disability Insurance: The purchase of credit life and/or disability insurance by a borrower is NOT required as a condition of making this proposed loan
   Other Liens: Are there liens currently on this property for which the borrower is obligated?  [✓] No  [ ] Yes
   If Yes, describe below.

| Lienholder's Name | Amount Owing | Priority |
|---|---|---|
| | | |
| | | |

Liens that will remain or are anticipated on this property after the proposed loan for which you are applying is made or arranged (including the proposed loan for which you are applying):

| Lienholder's Name | Amount Owing | Priority |
|---|---|---|
| | | |
| | | |

NOTICE TO BORROWER: Be sure that you state the amount of all liens as accurately as possible. If you contract with the broker to arrange this loan, but it cannot be arranged because you did not state these liens correctly, you may be liable to pay commissions, costs, fees, and expenses even though you do not obtain the loan.

XIV  Article 7 Compliance: If this proposed loan is secured by a first deed of trust in a principal amount of less than $30,000 or secured by a junior lien in a principal amount of less than $20,000, the undersigned broker certifies that the loan will be made in compliance with Article 7 of Chapter 3 of the Real Estate Law.
   A  This loan [ ] may [ ] will [ ] will not be made wholly or in part from broker controlled funds as defined in Section 10241(j) of the Business and Professions Code.
   B  If the broker indicates in the above statement that the loan "may" be made out of broker-controlled funds, the broker must inform the borrower prior to the close of escrow if the funds to be received by the borrower are in fact broker-controlled funds

XV   Comparison of Sample Mortgage Features (One to Four Residential Units)

*TYPICAL MORTGAGE TRANSACTIONS*

| | Principal and Interest<br>*Fully Amortizing* | Interest Only<br>*Fully Amortizing* | 5/1 ARM<br>*Fully Amortizing* | Interest Only<br>*Fully Amortizing* | Option Payment<br>*Fully Amortizing* | Proposed Loan Type of Loan:<br>World 1 MONTH ARM<br>Type of Amortization:<br>Fully Amortizing |
|---|---|---|---|---|---|---|
| PROPOSED LOAN AMOUNT<br>$ 395,000<br>30 - YEAR TERM | Fixed Rate<br>( 8.000%) | Fixed Rate<br>( ____%)<br>Interest Only for First 5 Years | Fixed Rate for First 5 Years; Adjustable Each Year After First 5 Years<br>(Initial rate for 1 to 5 is ____%; Maximum Rate is ____%) | Interest Only and Fixed Rate for First 5 years; Adjustable Rate Each Year After First 5 Years<br>(Initial rate for 1 to 5 is ____%; Maximum Rate is ____%) | Adjustable Rate for Entire Term of the Mortgage<br>(Rate in month 1 is 1.000 %;<br>Rate in month 2 through year 5 is 8.000 %<br>Maximum Rate is 13.000 %) | Explanation of Type of Proposed Loan Product: |

*Payment Scenarios*

| | | | | | | |
|---|---|---|---|---|---|---|
| Minimum Monthly Payment Years 1-5 except as noted | $ 2,898.37 * | $ 0.00 | $ 1,097.22 | $ 0.00 | $ 1,270.48 ***<br>(1st year only) | $ 1,270.48 |
| Monthly Payment in Year 6 with no change in rates | $ 2,898.37 | $ 1,316.67 ** | $ 1,097.22 | $ 1,316.67 | $ 3,795.24 | $ 2,445.35 |
| Monthly Payment in Year 6 with a 2% rise in rates | $ 2,898.37 | $ 1,316.67 | $ 1,395.19 | $ 1,674.22 | $ 4,468.34 | $ |
| Minimum Monthly Payment | $ 2,898.37 | $ 0.00 | $ 1,097.22 | $ 0.00 | $ 1,270.48 | $ 1,270.48 |
| Your Gross Income | $ | $ | $ | $ | $ | $ |
| Difference | $ -2,898.37 | $ 0.00 | $ -1,097.22 | $ 0.00 | $ -1,270.48 | $ -1,270.48 |
| Maximum Monthly Payment in Year 6 with a 5% rise in rates | $ 2,898.37 | $ 1,316.67 | $ 1,924.28 | $ 2,309.13 | $ 5,545.88 | $ |
| Your Gross Income | $ | $ | $ | $ | $ | $ |
| Difference | $ -2,898.37 | $ -1,316.67 | $ -1,924.28 | $ -2,309.13 | $ -5,545.88 | $ 0.00 |

*Loan Balance Scenarios*

| | | | | | | |
|---|---|---|---|---|---|---|
| How much will be owed after 5 years | $ 375,525.92 | $ 395,000.00 | $ 329,166.80 | $ 395,000.00 | $ 491,728.06 | $ 410,085.34 |
| Has the loan balance been reduced after 5 years of payments? | Yes<br>The loan balance was reduced by $ 19,474.08 | No<br>The loan balance was not reduced | Yes<br>The loan balance was reduced by $ 65,833.20 | No<br>The loan balance was not reduced | No<br>The loan balance increased by $ 96,728.06 | No<br>The loan balance increased by $ 15,085.34 |

\*   This illustrates an interest rate and payments that are fixed for life of the loan.

\*\*  This illustrates payments that are fixed after the first five years of the loan at a higher amount because they include both principal and interest.

\*\*\* This illustrates minimum monthly payments that are based on an interest rate that is in effect during the first month only. The payments required during the first year will not be sufficient to cover all of the in interest that is due when the rate increased in the second month of the loan. Any unpaid interest amount will be added to the loan balance. Minimum payments for years 2-5 are based on the higher interest rate in effect at the time, subject to any contract limits on payment increases. Minimum payments will be recast (recalculated) after 5 years, or when the loan balance reaches a certain limit, to cover both principal and interest at the applicable rate.

<u>*IMPORTANT NOTE: Please use this chart to discuss possible loans with your broker or lender*</u>

If a mortgage loan broker licensed by the California Department of Real Estate is acting as your agent in connection with your home loan/mortgage, the agent owes you certain fiduciary duties, and California statutory law imposes other duties.

XVI  NOTICE TO BORROWER: THIS IS NOT A LOAN COMMITMENT. Do not sign this statement until you have read and understood all of the information in it All parts of this form must be completed before you sign Borrower hereby acknowledges the receipt of a copy of this statement

| Name of Broker | License # | Broker's Representative | License # |
|---|---|---|---|
| | | | |

Broker's Address

| Signature of Broker | Date | Signature of Representative | Date |
|---|---|---|---|
| | | | |

| Borrower ARMANDO PLASCENCIA | Date | Borrower MELANIA PLASCENCIA | Date |
|---|---|---|---|

Department of Real Estate license information telephone number: (916) 227-0931, or check license status at www.dre.ca.gov

**EXHIBIT D**

| | |
|---|---|
| Borrower: | ARMANDO PLASCENCIA<br>ELANIA PLASCENCIA<br>1507-1509 166TH AVENUE<br>SAN LEANDRO, CA 94578 |
| Loan Number: | 0000004677 |
| Property Address: | 1507-1509 166TH AVENUE<br>SAN LEANDRO, CA 94578 |

Dear Borrower,

We thank you for the recent opportunity of assisting you in securing your real estate loan and look forward to serving your needs again in the future. As a regular practice, most loans are sold in the secondary marketplace. This however, is no reflection on you nor your property and has no effect on your mortgage payments. Usually when a loan is sold, the servicing of your loan is also transferred. Because your loan has been sold along with its servicing, all future payments beginning with your 07/01/2006 payment are to be sent to EMC MORTGAGE CORPORATION at the address referenced below.

Your monthly payment amount has not changed and consists of:

| | |
|---|---:|
| **Principal and Interest** | $1,270.48 |
| **Total Impounds** | $0.00 |
| **Mortgage Insurance** | $0.00 |
| **Total Monthly Payment** | $1,270.48 |

EMC MORTGAGE CORPORATION will forward payment information and/or coupons to you soon. If a payment is in transit to us, we will forward your payment to your new Servicer immediately.

Should you have further questions, please call EMC MORTGAGE CORPORATION at (800) 723-3004.

Sincerely,

PRISCILLA HERNANDEZ
LENDING 1ST MORTGAGE

---

**TEMPORARY PAYMENT COUPON**

MAIL TO:

EMC MORTGAGE CORPORATION
PAYMENT PROCESSING DEPARTMENT
909 HIDDEN RIDGE DRIVE, SUITE 200
IRVING, TX 75038

REGARDING:
ARMANDO PLASCENCIA
MELANIA PLASCENCIA
1507-1509 166TH AVENUE
SAN LEANDRO, CA 94578

LOAN NUMBER: 15347917
DUE DATE: 07/01/2006

PAYMENT ENCLOSED: $ _____

Printed: 06/26/2006 04:02 PM
By: HERNANDEZ, PRISCILLA

Prolender Form: 06_00007 rev 03/05