MARK S. TRATTEN (SBN 119330)
Appearing *Pro Hac Vice*
J. THOMAS ALDRICH (SBN 216695)
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
100 Howe Avenue, Suite 110 South
Sacramento, CA   (95825-8201)
(916) 483-5181 Telephone

Attorneys for Defendant, LENDING 1st MORTGAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  C-07-4485 CW<br><br>**DEFENDANT'S RESPONSES AND OPPOSITION TO INTENTION TO STRIKE PORTIONS OF THE DECLARATION OF CHRIS LOMBARDI.**<br><br>DATE       :  April 3, 2008<br>TIME       :  2:00 p.m.<br>COURTROOM:  2 |

Defendant hereby opposes the following objections and motion to strike filed by Plaintiffs in the above captioned matter.

1. **Opposition to Objection No. 1**

Defendant does not oppose this objection and recognizes that the Handbook on Adjustable Rate Mortgages provided by Plaintiffs as Exhibit 3 to the Declaration of David Arbogast is likely a copy of the Handbook provided to Plaintiffs.

---

Lending 1st Mortgage Responses and Opposition to Intention to Strike

1

\plascencia\07-162\jtapld.016
MST:mdg

2. **Opposition to Objection No. 2.**

Defendant recognizes that the statement was poorly worded. However, per the Declaration of Chris Lombardi dated 3/20/08, those documents were sent to Plaintiffs as part of the initial disclosures sent in this case (Lombardi Decl. d. 3/20/08, ¶ 2.) In fact, those documents were sent on May 6, 2006 prior to Plaintiffs signing the loan documents at issue in this case. Therefore, they are relevant to what documents were provided to Plaintiffs and what disclosures were made

Additionally, Plaintiffs' objection is disingenuous as they rely on the proffered documents to support their argument that Defendant failed to disclose that negative amortization was guaranteed. (Plaintiffs' Opposition to Motion to Dismiss, p. 11, ll. 9-13; Plaintiffs' *Corrected* Objections to, and Notice of Intention to Strike Portions of the Declaration of Chris Lombardi Filed in Support of Defendant's Motion to Dismiss Second Amended Complaint, p. 3, ll. 6-16.)

Thus, Plaintiffs cannot genuinely claim to want the documents stricken and turn around and rely on them for their argument. For this reason, the Court should not strike the documents contained in Exhibit B to the Declaration of Chris Lombardi dated February 25, 2008.

DATED: March 20, 2008

ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.

By: _____
J. THOMAS ALDRICH
Attorneys for Defendant, LENDING 1st MORTGAGE