UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plascencia,

CASE NO. 07-04485 CW

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Lending 1st Mortgage

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference April 3, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| David M. Arbogast | Plaintiffs | (310) 235-2468 | david@spiromoss.com |
| Jeffrey Berns | Plaintiffs | (818) 961-2000 | jberns@jeffbernslaw.com |
| J. Thomas Aldrich | Defendant | (916) 483-5181 | taldrich@eakdl.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 3/24/08

/s/ David M. Arbogast
Attorney for Plaintiff

Dated: 3/24/08

/s/ J. Thomas Aldrich
Attorney for Defendant