UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLASCENCIA ET AL,

    Plaintiff,

v.

LENDING 1ST MORTGAGE ET AL,

    Defendant.

NO. C 07-04485 CW

**MINUTE ORDER**
Date: 4/3/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**     **Court Reporter:**  Diane Skillman

**Appearances for Plaintiff:**
David Arbogast

**Appearances for Defendant:**
J. Thomas Aldrich

                              **Motions:**

| Defendant Lending 1st Mortgage | Mo. to dismiss complaint on in the alternative to transfer case to Central District of California | Under Submission |

Further briefing due:
Order to be prepared by:  Court

Notes:  Court vacates Case Management Conference set for 4/8/08.
**Case Management Conference set for 6/10/08 at 2:00 p.m.**  Motion taken under submission.  If plaintiff amends complaint, defendant to notice any motion to dismiss for 6/10/08 at 2:00 p.m.

Copies to:  Chambers