Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

[*Additional counsel listed on signature page*]
Attorneys for Plaintiffs and all others Similarly Situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, and DOES 1 through 10 inclusive, <br><br> Defendants. | **CASE NO. C-07-4485 - CW** <br><br> <u>CLASS ACTION</u> <br><br> [*Assigned to the Hon. Claudia Wilken*] <br><br> **SUBSTITUTION OF ATTORNEYS** <br><br><br> Complaint Filed: August 29, 2007 <br> Trial Date: Not set yet. |

SUBSTITUTION OF ATTORNEYS - C-07-4485 CW

1 TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 PLEASE TAKE NOTICE that Plaintiffs, ARMANDO PLASCENCIA, and MELANIA

3 PLASCENCIA request the following substitution:

4 **Former legal representative:**
Ira Spiro, Esq. SBN 67641
5 **SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
6 Los Angeles, CA 90064-1683
Phone: (310) 235-2468
7 Fax:    (310) 235-2456

8 **New legal representative:**
Jeffrey K. Berns, Esq. SBN 131351
9 **ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
10 Tarzana, California 91356
Phone (818) 961-2000
11 Fax: (818) 867-4820

12 The parties requesting substitution are Plaintiffs, ARMANDO PLASCENCIA, and MELANIA

13 PLASCENCIA.

14 I CONSENT TO THIS SUBSTITUTION:

15

16 Dated:  April 15, 2008                    */s/ Armando Plascencia*
                                              Plaintiff, ARMANDO PLASCENCIA
17

18 Dated: April 15, 2008                     */s/ Melania Plascencia*
                                              Plaintiff, MELANIA PLASCENCIA
19

20 I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

21
Dated:  April 16, 2008                       */s/ Ira Spiro*
22                                            Ira Spiro, Esq.
                                              Spiro Moss Barness LLP
23

24 / / /

25 / / /

26 / / /

27

28

-2-

SUBSTITUTION OF ATTORNEYS - C-07-4485 CW

1 | I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

DATED: April 16, 2008           **LAW OFFICES OF JEFFREY K. BERNS**

By:   */s/ Jeffrey K. Berns*
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000
Fax:    (818) 867-4820

Attorneys for Plaintiffs, ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, and all others Similarly Situated

### [PROPOSED] ORDER

Upon consideration of all the papers submitted in connection herewith, and good cause appearing, the Substitution of Attorney is here by granted.

**IT IS SO ORDERED**

Dated: _____, 2008          _____
Hon. Claudia Wilken
District Court Judge