1   David M. Arbogast (SBN 167571)
    David@SpiroMoss.com
2   Jeffrey K. Berns, Esq. (SBN 131351)
    jberns@jeffbernslaw.com
3   **ARBOGAST & BERNS LLP**
    19510 Ventura Boulevard, Suite 200
4   Tarzana, California 91356
    Phone: (818) 961-2000; Fax: (310) 861-1775
5
    Paul R. Kiesel, Esq. (SBN 119854)
6   kiesel@kbla.com
    Patrick DeBlase, Esq. (SBN 167138)
7   deblase@kbla.com
    Michael C. Eyerly, Esq. (SBN 178693)
8   eyerly@kbla.com
    **KIESEL BOUCHER LARSON LLP**
9   8648 Wilshire Boulevard
    Beverly Hills, California 90211
10  Phone:  (310) 854-4444; Fax: (310) 854-0812

11  [*Additional counsel listed on signature page*]
12  Attorneys for Plaintiffs and all others Similarly Situated

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15  ARMANDO PLASCENCIA, and MELANIA )    **CASE NO. C-07-4485 - CW**
    PLASCENCIA, individually and on behalf of )
16  all others similarly situated,          )    CLASS ACTION
                                            )
17              Plaintiffs,                 )    [*Assigned to the Hon. Claudia Wilken*]
                                            )
18          v.                              )
                                            )
19                                          )    **NOTICE OF FIRM AND ADDRESS CHANGE**
                                            )
20  LENDING 1st MORTGAGE and LENDING )
    1st MORTGAGE, LLC, and DOES 1 through )
21  10 inclusive,                          )
                                            )
22              Defendants.                 )
                                            )
23                                          )    Complaint Filed: August 29, 2007
                                            )    Trial Date: Not set yet.
24  ─────────────────────────── )

25

26

27

28

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 7, 2008, David M. Arbogast, Esq. will be associated with the law offices of Arbogast & Berns LLP located at 19510 Ventura Boulevard, Suite 200, Tarzana, California 91356, Telephone (818) 961-2000 and Fax: (310) 861-1775.

DATED:  April 21, 2008                 **ARBOGAST & BERNS LLP**


By:  ___*/s/ Jeffrey K. Berns*_____
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000; Fax:  (818) 867-4820

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone:  (310) 854-4444; Fax:  (310) 854-0812

Jonathan Shub (SBN 237708)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Attorneys for Plaintiffs, ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, and all others Similarly Situated

NOTICE OF FIRM AND CHANGE - C-07-4485 CW