Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

[*Additional counsel listed on signature page*]
Attorneys for Plaintiffs and all others Similarly Situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. C-07-4485 - CW**<br><br>CLASS ACTION<br><br>[*Assigned to the Hon. Claudia Wilken*]<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

SUBSTITUTION OF ATTORNEYS - C-07-4485 CW

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiffs, ARMANDO PLASCENCIA, and MELANIA PLASCENCIA request the following substitution:

**Former legal representative:**
Ira Spiro, Esq. SBN 67641
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468
Fax:    (310) 235-2456

**New legal representative:**
Jeffrey K. Berns, Esq. SBN 131351
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone (818) 961-2000
Fax: (818) 867-4820

The parties requesting substitution are Plaintiffs, ARMANDO PLASCENCIA, and MELANIA PLASCENCIA.

I CONSENT TO THIS SUBSTITUTION:

Dated:  April 15, 2008         */s/ Armando Plascencia*
                               Plaintiff, ARMANDO PLASCENCIA

Dated:  April 15, 2008         */s/ Melania Plascencia*
                               Plaintiff, MELANIA PLASCENCIA

I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

Dated:  April 16, 2008         */s/ Ira Spiro*
                               Ira Spiro, Esq.
                               Spiro Moss Barness LLP

/ / /

/ / /

/ / /

-2-

SUBSTITUTION OF ATTORNEYS - C-07-4485 CW

1 | I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

DATED: April 16, 2008          **LAW OFFICES OF JEFFREY K. BERNS**

By:   */s/ Jeffrey K. Berns*
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000
Fax:     (818) 867-4820

Attorneys for Plaintiffs, ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, and all others Similarly Situated

### ORDER

Upon consideration of all the papers submitted in connection herewith, and good cause appearing, the Substitution of Attorney is here by granted.

**IT IS SO ORDERED**

4/22
Dated: _____, 2008

*Claudia Wilken*
_____
Hon. Claudia Wilken
District Court Judge

-3-

SUBSTITUTION OF ATTORNEYS - C-07-4485 CW