1  David M. Arbogast - State Bar No. 167571
   darbogast@law111.com
2  Jeffrey K. Berns - State Bar No. 131351
   jberns@law111.com
3  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
4  Tarzana, California 91356
   Phone: (818) 961-2000; Fax: (818) 867-4820
5
   *[Additional counsel listed on signature page]*
6  *Attorneys for Plaintiff*

7  J. Thomas Aldrich - State Bar No. 216695
   taldrich@eakdl.com
8  **ERICKSEN, ARBUTHNOT, KILDUFF,**
   **DAY & LINDSTROM, INC.**
9  100 Howe Avenue, Suite 110 South
   Sacramento, CA 95825-8201
10 Phone: (916) 483-5181

11 *Attorneys for Defendant*
   LENDING 1st MORTGAGE, LLC
12

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15

16 ARMANDO PLASCENCIA, and MELANIA    )   **CASE NO. C-07-04485 - CW**
   PLASCENCIA, individually and on behalf of all )
17 others similarly situated,                   )   Judge: Hon. Claudia Wilken
                                                )
18                 Plaintiffs,                   )
                                                )   **STIPULATION AND [PROPOSED] ORDER**
19                                               )   **CONTINUING CASE MANAGEMENT**
          v.                                     )   **CONFERENCE**
20                                               )
                                                )
21 LENDING 1st MORTGAGE and LENDING 1st )
   MORTGAGE, LLC, and DOES 1 through 10  )
22 inclusive,                                    )
                                                )
23                 Defendants.                   )
                                                )
24                                               )   Complaint Filed: August 29, 2007
                                                )   Trial Date: Not set yet
25 ─────────────────────────────────────── )

26

27

28

1   **<u>STIPULATION</u>**

2   WHEREAS, on April 28, 2008, this Court entered its Order Granting in Part Defendants' Motion

3   to Dismiss and Denying Defendants' Motion to Transfer;

4   WHEREAS, on May 30, 2008, Defendant LENDING 1st MORTGAGE, LLC. served its

5   responses to Plaintiff's First Set of Special Interrogatories and First Set of Requests for Production of

6   Documents (previously served on March 27, 2008).  In its responses, Defendant identified EMC

7   Mortgage Corporation as the subsequent purchaser of the loan sold to Plaintiffs.

8   WHEREAS, Plaintiff intends on filing a Third Amended Complaint ("TAC") adding EMC

9   Mortgage Corporation as an additional defendant in this action.   Plaintiff has provided counsel for

10  Defendant with a copy of Plaintiffs' proposed TAC.

11  WHEREAS, counsel have agreed, with the Court's permission, to continue the Initial Case

12  Management Conference for three (3) weeks so that counsel have an opportunity to meet and confer over

13  the filing of Plaintiffs proposed TAC and/or file a motion for leave to permit Plaintiffs to file their TAC.

14  IT IS THEREFORE STIPULATED by and between Plaintiffs and Defendant that, should the

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Stipulation and [Proposed] Order - C-O7-4485 - CW

1  Court's schedule permit, the June 10, 2008 status conference be continued until July 1, 2008 or as soon

2  thereafter.

3  IT IS SO STIPULATED:

4  DATED:  June 6, 2008                        Respectfully submitted,

5                                              ARMANDO PLASCENCIA, and
                                               MELANIA PLASCENCIA
6
                                               By their attorneys,
7
                                               /s/ David M. Arbogast
8                                              David M. Arbogast
                                               **ARBOGAST & BERNS LLP**
9                                              19510 Ventura Blvd., Suite 200
                                               Tarzana, CA  91356
10                                             Phone: (818) 961-2000
                                               Fax:    (818) 867-4820
11

12                                             **KIESEL BOUCHER LARSON LLP**
                                               Paul R. Kiesel (SBN 119854)
13                                             Patrick De Blasé(SBN 167138)
                                               Michael C. Eyerly (SBN 178693)
14                                             8648 Wilshire Blvd.
                                               Beverly Hills, CA  90211
15                                             Phone: (310) 854-4444
                                               Fax:    (310) 854-0812
16

17                                             **SEEGER WEISS LLP**
                                               Jonathan Shub (SBN 237708)
18                                             1515 Market Street, Suite 1380
                                               Philadelphia, PA 19102
19                                             Phone: (215) 564-2300
                                               Fax:    (215) 851-8029
20
                                               *Attorneys for Plaintiff*
21  DATED: June 6, 2008                        LENDING 1st MORTGAGE, LLC.

22                                             By its attorneys,

23
                                               /s/ J. Thomas Aldrich
24                                             J. Thomas Aldrich
                                               **ERICKSEN, ARBUTHNOT, KILDUFF,**
25                                             **DAY & LINDSTROM, INC.**
                                               100 Howe Avenue, Suite 110 South
26                                             Sacramento, CA 95825-8201
                                               Phone: (916) 483-5181
27
                                               *Attorneys for Defendants*
28

Stipulation and [Proposed] Order - C-O7-4485 - CW

1

**[PROPOSED] ORDER**

2      Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED

3  that:

4      1.    The Case Management Conference currently set for June 10, 2008 is continued to

5  Tuesday, July 1, 2008 at 2:00 p.m.

6      **IT IS SO ORDERED.**

7

8  Dated: _____, 2008

9                                        _____
                                         Hon. Claudia Wilken
                                         District Court Judge

10

11

12

13                                                        .

14

15

16

17

18

19

20

21

22                                                        .

23

24

25

26

27

28

Stipulation and [Proposed] Order - C-O7-4485 - CW