1  David M. Arbogast - State Bar No. 167571
   darbogast@law111.com
2  Jeffrey K. Berns - State Bar No. 131351
   jberns@law111.com
3  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
4  Tarzana, California 91356
   Phone: (818) 961-2000; Fax: (818) 867-4820
5
   [*Additional counsel listed on signature page*]
6  *Attorneys for Plaintiff*

7  J. Thomas Aldrich - State Bar No. 216695
   taldrich@eakdl.com
8  **ERICKSEN, ARBUTHNOT, KILDUFF,
   DAY & LINDSTROM, INC.**
9  100 Howe Avenue, Suite 110 South
   Sacramento, CA 95825-8201
10 Phone: (916) 483-5181

11 *Attorneys for Defendant*
   LENDING 1ˢᵗ MORTGAGE, LLC
12

13                    **UNITED STATES DISTRICT COURT**
14
                      **NORTHERN DISTRICT OF CALIFORNIA**
15

16 ARMANDO PLASCENCIA, and MELANIA          )   **CASE NO. C-07-04485 - CW**
   PLASCENCIA, individually and on behalf of )
17 all others similarly situated,            )   Judge: Hon. Claudia Wilken
                                             )
18                    Plaintiffs,            )
                                             )   **STIPULATION AND ORDER**
19            v.                             )   **CONTINUING CASE MANAGEMENT**
                                             )   **CONFERENCE**
20                                           )
                                             )
21 LENDING 1ˢᵗ MORTGAGE and LENDING 1ˢᵗ     )
   MORTGAGE, LLC, and DOES 1 through 10      )
22 inclusive,                                )
                                             )
23                    Defendants.            )
                                             )
24                                           )   Complaint Filed: August 29, 2007
                                             )   Trial Date: Not set yet
25 ──────────────────────────────────────── )

26

27

28

**STIPULATION**

1

2  WHEREAS, on April 28, 2008, this Court entered its Order Granting in Part Defendants' Motion

3  to Dismiss and Denying Defendants' Motion to Transfer;

4  WHEREAS, on May 30, 2008, Defendant LENDING 1st MORTGAGE, LLC. served its

5  responses to Plaintiff's First Set of Special Interrogatories and First Set of Requests for Production of

6  Documents (previously served on March 27, 2008).  In its responses, Defendant identified EMC

7  Mortgage Corporation as the subsequent purchaser of the loan sold to Plaintiffs.

8  WHEREAS, Plaintiff intends on filing a Third Amended Complaint ("TAC") adding EMC

9  Mortgage Corporation as an additional defendant in this action.   Plaintiff has provided counsel for

10  Defendant with a copy of Plaintiffs' proposed TAC.

11  WHEREAS, counsel have agreed, with the Court's permission, to continue the Initial Case

12  Management Conference for three (3) weeks so that counsel have an opportunity to meet and confer

13  over the filing of Plaintiffs proposed TAC and/or file a motion for leave to permit Plaintiffs to file their

14  TAC.

15  IT IS THEREFORE STIPULATED by and between Plaintiffs and Defendant that, should the

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Stipulation and [Proposed] Order - C-O7-4485 - CW

/ / /

Court's schedule permit, the June 10, 2008 status conference be continued until July 1, 2008 or as soon

thereafter.

IT IS SO STIPULATED:

DATED:  June 6, 2008                    Respectfully submitted,

ARMANDO PLASCENCIA, and
MELANIA PLASCENCIA

By their attorneys,

/s/ David M. Arbogast
David M. Arbogast
**ARBOGAST & BERNS LLP**
19510 Ventura Blvd., Suite 200
Tarzana, CA  91356
Phone: (818) 961-2000
Fax:    (818) 867-4820

**KIESEL BOUCHER LARSON LLP**
Paul R. Kiesel (SBN 119854)
Patrick De Blasé(SBN 167138)
Michael C. Eyerly (SBN 178693)
8648 Wilshire Blvd.
Beverly Hills, CA  90211
Phone: (310) 854-4444
Fax:    (310) 854-0812

**SEEGER WEISS LLP**
Jonathan Shub (SBN 237708)
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Phone: (215) 564-2300
Fax:    (215) 851-8029

*Attorneys for Plaintiff*

DATED: June 6, 2008                    LENDING 1ˢᵗ MORTGAGE, LLC.

By its attorneys,

 /s/ J. Thomas Aldrich
J. Thomas Aldrich
**ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
Phone: (916) 483-5181

1

*Attorneys for Defendants*

2

## ORDER

3

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED

4

that:

5

1.      The Case Management Conference currently set for June 10, 2008 is continued to

6

Tuesday, July 1, 2008 at 2:00 p.m.

7

**IT IS SO ORDERED.**

8

9

Dated: June 9, 2008                    _____

10

Hon. Claudia Wilken
District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order - C-O7-4485 - CW