1  David M. Arbogast (SBN 167571)
   darbogast@law111.com
2  Jeffrey K. Berns (SBN 131351)
   jberns@law111.com
3  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
4  Tarzana, California 91356
   Tel.: (818) 961-2000
5  Fax: (818) 867-4820

6  Attorneys for Plaintiffs and all others Similarly Situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, and DOES 1 through 10 inclusive, <br><br> Defendants. | CASE NO. C-07-4485 CW <br><br> <u>CLASS ACTION</u> <br><br> **ADR CERTIFICATION BY PARTIES AND COUNSEL** <br><br><br> Complaint Filed: August 29, 2007 <br> Trial Date: Not set yet. |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1)    Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

    (2)    Discussed the available dispute resolution options provided by the Court and private entities; and

    (3)    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/20/08                                /s/ Armando Placentia
                                                                          [Party]

Dated: 6/20/08                                /s/ Melania Placentia
                                                                          [Party]

Dated: 6/20/08                                /s/ David M. Arbogast
                                                                  [Counsel for Plaintiffs]

## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B, the filing attorney attests that she has obtained concurrence regarding the filing of this document from each of the signatories to the document.

Dated: June 20, 2008                         By: */s/ David M. Arbogast*
                                                                      David M. Arbogast