MARK S. TRATTEN (SBN 119330)
Appearing *Pro Hac Vice*
J. THOMAS ALDRICH (SBN 216695)
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
100 Howe Avenue, Suite 110 South
Sacramento, CA   (95825-8201)
(916) 483-5181 Telephone

Attorneys for Defendant, LENDING 1st MORTGAGE, LLC
fka LENDING 1st MORTGAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.  C-07-4485 CW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    (1)    Chris Lombardi, an individual with a prior ownership interest in Lending 1st Mortgage, LLC

///

---

Certification of Interested Entities or Parties

1

\plascencia\07-162\jtapld.
MST:mdg

1     (2)    AIG, insurance company for Lending 1st Mortgage, LLC.

2    DATED:   June 24, 2008

ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.

By:    /S/ J. THOMAS ALDRICH

J. THOMAS ALDRICH
Attorneys for Defendant, LENDING 1st MORTGAGE, LLC fka LENDING 1st MORTGAGE

---

Certification of Interested Entities or Parties

2

\plascencia\07-162\jtapld.MST:mdg