

1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11  ARMANDO PLASCENCIA, and MELANIA )     **CASE NO. C-07-4485 JW**
12  PLASCENCIA, individually and on behalf of )
    all others similarly situated,          )     Judge:  Hon. Claudia Wilken
13                                           )     Ctrm:   2
                 Plaintiffs,                 )
14                                           )     <u>CLASS ACTION</u>
                                             )
15         v.                                )
                                             )     **STIPULATION AND [PROPOSED] ORDER**
16                                           )     **GRANTING PLAINTIFFS LEAVE TO FILE**
    LENDING 1st MORTGAGE and LENDING )         **THIRD AMENDED COMPLAINT**
17  1st MORTGAGE, LLC, and DOES 1 through )
    10 inclusive,                            )
18                                           )
                 Defendants.                 )
19                                           )     Complaint Filed: August 29, 2007
                                             )     Trial Date: Not set yet.
20                                           )
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order-C-07-4485 CW

1  WHEREFORE, Plaintiffs, ARMANDO PLASCENCIA, and MELANIA PLASCENCIA

2  (hereinafter "Plaintiff") filed their Second Amended Complaint on January 24, 2008.

3  WHEREFORE, on March 27, 2008, Plaintiff ARMANDO PLASCENCIA propounded his

4  first set of discovery on Defendants LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC

5  (hereinafter "Defendants").

6  WHEREFORE, on May 30, 2008, Defendants responded to Plaintiff's first set of interrogatories.

7  In its responses, Defendants identified EMC Mortgage Corporation as the subsequent purchaser of the

8  ARM loan sold to Plaintiffs ARMANDO PLASCENCIA, and MELANIA PLASCENCIA.

9  WHEREFORE, pursuant to 15 U.S.C. 1641, Plaintiffs seek to file their Third Amended

10  Complaint adding EMC Mortgage Corporation as an additional defendant.

11  WHEREFORE, Defendants shall expressly reserve their rights to challenge the sufficiency of the

12  allegations contained in the Third Amended Complaint to the extent allowed by the Court and Federal

13  Rules of Civil Procedure.

14  WHEREFORE, subject to the Court's approval, Plaintiffs and Defendants have agreed to allow

15  Plaintiffs leave to file their Third Amended Complaint.

16  WHEREFORE, Plaintiffs and Defendants have agreed to allow Defendants LENDING 1st

17  MORTGAGE and LENDING 1st MORTGAGE, LLC thirty (30) days from service of the Third

18  Amended Complaint to file a responsive pleading.

19  Respectfully Submitted,

20  DATED: June 26, 2008                    **ARBOGAST & BERNS LLP**

21

22  By:  _/s/ David M. Arbogast_
     David M. Arbogast
     on behalf of Plaintiffs

23

24  DATED: June 26, 2008                    **ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, LLC**

25

26  By:  _/s/ J. Thomas Aldrich_
     J. Thomas Aldrich
     on behalf of Defendants

27

28

Stipulation and [Proposed] Order-C-07-4485 CW

**[PROPOSED] ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1.    Plaintiffs are granted leave to file their Third Amended Complaint; and

2.    Defendants LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC shall have thirty (30) days from service of the Third Amended Complaint to file a responsive pleading.

IT IS SO ORDERED

Dated: _____, 2008

_____
Hon. Claudia Wilken
United States District Court Judge

Stipulation and [Proposed] Order-C-07-4485 CW