**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, and DOES 1 through 10 inclusive,<br><br>           Defendants. | **CASE NO. C-07-4485 JW**<br><br>Judge: Hon. Claudia Wilken<br>Ctrm: 2<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

Stipulation and [Proposed] Order-C-07-4485 CW

1  WHEREFORE, Plaintiffs, ARMANDO PLASCENCIA, and MELANIA PLASCENCIA
2  (hereinafter "Plaintiff") filed their Second Amended Complaint on January 24, 2008.

3  WHEREFORE, on March 27, 2008, Plaintiff ARMANDO PLASCENCIA propounded his
4  first set of discovery on Defendants LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC
5  (hereinafter "Defendants").

6  WHEREFORE, on May 30, 2008, Defendants responded to Plaintiff's first set of interrogatories.
7  In its responses, Defendants identified EMC Mortgage Corporation as the subsequent purchaser of the
8  ARM loan sold to Plaintiffs ARMANDO PLASCENCIA, and MELANIA PLASCENCIA.

9  WHEREFORE, pursuant to 15 U.S.C. 1641, Plaintiffs seek to file their Third Amended
10 Complaint adding EMC Mortgage Corporation as an additional defendant.

11 WHEREFORE, Defendants shall expressly reserve their rights to challenge the sufficiency of the
12 allegations contained in the Third Amended Complaint to the extent allowed by the Court and Federal
13 Rules of Civil Procedure.

14 WHEREFORE, subject to the Court's approval, Plaintiffs and Defendants have agreed to allow
15 Plaintiffs leave to file their Third Amended Complaint.

16 WHEREFORE, Plaintiffs and Defendants have agreed to allow Defendants LENDING 1st
17 MORTGAGE and LENDING 1st MORTGAGE, LLC thirty (30) days from service of the Third
18 Amended Complaint to file a responsive pleading.

19 Respectfully Submitted,

20 DATED: June 26, 2008            **ARBOGAST & BERNS LLP**

22                                 By:  */s/ David M. Arbogast*
                                        David M. Arbogast
                                        on behalf of Plaintiffs

23 DATED: June 26, 2008            **ERICKSEN, ARBUTHNOT, KILDUFF,**
24                                 **DAY & LINDSTROM, LLC**

26                                 By:  */s/ J. Thomas Aldrich*
                                        J. Thomas Aldrich
                                        on behalf of Defendants

**[PROPOSED] ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiffs are granted leave to file their Third Amended Complaint; and

2. Defendants LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC shall have thirty (30) days from service of the Third Amended Complaint to file a responsive pleading.

IT IS SO ORDERED

Dated: ____6/30_____, 2008        _____
                                      Hon. Claudia Wilken
                                      United States District Court Judge