AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
### for the

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated, <br><br> Plaintiff <br> v. <br> LENDING 1ST MORTGAGE, LENDING 1ST MORTGAGE, LLC, EMC MORTGAGE CORPORATION and DOES 1 through 10 inclusive, <br> Defendant | ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  C-07-4485 CW |

### Summons in a Civil Action

To:  EMC MORTGAGE CORPORATION

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20_  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David M. Arbogast
Jeffrey K. Berns
ARBOGAST & BERNS LLP
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Tel.: (818) 961-2000
Fax: (818) 867-4820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: _July 3, 2008_

_Ivy L. Garcia_
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*