1  JOHN B. SULLIVAN (State Bar No. 96742)
   REGINA J. McCLENDON (State Bar No. 184669)
2  rjm@severson.com
   ERIK KEMP (State Bar No. 246196)
3  ek@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, CA  94111
   Telephone:  (415) 398-3344
6  Facsimile:  (415) 956-0439

7  Attorneys for Defendant
   EMC MORTGAGE CORPORATION
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

12 | ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated, | Case No.: C-07-4485-CW |
   |---|---|
   | | **CERTIFICATE OF INTERESTED ENTITIES** |
   | Plaintiffs, | |
   | vs. | |
   | LENDING 1st MORTGAGE; LENDING 1st MORTGAGE, LLC; EMC MORTGAGE CORPORATION; and DOES 1 through 10 inclusive, | |
   | Defendants. | |

20

21       Pursuant to Civil L.R. 3-16, defendant EMC Mortgage Corporation certifies that the

22 following listed persons, associations of persons, firms, partnerships, corporations (including parent

23 corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a

24 party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that

25 could be substantially affected by the outcome of this proceeding:

26 / / / / /

27 / / / / /

28 / / / / /

1 | The Bear Stearns Companies, Inc., parent of defendant EMC Mortgage Corporation and
2 | JPMorgan Chase & Co., 100% owner of stock of The Bear Stearns Companies, Inc.

4 | DATED: July 15, 2008              SEVERSON & WERSON
                                      A Professional Corporation

6 |                                   By:     /s/  *Erik Kemp*
7 |                                              Erik Kemp

8 |                                   Attorneys for Defendant
                                      EMC MORTGAGE CORPORATION

11 | I hereby attest that I have on file all
12 | holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**Certificate of Interested Entities**

on all interested parties in said case addressed as follows:

Served Electronically via Court's CM/ECF System:

| | |
|---|---|
| **John Thomas Aldrich** | taldrich@eakdl.com |
| **David M. Arbogast** | darbogast@law111.com,jkerr@law111.com |
| **Jeffrey K Berns** | jberns@law111.com,staff@jeffbernslaw.com |
| **Patrick DeBlase** | deblase@kbla.com |
| **Michael C Eyerly** | eyerly@kbla.com |
| **Jeremy Scott Johnson** | jjohnson@bremerandwhyte.com |
| **Paul R. Kiesel** | Kiesel@kbla.com,cgarcia@kbla.com |
| **Jonathan Shub** | jshub@seegerweiss.com,atorres@seegerweiss.com |

Served By Mail

**Mark Stuart Tratten**
Ericksen Arbuthnot Kilduff
100 Howe Ave, Suite 110 South
Sacramento, CA 95825-8201

✗ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

✗ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on July 15, 2008.

                                                                     /s/   *Anne Ogonowski*
                                                                      Anne Ogonowski