1  JOHN B. SULLIVAN (State Bar No. 96742)
   REGINA J. McCLENDON (State Bar No. 184669)
2  rjm@severson.com
   ERIK KEMP (State Bar No. 246196)
3  ek@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, CA  94111
   Telephone:  (415) 398-3344
6  Facsimile:  (415) 956-0439

7  Attorneys for Defendant
   EMC MORTGAGE CORPORATION
8

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13 | ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated, | Case No.: C-07-4485-CW
14 | | **STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**
15 | Plaintiffs, |
16 | vs. | **Civil Local Rule 6-1(a)**
17 | LENDING 1st MORTGAGE; LENDING 1st MORTGAGE, LLC; EMC MORTGAGE CORPORATION; and DOES 1 through 10 inclusive, |
18 | |
19 | Defendants. |
20

21

22     WHEREAS, plaintiffs ARMANDO and MELANIA PLASCENCIA filed a third amended

23 complaint on July 1, 2008, which named EMC Mortgage Corporation as a defendant for the first

24 time in this action;

25     WHEREAS, EMC was served with a copy of plaintiffs' third amended complaint on July 1,

26 2008;

27 / / / / /

28 / / / / /

1 | WHEREAS, Local Rule 6-1(a) of the United States District Court for the Northern District of California provides that the parties may stipulate to extend the time for responding to a complaint without leave of Court;

IT IS HEREBY STIPULATED by and between plaintiffs, on the one hand, and EMC, on the other, through their respective counsel of record herein, that EMC may have an extension of time to answer, move or otherwise respond to plaintiffs' third amended complaint to and including August 4, 2008.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: July 15, 2008         SEVERSON & WERSON
                             A Professional Corporation


                             By:      s/   Erik *Kemp*
                                           Erik Kemp

                             Attorneys for Defendant
                             EMC MORTGAGE CORPORATION


DATED: July 14, 2008         ARBOGAST & BERNS LLP


                             By:      s/   *Jeffrey K. Berns*
                                           Jeffrey K. Berns

                             Attorneys for Plaintiffs
                             ARMANDO PLASCENCIA and MELANIA PLASCENCIA


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**Stipulation for Enlargement of Time to Respond to Complaint**

on all interested parties in said case addressed as follows:

Served Electronically via Court's CM/ECF System:

| | |
|---|---|
| **John Thomas Aldrich** | taldrich@eakdl.com |
| **David M. Arbogast** | darbogast@law111.com,jkerr@law111.com |
| **Jeffrey K Berns** | jberns@law111.com,staff@jeffbernslaw.com |
| **Patrick DeBlase** | deblase@kbla.com |
| **Michael C Eyerly** | eyerly@kbla.com |
| **Jeremy Scott Johnson** | jjohnson@bremerandwhyte.com |
| **Paul R. Kiesel** | Kiesel@kbla.com,cgarcia@kbla.com |
| **Jonathan Shub** | jshub@seegerweiss.com,atorres@seegerweiss.com |

Served By Mail

**Mark Stuart Tratten**
Ericksen Arbuthnot Kilduff
100 Howe Ave, Suite 110 South
Sacramento, CA 95825-8201

✗ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

✗ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on July 15, 2008.

/s/ *Anne Ogonowski*
Anne Ogonowski