# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Plascencia, | 07-04485 CW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Lending 1st Mortgage, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Gilda R. Turitz**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111
415-392-1960

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: July 25, 2008

```
                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Alice M. Fiel


                                    _____
                                    ADR Case Administrator
                                    415-522-3148
                                    Alice_Fiel@cand.uscourts.gov
```

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04485 CW MED                              - 2 -