JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
EMC MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>LENDING 1st MORTGAGE; LENDING 1st MORTGAGE, LLC; EMC MORTGAGE CORPORATION; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No.: C-07-4485-CW<br><br>**SECOND STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**<br><br>**Civil Local Rule 6-1(a)** |

　　　　WHEREAS, plaintiffs ARMANDO and MELANIA PLASCENCIA filed a third amended complaint on July 1, 2008, which named EMC Mortgage Corporation as a defendant for the first time in this action;

　　　　WHEREAS, EMC was served with a copy of plaintiffs' third amended complaint on July 1, 2008;

　　　　WHEREAS, Local Rule 6-1(a) of the United States District Court for the Northern District of California provides that the parties may stipulate to extend the time for responding to a complaint without leave of Court;

IT IS HEREBY STIPULATED by and between plaintiffs, on the one hand, and EMC, on the other, through their respective counsel of record herein, that EMC may have an extension of time to answer, move or otherwise respond to plaintiffs' third amended complaint to and including August 14, 2008.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: August 4, 2008                SEVERSON & WERSON
                                     A Professional Corporation


                                     By:    s/    *Regina J. McClendon*
                                            Regina J. McClendon

                                     Attorneys for Defendant
                                     EMC MORTGAGE CORPORATION


DATED: August 4, 2008                ARBOGAST & BERNS LLP


                                     By:    s/    *David Arbogast*
                                            David Arbogast

                                     Attorneys for Plaintiffs
                                     ARMANDO PLASCENCIA and MELANIA PLASCENCIA


DATED: August 4, 2008                ERICKSEN, ARBUTHNOT, KILDRUFF, et al.


                                     By:    s/    *J. Thomas Aldrich*
                                            J. Thomas Aldrich

                                     Attorneys for Defendant
                                     LENDING 1ST MORTGAGE LLC

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.