JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
EMC MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LENDING 1st MORTGAGE; LENDING 1st MORTGAGE, LLC; EMC MORTGAGE CORPORATION; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: C-07-4485-CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**SECOND STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO OMPLAINT - Civil Local Rule 6-1(a)**

on all interested parties in said case addressed as follows:

\\\

\\\

---

11474/0114/678695.1

CERTIFICATE OF SERVICE
Case No.: C-07-4485-CW

Served Electronically via Court's CM/ECF System:

| **John Thomas Aldrich** | **Patrick DeBlase** | **Michael C Eyerly** |
| taldrich@eakdl.com | deblase@kbla.com | eyerly@kbla.com |
| **David M. Arbogast** | **Paul R. Kiesel** | **Jeremy Scott Johnson** |
| darbogast@law111.com | Kiesel@kbla.com | johnson@bremerandwhyte.com |
| jkerr@law111.com | cgarcia@kbla.com | |
| **Jeffrey K Berns** | **Jonathan Shub** | |
| jberns@law111.com | jshub@seegerweiss.com | |
| staff@jeffbernslaw.com | atorres@seegerweiss.com | |

Served By Mail:

**Mark Stuart Tratten**
Ericksen Arbuthnot Kilduff
100 Howe Ave, Suite 110 South
Sacramento, CA 95825-8201

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

☒ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on August 4, 2008.

                                              / s / *Barbara Bissell*
                                              Barbara Bissell

11474/0114/678695.1                                                                             CERTIFICATE OF SERVICE
                                                                                              Case No.: C-07-4485-CW