1    Gerson H. Smoger  (SBN 79196)
     gersonsmoger@gmail.com
2    Steven M. Bronson (SBN 246751)
     steven.bronson@gmail.com
3    **SMOGER & ASSOCIATES, PC**
     3175 Monterey Blvd
4    Oakland, CA, 94602-3560
     Tel:  (510) 531-4529
5    Fax: (510) 531-4377

6    David M. Arbogast (SBN 167571)          Paul R. Kiesel (SBN 119854)
     darbogast@law111.com                    kiesel@kbla.com
7    Jeffrey K. Berns (SBN 131351)           Patrick DeBlase (SBN 167138)
     jberns@law111.com                       deblase@kbla.com
8    **ARBOGAST & BERNS LLP**                Michael C. Eyerly (SBN 178693)
     19510 Ventura Boulevard, Suite 200      eyerly@kbla.com
9    Tarzana, California 91356               **KIESEL BOUCHER LARSON LLP**
     Tel: (818) 961-2000                     8648 Wilshire Boulevard
10   Fax: (818) 867-4820                     Beverly Hills, California 90211
                                             Phone:  (310) 854-4444
11                                           Fax:  (310) 854-0812

12   [*Additional counsel listed on signature page*]
     Attorneys for Plaintiff and all others Similarly Situated

13                    **UNITED STATES DISTRICT COURT**

14        **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

15
     ARMANDO PLASCENCIA, and MELANIA )     **CASE NO.  4:07-cv-4485-CW**
16   PLASCENCIA, individually and on behalf of )
     all others similarly situated,, )            CLASS ACTION
17                                        )
                    Plaintiffs,           )       [*Assigned to the Hon. Claudia Wilken, Ctrm. 2*]
18                                        )
                                          )       **NOTICE OF APPEARANCE OF GERSON H.**
19        v.                              )       **SMOGER AND STEVEN M. BRONSON,**
                                          )       **ATTORNEYS FOR PLAINTIFFS ARMANDO**
20                                        )       **PLASCENCIA AND MELANIA PLASCENCIA**
     LENDING 1ˢᵗ MORTGAGE, LENDING 1ˢᵗ )
21   MORTGAGE, LLC, EMC MORTGAGE )
     CORPORATION, and DOES 1 through 10 )
22   inclusive,                          )
                                          )
23                  Defendants.           )
                                          )       Complaint Filed: August 29, 2007
24   _____ )            Trial Date: April 12, 2010

25

26

27

28

1     TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2     PLEASE TAKE NOTICE that Gerson H. Smoger and Steven M. Bronson, of the law firm of

3     Smoger & Associates, P.C., appear in this action as attorneys of record for Plaintiffs, ARMANDO

4     PLASCENCIA, and MELANIA PLASCENCIA and all others similarly situated.  Their contact

5     information is as follows:

6                                   Gerson H. Smoger  (SBN 79196)
                                    gersonsmoger@gmail.com
7                                   Steven M. Bronson (SBN 246751)
                                    steven.bronson@gmail.com
8                                   **SMOGER & ASSOCIATES, PC**
                                    3175 Monterey Blvd
9                                   Oakland, CA, 94602-3560
                                    Tel:  (510) 531-4529
10                                  Fax: (510) 531-4377

11    DATED: September 4, 2008                **ARBOGAST & BERNS LLP**

12
                                    By:   _/s/ David M. Arbogast_
13                                        David M. Arbogast
                                          19510 Ventura Blvd, Suite 200
14                                        Tarzana, California 91356
                                          Phone:  (818) 961-2000
15                                        Fax:     (818) 867-4820

16                                        Gerson H. Smoger, Esq.
                                          Steven M. Bronson, Esq.
17                                        **SMOGER & ASSOCIATES, PC**
                                          3175 Monterey Blvd
18                                        Oakland, CA, 94602-3560
                                          Tel:  (510) 531-4529
19                                        Fax: (510) 531-4377

20                                        Paul R. Kiesel, Esq.
                                          Patrick Deblase, Esq.
21                                        Michael C. Eyerly, Esq.
                                          **KIESEL BOUCHER LARSON LLP**
22                                        8648 Wilshire Boulevard
                                          Beverly Hills, California 90210
23                                        Phone: (310) 854-4444; Fax:  (310) 854-0812

24                                        Jonathan Shub (SBN 237708)
                                          **SEEGER WEISS LLP**
25                                        1515 Market Street, Suite 1380
                                          Philadelphia, PA 19107
26                                        Phone: (215) 564-2300
                                          Fax     (215) 851-8029
27
                                          Attorneys for Plaintiffs and all others Similarly
28                                        Situated