MARK S. TRATTEN (SBN 119330)
Appearing *Pro Hac Vice*
J. THOMAS ALDRICH (SBN 216695)
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
100 Howe Avenue, Suite 110 South
Sacramento, CA (95825-8201)
(916) 483-5181 Telephone

Attorneys for Defendant, LENDING 1st MORTGAGE, LLC
fka LENDING 1st MORTGAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C-07-4485 CW<br><br>LENDING 1st MORTGAGE, LLC fka LENDING 1st MORTGAGE'S NONOPPOSITION TO EMC MORTGAGE CORPORATION'S MOTION TO DISMISS<br><br>Date: September 25, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Claudia Wilken |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, LENDING 1st MORTGAGE, LLC fka LENDING 1st MORTGAGE, does not oppose Defendant, EMC MORTGAGE CORPORATION's, Motion to Dismiss.

DATED: September 4, 2008

ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.

By: /s/ J. Thomas Aldrich
J. THOMAS ALDRICH
Attorneys for Defendant, LENDING 1st MORTGAGE, LLC fka LENDING 1st MORTGAGE

---

Notice of Non-Opposition to EMC Motion to Dismiss

1

\plascencia\07-162\jtapld.017
MST:mdg