1  JOHN B. SULLIVAN (State Bar No. 96742)
   REGINA J. McCLENDON (State Bar No. 184669)
2  rjm@severson.com
   ERIK KEMP (State Bar No. 246196)
3  ek@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, CA  94111
   Telephone:  (415) 398-3344
6  Facsimile:  (415) 956-0439

7  Attorneys for Defendant
   EMC MORTGAGE CORPORATION
8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 | ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated, | Case No.:  C-07-4485-CW
14 |  | **ORDER EXTENDING TIME TO COMPLETE MEDIATION**
15 | Plaintiffs, |
16 | vs. |
17 | LENDING 1st MORTGAGE; LENDING 1st MORTGAGE, LLC; EMC MORTGAGE CORPORATION; and DOES 1 through 10 inclusive, |
18 |  |
19 |  |
20 | Defendants. |

21      Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby

22 extends the deadline to complete court-connected mediation from December 1, 2008 to December

23 17, 2008.

24      IT IS SO ORDERED.

25      10/7/08

                                                    _[signature]_
26 Dated: _____              _____
                                                    United States District Court Judge
27

28

---

11474/0114/691389.1                    [PROPOSED] ORDER EXTENDING TIME TO COMPLETE
                                       MEDIATION Case No.:  C-07-4485-CW