Gerson H. Smoger (SBN 79196)
gersonsmoger@gmail.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
**SMOGER & ASSOCIATES, PC**
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel: (510) 531-4529
Fax: (510) 531-4377

David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

[*Additional counsel listed on signature page*]
Attorneys for Plaintiffs and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1st MORTGAGE, LENDING 1st MORTGAGE, LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. 4:07-cv-04485-CW**<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: December 11, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 2<br>Judge: Hon. Claudia Wilken<br><br>Complaint Filed: August 29, 2007<br>Trial Date: April 12, 2010 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 11, 2008, at 2:00 p.m., or as soon thereafter as may be heard, in Courtroom 2 of the above-entitled Court, located at 1301 Clay Street, Suite 400 S, Oakland, California 94612, the Honorable Claudia Wilken presiding, Plaintiffs ARMANDO and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated ("Plaintiffs"), will and hereby do move this Court for an order:

1. To certify this action as maintainable as a class action;

2. To certify the defined Classes of persons as the Plaintiff Classes;

3. To certify the named Plaintiffs Armando and Melania Plascencia, as representatives of the Plaintiff Classes, and to certify their counsel, Gerson H. Smoger, Smoger & Associates, P.C.; David M. Arbogast and Jeffrey K. Berns, Arbogast & Berns LLP; and Jonathan Shub, Seeger Weiss LLP, as class counsel.

This motion is brought pursuant to the Federal Rules of Civil Procedure, Rule 23, and is based upon this notice, the memorandum of points and authorities, the Declarations of Gerson H. Smoger and Jeffrey K. Berns, and the complete files and records in this action.

DATED: November 6, 2008   **SMOGER & ASSOCIATES**

By:   */s/ Gerson H. Smoger*
Gerson H. Smoger, Esq.
Steven M. Bronson, Esq.
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel: (510) 531-4529
Fax: (510) 531-4377

David M. Arbogast, Esq.
Jeffrey K. Berns, Esq.
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone:  (818) 961-2000
Fax:    (818) 867-4820

Jonathan Shub (SBN 237708)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300
Fax    (215) 851-8029

1  Paul R. Kiesel, Esq.(SBN 119854)
   Patrick Deblase, Esq. (SBN 167138)
2  Michael C. Eyerly, Esq. (SBN 178693)
   **KIESEL BOUCHER LARSON LLP**
3  8648 Wilshire Boulevard
   Beverly Hills, California 90210
4  Phone:  (310) 854-4444
   Fax:     (310) 854-0812
5
   Attorney for Plaintiffs and all others Similarly Situated
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Notice of Motion and Motion for Class Certification - 4:07-cv-04485-CW