1  David M. Arbogast - State Bar No. 167571
   darbogast@law111.com
2  Jeffrey K. Berns - State Bar No. 131351
   jberns@law111.com
3  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
4  Tarzana, California 91356
   Phone: (818) 961-2000; Fax: (818) 867-4820
5
   [*Additional counsel listed on signature page*]
6  *Attorneys for Plaintiffs*

7  J. Thomas Aldrich - State Bar No. 216695
   taldrich@eakdl.com
8  **ERICKSEN ARBUTHNOT.**
   100 Howe Avenue, Suite 110 South
9  Sacramento, CA 95825-8201
   Phone: (916) 483-5181
10
   *Attorneys for Defendant*
11 LENDING 1st MORTGAGE, LLC

12 Regina J. McClendon - State Bar No. 184669
   rjm@severson.com
13 **SEVERSON & WERSON**
   One Embarcadero Center, Suite 2600
14 San Francisco, CA 94111
   Phone: (415) 677-5602; Facsimile: (415) 956-0439
15
   *Attorneys for Defendant*
16 EMC MORTGAGE CORPORATION

17              **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated, | **CASE NO. C-07-04485 - CW** |
| | Judge: Hon. Claudia Wilken |
| Plaintiffs, | |
| | **STIPULATION AND ORDER CONTINUING HEARING DATE FOR PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION AND PRELIMINARY INJUNCTION AS MODIFIED** |
| v. | |
| LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10 inclusive, | |
| | Complaint Filed: August 29, 2007 |
| | Trial Date: Not set yet |
| Defendants. | |

# STIPULATION

WHEREAS, on July 3, 2008, this Court issued its Case Management Order which set the hearing date for Plaintiffs' Motion of Class Certification for January 8, 2009 at 2:00 p.m.;

WHEREAS, on November 10, 2008, Plaintiffs filed their Class Certification Motion and Motion for Preliminary Injunction which, with proper notice under the local rules of this court, set the motion hearing for December 11, 2008;

WHEREAS, Defendants EMC MORTGAGE CORPORATION, LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC ("Defendants") have requested that Plaintiffs' motions be continued from the noticed date to the date originally provided by this Court;

WHEREAS, Plaintiffs have requested that if their class certification motion and motion for preliminary injunction are continued per Defendants' request, that the deadline for Defendants' Oppositions thereto be specifically set for December 15, 2008.

WHEREAS, counsel have agreed, with the Court's permission, to reschedule the hearing date for Plaintiffs' Motion for Class Certification and Motion for Preliminary Injunction to January 8, 2009 and modify the briefing schedule as indicated herein.

IT IS THEREFORE STIPULATED by and among Plaintiffs and Defendants that, should the Court's schedule permit, Plaintiffs' Motion for Class Certification and Motion for Preliminary Injunction shall be continued to January 8, 2009, at 2:00 p.m. and Defendants' Oppositions thereto be filed and served on or before December 15, 2008.

**IT IS SO STIPULATED:**

DATED: November 13, 2008

Respectfully submitted,

ARMANDO PLASCENCIA and
MELANIAPLASCENCIA

By their attorneys,

/s/ *Jeffrey K. Berns*
Jeffrey K. Berns
**ARBOGAST & BERNS LLP**
19510 Ventura Blvd., Suite 200

Tarzana, CA  91356
Phone: (818) 961-2000
Fax:     (818) 867-4820

**KIESEL BOUCHER LARSON LLP**
Paul R. Kiesel (SBN 119854)
Patrick De Blasé (SBN 167138)
Michael C. Eyerly (SBN 178693)
8648 Wilshire Blvd.
Beverly Hills, CA  90211
Phone: (310) 854-4444
Fax:     (310) 854-0812

**SEEGER WEISS LLP**
Jonathan Shub (SBN 237708)
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Phone: (215) 564-2300
Fax:     (215) 851-8029

*Attorneys for Plaintiffs*

DATED: November 13, 2008        LENDING 1st MORTGAGE, LLC.

By its attorneys,

*/s/ Thomas Aldrich*
J. Thomas Aldrich
**ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
Phone: (916) 483-5181

DATED: November 13, 2008        EMC MORTGAGE CORPORATION

By its attorneys,

*/s/ Regina McClendon*
Regina J. McClendon
**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Phone: (415) 677-5602; Facsimile: (415) 956-0439

*Attorneys for Defendants*

**ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Class Certification and Motion for Preliminary Injunction, which are both currently set for December 11, 2008, are continued to January 8, 2009 at 2:00 p.m.

2. Defendants EMC MORTGAGE CORPORATION, LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC Opposition(s) to Plaintiffs' Motion for Class Certification and Motion for Preliminary Injunction shall be filed and served on or before December 15, 2008. **Any reply shall be filed by December 22, 2008.**

**IT IS SO ORDERED**

Dated: _____11/14_____, 2008

_____
Hon. Claudia Wilken
United States District Court Judge