1  JOHN B. SULLIVAN (State Bar No. 96742)
   REGINA J. McCLENDON (State Bar No. 184669)
2  rjm@severson.com
   ERIK KEMP (State Bar No. 246196)
3  ek@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, CA  94111
   Telephone:  (415) 398-3344
6  Facsimile:  (415) 956-0439

7  Attorneys for Defendant
   EMC MORTGAGE CORPORATION

8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 ARMANDO PLASCENCIA and MELANIA       Case No.:  C-07-4485-CW (JCS)
   PLASCENCIA, individually and on behalf of all
12 others similarly situated,            **[PROPOSED] ORDER GRANTING EMC'S
                                         REQUEST TO BE EXCUSED FROM
13              Plaintiffs,              PERSONAL APPEARANCE AT
                                         MEDIATION**
14     vs.

15 LENDING 1st MORTGAGE; LENDING
   1st MORTGAGE, LLC; EMC MORTGAGE
16 CORPORATION; and DOES 1 through 10
   inclusive,
17
                Defendants.
18

19      Upon the request of defendant EMC Mortgage Corporation, and good cause appearing,

20      IT IS HEREBY ORDERED that EMC Mortgage Corporation's request to be excused from

21 personal attendance at the mediation is granted on the condition that a representative of EMC be

22 ~~reachable~~ available to participate by telephone on the date of the mediation.

23      IT IS SO ORDERED.

24

25 Dated: December 4, 2008

26

27                                        Hon. Wayne D. Brazil
                                          United States Magistrate Judge
28