MARK S. TRATTEN (SBN 119330)
J. THOMAS ALDRICH (SBN 216695)
ERICKSEN ARBUTHNOT
Attorneys at Law
100 Howe Avenue, Suite 110 South
Sacramento, CA   (95825-8201)
(916) 483-5181 Telephone

Attorneys for Defendant, LENDING 1st MORTGAGE, LLC
fka LENDING 1st MORTGAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
Oakland Division

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C-07-4485 CW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT LENDING 1ST MORTGAGE'S REQUEST TO BE EXCUSED FROM PERSONAL APPEARANCE AT MEDIATION |

Upon the request of Defendant, Lending 1st Mortgage, with good cause shown,

IT IS HEREBY ORDERED that Lending 1st Mortgage and its insurer be excused from personally appearing at the mediation on December 16, 2008 on the condition that representatives of each be available by telephone on that date.

IT IS SO ORDERED.

Dated: 12/9/08

Hon. Wayne D. Brazil
ADR Magistrate Judge

Proposed Oder

\plascencia\07-162\jtapld.005
MST:mdg

1