1  Gerson H. Smoger (SBN 79196)
   gersonsmoger@gmail.com
2  Steven M. Bronson (SBN 246751)
   steven.bronson@gmail.com
3  **SMOGER & ASSOCIATES**
   3175 Monterey Blvd
4  Oakland, CA, 94602-3560
   Tel:  (510) 531-4529
5  Fax: (510) 531-4377

6   David M. Arbogast - State Bar No. 167571
    darbogast@law111.com
7  Jeffrey K. Berns - State Bar No. 131351
   jberns@law111.com
8  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
9  Tarzana, California 91356
   Phone: (818) 961-2000
10 Fax:    (818) 867-4820

11 [*Additional counsel listed on signature page*]
   Attorneys for Plaintiffs and all others Similarly Situated
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1st MORTGAGE, LENDING 1st MORTGAGE, LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. 4:07-cv-04485-CW**<br><br>[*Assigned to the Hon. Claudia Wilken*, Ctrm. 2]<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DATE**<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on October 8, 2008, this Court granted the parties stipulation to extend mediation completion date to December 17, 2008;

WHEREAS, on December 5, 2008, counsel for Plaintiffs were advised that new counsel for Defendant EMC Mortgage Corporation would be entering an appearance;

WHEREAS, on December 5, 2008, new counsel for Defendant EMC Mortgage Corporation requested that Plaintiffs file a request to extend the mediation completion date to January 21, 2009 because he will be unable to do so until December 9, 2008;

WHEREAS, counsel for the parties have agreed, with the Court's permission, to continue the mediation completion date to February 21, 2009.

IT IS THEREFORE STIPULATED by and between Plaintiffs and Defendants that the final day for mediation shall be February 21, 2009.

IT IS SO STIPULATED:

DATED: December 5, 2008

Respectfully submitted,

ARMANDO PLASCENCIA, and
MELANIA PLASCENCIA

By their attorneys,

*/s/ Jeffrey K. Berns*
Jeffrey K. Berns, Esq.
**ARBOGAST & BERNS LLP**
19510 Ventura Blvd., Suite 200
Tarzana, CA  91356
Phone: (818) 961-2000
Fax:    (818) 867-4820

Gerson H. Smoger, Esq.
Steven M. Bronson, Esq.
**SMOGER & ASSOCIATES**
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel:  (510) 531-4529
Fax: (510) 531-4377

/ / /

/ / /

/ / /

1
2
3
4

Paul R. Kiesel, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Phone: (310) 854-4444
Fax:    (310) 854-0812

5
6
7
8

**SEEGER WEISS LLP**
Jonathan Shub (SBN 237708)
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Phone: (215) 564-2300
Fax:    (215) 851-8029

*Attorneys for Plaintiff*

9
10   DATED: December 5, 2008                     LENDING 1st MORTGAGE, LLC.

11                                                By its attorneys,

12                                                 */s/ J. Thomas Aldrich*
                                                  J. Thomas Aldrich
13                                                **ERICKSEN, ARBUTHNOT, KILDUFF,
                                                  DAY & LINDSTROM, INC.**
14                                                100 Howe Avenue, Suite 110 South
                                                  Sacramento, CA 95825-8201
15                                                Phone: (916) 483-5181

16                                                *Attorneys for Defendant*

17
18   DATED: December 5, 2008                     EMC MORTGAGE CORPORATION

19                                                By its attorneys,

20                                                 */s/ Regina McClendon*
                                                  Regina McClendon
21                                                SEVERSON & WERSON
                                                  A Professional Corporation
22                                                One Embarcadero Center, Suite 2600
                                                  San Francisco, CA 94111
23                                                Telephone: (415) 398-3344
                                                  Facsimile: (415) 956-0439
24
                                                  *Attorneys for Defendant*
25
26
27
28

-3-

Stipulation and [Proposed] Order - 4:07-cv-04485-CW

1     **~~[PROPOSED]~~ ORDER**

2    Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED
3    that the mediation completion date currently set for December 17, 2008 is continued to February 21,
4    2009.

5    **IT IS SO ORDERED.**

7    Dated: ____12/10____, 2008     _____
                                     Hon. Claudia Wilken
8                                    UNITED STATED DISTRICT COURT JUDGE

Stipulation and [Proposed] Order - 4:07-cv-04485-CW