1  David M. Arbogast - State Bar No. 167571
   darbogast@law111.com
2  Jeffrey K. Berns - State Bar No. 131351
   jberns@law111.com
3  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
4  Tarzana, California 91356
   Phone: (818) 961-2000; Fax: (818) 867-4820
5
   *Attorneys for Plaintiffs*
6
   LeAnn Pedersen Pope (Pro Hac Vice)
7  Robert J. Emanuel (Pro Hac Vice)
   **BURKE, WARREN, MCKAY & SERRITELLA, P.C**
8  330 North Wabash Avenue, 22nd Floor
   Chicago, Illinois 60611 3607
9  Phone: (312) 840 7000; Fax: (312) 840 7900

   *Attorneys for Defendant*
10 *EMC MORTGAGE CORPORATION*

11 J. Thomas Aldrich - State Bar No. 216695
   taldrich@eakdl.com
12 **ERICKSEN ARBUTHNOT**
   100 Howe Avenue, Suite 110 South
13 Sacramento, CA 95825-8201
   Phone: (916) 483-5181
14
   *Attorneys for Defendant*
15 *LENDING 1st MORTGAGE, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated, | **CASE NO. 4:07-cv-04485-CW** |
| | Judge: Hon. Claudia Wilken |
| Plaintiffs, | |
| | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION AND PRELIMINARY INJUNCTION** |
| v. | |
| LENDING 1st MORTGAGE and LENDING 1st MORTGAGE, LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10 inclusive, | |
| Defendants. | Complaint Filed: August 29, 2007<br>Trial Date: Not set yet |

## STIPULATION

WHEREFORE, on November 10, 2008, Plaintiffs, ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, filed their Motion for Class Certification and Motion for Preliminary Injunction which are currently set to be heard on January 22, 2009;

WHEREFORE, Plaintiffs and Defendant EMC Mortgage Corp. ("Defendant") have agreed to hold an informal settlement conference to discuss a resolution of this and other cases on January 21, 2009;

WHEREFORE, in order to allow the parties to have meaningful settlement discussions, Defendant EMC has agreed that it will use its best efforts to provide Plaintiffs with pertinent information about the proposed Classes before the January 21, 2009 informal settlement conference; and

WHEREFORE, Plaintiffs and Defendants have agreed, with the Court's permission, to reschedule the hearing date for Plaintiffs' Motion for Class Certification and Motion for Preliminary Injunction to March 5, 2009.

IT IS THEREFORE STIPULATED by and among Plaintiffs and Defendants that, should the Court's schedule permit, Plaintiffs' Motion for Class Certification and Motion for Preliminary Injunction shall be continued to March 5, 2009, at 2:00 p.m.

**IT IS SO STIPULATED:**

DATED: December 19, 2008                    Respectfully submitted,

ARMANDO PLASCENCIA and
MELANIAPLASCENCIA

By their attorneys,

/s/ *Jeffrey K. Berns*
Jeffrey K. Berns
**ARBOGAST & BERNS LLP**
19510 Ventura Blvd., Suite 200
Tarzana, CA  91356
Phone: (818) 961-2000
Fax:    (818) 867-4820

*Attorneys for Plaintiffs*

| | |
|---|---|
| DATED: December 19, 2008 | LENDING 1st MORTGAGE, LLC. |
| | By its attorneys, |
| | */s/ J. Thomas Aldrich*<br>J. Thomas Aldrich<br>**ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.**<br>100 Howe Avenue, Suite 110 South<br>Sacramento, CA 95825-8201<br>Phone: (916) 483-5181 |
| DATED: December 19, 2008 | EMC MORTGAGE CORPORATION |
| | By its attorneys, |
| | */s/ Robert J. Emanuel*<br>Robert J. Emanuel<br>**BURKE, WARREN, MCKAY & SERRITELLA, P.C.**<br>330 North Wabash, 22n Floor<br>Phone: (415) 677-5602;<br>Facsimile: (415) 956-0439 |
| | *Attorneys for Defendants* |

## ~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1.   Plaintiffs' Motion for Class Certification and Motion for Preliminary Injunction, which are both currently set for January 22, 2009, are continued to March 5, 2009 at 2:00 p.m.

**IT IS SO ORDERED**

Dated: ____12/23_____, 2008

_____
Hon. Claudia Wilken
United States District Court Judge