UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1ST MORTGAGE; LENDING 1ST MORTGAGE, LLC; EMC MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:07-cv-04485-CW<br><br>**CLASS ACTION**<br><br>Hon. Claudia Wilken<br><br>**ORDER CONTINUING HEARING DATE FOR PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION AND PRELIMINARY INJUNCTION**<br><br>Crtrm.:    2<br><br>Complaint Filed: August 29, 2007<br>Trial Date: April 12, 2010 |

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Class Certification and Motion for Preliminary Injunction, which are both currently set for March 5, 2009, are continued to March 19, 2009 at 2:00 p.m.

-2-

1       2.    Defendants shall have to and including February 19, 2009, to file their
2   opposition briefs to Plaintiffs' Motion for Class Certification and Motion for Preliminary
3   Injunction; and
4
5       3.    Plaintiffs shall have to and including March 5, 2009, to file their reply
6   briefs in support of their Motion for Class Certification and Motion for Preliminary
7   Injunction.
8
9       PURSUANT TO STIPULATION, IT IS SO ORDERED.
10
11      2/17/09
12
13  Dated: _____  _____
14      Hon. Claudia Wilken
    UNITED STATES DISTRICT COURT JUDGE

W02-WEST:8SZP1\401358162.1
4:07-cv-04485-CW

-2-

ORDER CONTINUING HEARING DATE
FOR PLAINTIFFS' MOTIONS FOR
CLASS CERT. AND PRELIM. INJ.