1  Gerson H. Smoger (SBN 79196)
   gersonsmoger@gmail.com
2  Steven M. Bronson (SBN 246751)
   steven.bronson@gmail.com
3  **SMOGER & ASSOCIATES, PC**
   3175 Monterey Blvd
4  Oakland, CA, 94602-3560
   Tel:  (510) 531-4529
5  Fax: (510) 531-4377

6  David M. Arbogast (SBN 167571)
   darbogast@law111.com
7  Jeffrey K. Berns, Esq. (SBN 131351)
   jberns@law111.com
8  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
9  Tarzana, California 91356
   Phone: (818) 961-2000
10 Fax:    (818) 867-4820

11 *[Additional counsel listed on signature page]*
   Attorneys for Plaintiffs and all others Similarly Situated
12

FILED
FEB 17 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LENDING 1st MORTGAGE, LENDING 1st MORTGAGE, LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | CASE NO. 4:07-cv-04485-CW<br><br>*[Assigned to the Hon. Claudia Wilken]*<br><br><u>CLASS ACTION</u><br><br>**SUBSTITUTION OF ATTORNEYS**<br><br><br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

---

Substitution of Attorneys - 4:07-cv-04485-CW

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiffs, ARMANDO PLASCENCIA, and MELANIA

3  PLASCENCIA request the following substitution:

4  **Former legal representative:**
Paul R. Kiesel, Esq.
5  Patrick DeBlase, Esq.
Michael C. Eyerly, Esq.
6  **KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
7  Beverly Hills, California 90211
Phone:  (310) 854-4444
8  Fax:      (310) 854-0812

9  **New legal representative:**
Jeffrey K. Berns, Esq.
10  **ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
11  Tarzana, California 91356
Phone: (818) 961-2000
12  Fax:     (818) 867-4820

13  The parties requesting substitution are Plaintiffs, ARMANDO PLASCENCIA, and MELANIA

14  PLASCENCIA.

15  I CONSENT TO THIS SUBSTITUTION:

16

17  Dated: January 28, 2009               /s/   *Armando Plascencia*
                                         Plaintiff, ARMANDO PLASCENCIA
18

19  Dated: January 28, 2009               /s/ *Melania Plascencia*
                                         Plaintiff,  MELANIA PLASCENCIA
20

21
    I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)
22

23  Dated: February 6, 2009              */s/Paul Kiesel*
                                         Paul Kiesel
24                                       KIESEL BOUCHER LARSON LLP

25
    Dated: February 6, 2009              */s/ Michael Eyerly*
26                                       Michael Eyerly
                                         KIESEL BOUCHER LARSON LLP
27

28

---

1

Substitution of Attorneys - 4:07-cv-04485-CW

| | | |
|---|---|---|
| 1 | Dated: February 6, 2009 | /s/ Patrick DeBlase |
| 2 | | Patrick DeBlase |
| | | KIESEL BOUCHER LARSON LLP |

I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

DATED: February 11, 2009

                          By:   /s/ Jeffrey K. Berns
                               Jeffrey K. Berns, Esq.
                               **ARBOGAST & BERNS LLP**
                               19510 Ventura Boulevard, Suite 200
                               Tarzana, California 91356.
                               Phone:  (818) 961-2000
                               Fax:    (818) 867-4820

                               Gerson H. Smoger, Esq.
                               Steven M. Bronson, Esq.
                               **SMOGER & ASSOCIATES**
                               3175 Monterey Blvd
                               Oakland, CA, 94602-3560
                               Tel: (510) 531-4529
                               Fax: (510) 531-4377

                               Christopher A. Seeger (Admitted *Pro Hac Vice*)
                               **SEEGER WEISS LLP**
                               One William Street
                               New York, NY 10004
                               Phone: (212) 584-0700

                               Jonathan Shub, Esq.
                               **SEEGER WEISS LLP**
                               1515 Market Street, Suite 1380
                               Philadelphia, PA 19107
                               Phone: (215) 564-2300
                               Fax    (215) 851-8029

                               Attorney for Plaintiffs and all others Similarly Situated

# [PROPOSED] ORDER

Upon consideration of all the papers submitted in connection herewith, and good cause appearing, the Substitution of Attorney is here by granted.

**IT IS SO ORDERED**

Dated: 2/17, 2009

_____
Hon. Claudia Wilken
District Court Judge