UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1ST MORTGAGE; LENDING 1ST MORTGAGE, LLC; EMC MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:07-cv-04485-CW<br><br>**CLASS ACTION**<br><br>Hon. Claudia Wilken<br><br>**ORDER CONTINUING MEDIATION COMPLETION DATE**<br><br>Crtrm.:     2<br><br>Complaint Filed:  August 29, 2007<br>Trial Date:  April 12, 2010 |

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that the deadline to complete mediation is extended to March 25, 2009.  The previous order of the Court requiring that mediation be completed by February 21, 2009, is vacated.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/18/09

_____
Hon. Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE

-1-