Gerson H. Smoger (SBN 79196)
gersonsmoger@gmail.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
**SMOGER & ASSOCIATES, PC**
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel:  (510) 531-4529; Fax: (510) 531-4377

David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax:    (818) 867-4820

[*Additional counsel listed on signature page*]
Attorneys for Plaintiffs and all others Similarly Situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1st MORTGAGE, LENDING 1st MORTGAGE, LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. 4:07-cv-04485-CW**<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION AND [PROPOSED] ORDER THEREON**<br><br>Hearing Date: March 19, 2009<br>Time:           2:00 p.m.<br>Place:          Courtroom 2<br>Judge:         Hon. Claudia Wilken<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

Notice of Withdrawal of Plaintiffs' Application for Preliminary Injunction - 4:07-cv-04485-CW

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs, ARMANDO and MELANIA PLASCENCIA, hereby withdraw their application for a preliminary injunction currently set for hearing on March 19, 2009 at 2:00 p.m.

Defendants LENDING 1st MORTGAGE, LLC and EMC MORTGAGE CORPORATION have not filed an opposition to Plaintiffs application for preliminary injunction and therefore, Plaintiffs' request that the Court vacate the hearing on Plaintiffs application for preliminary injunction.

DATED: February 17, 2009                **ARBOGAST & BERNS LLP**

By:   */s/ David M. Arbogast*
David M. Arbogast
Jeffrey K. Berns
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone:  (818) 961-2000
Fax:     (818) 867-4820

Gerson H. Smoger
Steven M. Bronson
**SMOGER & ASSOCIATES**
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel:  (510) 531-4529
Fax:  (510) 531-4377

Christopher A. Seeger (*Admitted Pro Hac Vice*)
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Phone: (212) 584-0700

Jonathan Shub (SBN 237708)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone:  (215) 564-2300
Fax       (215) 851-8029

Attorney for Plaintiffs and all others Similarly Situated

/ / /

/ / /

/ / /

Notice of Withdrawal of Plaintiffs' Application for Preliminary Injunction - 4:07-cv-04485-CW

1  **[PROPOSED] ORDER**

2  Pursuant to Plaintiffs' request to withdraw their application for preliminary injunction, IT IS
3  HEREBY ORDERED that:
4      1.    The hearing on Plaintiffs application for preliminary injunction currently set for hearing
5  on March 19, 2009 is vacated; and
6      2.    All other dates, including Plaintiffs' motion for class certification shall remain on
7  calendar as previously ordered.
8      IT IS SO ORDERED
9  Dated: __2/20_____, 2009    _____
10     Hon. Claudia Wilken
    United States District Court Judge