**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Armando Plascencia and Melania Plascencia, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Lending 1st Mortgage, Lending 1st Mortgage, LLC, EMC Mortgage Corporation,<br>　　　　　Defendants.<br>_____/ | No. C 07-4485 CW<br><br>ORDER DENYING REQUEST TO BE EXCUSED FROM APPEARING IN PERSON AT MEDIATION |

   The Court DENIES Plaintiffs' request to be excused from appearing in person at the mediation session on March 18, 2009. Plaintiffs' request does not comply with ADR Local Rule 6-10(d).

IT IS SO ORDERED.

Dated: March 13, 2009

　　　　　　　　　　　　　　　　　　／s／ Wayne D. Brazil
　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies to parties of record,
cc: CW, ADR, wdb, stats

1