1  MARK S. TRATTEN (SBN 119330)
   J. THOMAS ALDRICH (SBN 216695)
2  ERICKSEN ARBUTHNOT
   Attorneys at Law
3  100 Howe Avenue, Suite 110 South
   Sacramento, CA (95825-8201)
4  (916) 483-5181 Telephone

5

6  Attorneys for Defendant, LENDING 1st MORTGAGE, LLC
   fka LENDING 1st MORTGAGE
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA
                     Oakland Division
10

11  ARMANDO PLASCENCIA and MELANIA )    CASE NO. C-07-4485 CW
    PLASCENCIA, individually and on behalf of )
12  all others similarly situated,        )
                                          )  [PROPOSED] ORDER GRANTING
13            Plaintiffs,                 )  DEFENDANT LENDING 1ST
                                          )  MORTGAGE'S REQUEST TO BE
14  v.                                    )  EXCUSED FROM PERSONAL
                                          )  APPEARANCE AT MEDIATION
15  LENDING 1st MORTGAGE and LENDING )
    1st MORTGAGE, LLC, and DOES 1 through)
16  10, inclusive,                        )
                                          )
17            Defendants.                 )
    _____)
18

19        Upon the request of Defendant, Lending 1st Mortgage, with good cause shown,

20        IT IS HEREBY ORDERED that Lending 1st Mortgage and its insurer be excused from

21  personally appearing at the mediation on March 18, 2009 on the condition that representatives of

22  each be available by telephone on that date.

23        IT IS SO ORDERED.

24  Dated: 3/2/09

25

26                                          _____
                                            Hon. Wayne D. Brazil
27                                          ADR Magistrate Judge

28  Proposed Oder
                                     1
    \plascencia\07-162\jtapld.006
    MST:mdg