IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated, | No. C 07-04485 CW<br><br>ORDER DEFINING CLASSES |
|      Plaintiffs, | |
|   v. | |
| LENDING 1st MORTGAGE, LENDING 1st MORTGAGE, LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10 inclusive, | |
|      Defendants. | |

This matter came before the Court upon motion by Plaintiffs ARMANDO PLASCENCIA and MELANIA PLASCENCIA for class certification, pursuant to Rule 23 of the Federal Rules of Civil Procedure; and the Court having reviewed all submissions of the parties; and having conducted a lengthy hearing on April 9, 2009; and for the reasons stated in its Order Granting in Part Plaintiffs' Motion for Class Certification issued August 21, 2009 [Doc. No. 178] which is fully incorporated by reference here;

IT IS HEREBY ORDERED that Plaintiffs' motion for class certification pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, respecting their claims asserted under

1 California's Unfair Competition Law (UCL), Cal. Bus. & Prof. Code

2 §§ 17200, et seq., and under the California common law of fraud is

3 GRANTED; and it is further ORDERED that the Class shall be defined

4 as follows:

5      UCL Claim:

6      All individuals who, between August 29, 2003

7      and the date that Notice is mailed to the

8      Class, have or have had a Monthly Option ARM

9      loan that:  (a) was originated by LENDING 1ST

10      MORTGAGE and then sold or owned by LENDING 1ST

11      MORTGAGE or EMC MORTGAGE CORPORATION; (b) was

12      secured by real property in the United States;

13      and (c) was originated or otherwise approved by

14      Defendant LENDING 1st MORTGAGE within the State

15      of California.

16

17      Common Law Fraud Claim:

18      All individuals who, between August 29, 2003

19      and the date that Notice is mailed to the

20      Class, have or have had a Monthly Option ARM

21      loan that:  (a) was originated by Lending First

22      and then sold or owned by LENDING 1st MORTGAGE

23      or EMC MORTGAGE CORPORATION; (b) was secured by

24      real property in the United States; and (c) was

25      originated or otherwise approved by Defendant

26      LENDING 1st MORTGAGE within the State of

27      California.

28

2

1     It is further ORDERED that Plaintiffs ARMANDO PLASCENCIA and

2 MELANIA PLASCENCIA are appointed representatives of the above-

3 referenced Class; and that the law firms of Smoger & Associates,

4 Arborgast & Berns LLP, Seeger Weiss LLP, and Williams Cuker

5 Berezofsky are appointed as Class Counsel.

6

7     IT IS SO ORDERED.

8

9  Dated: October 16, 2009                                         

10                                          CLAUDIA WILKEN
                                         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3