IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

LENDING 1st MORTGAGE, LENDING 1st MORTGAGE, LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,

    Defendants.

No. C 07-04485 CW

ORDER REVISING CASE MANAGEMENT SCHEDULE

Pursuant to stipulation, the Court amends the Case Management Order as follows:

| | |
|---|---|
| Completion of Fact Discovery: | 2/16/2010 |
| Disclosure of Identities and Reports of Plaintiffs' Expert Witnesses: | 2/16/2010 |
| Disclosure of Identities and Reports of Defendants' Expert Witnesses: | 3/16/2010 |
| Disclosure of Identities and Reports of Expert Witnesses (Rebuttal): | 4/16/2010 |
| Completion of Expert Discovery: | 5/17/2010 |
| All case-dispositive motions to be heard at 2:00 P.M. on or before: | 8/12/2010 |
| Dispositive motions shall be filed by: | 7/1/2010 |
| Final Pretrial Conference at 2:00 P.M. on: | 11/2/2010 |
| A five-day Jury Trial will begin at 8:30 A.M. on: | 11/15/2010 |

    IT IS SO ORDERED.

Dated: 10/19/09

                              CLAUDIA WILKEN
                              United States District Judge