# UNITED STATES DISTRICT COURT
## Northern District of California

VIRGIL A. BAKER,

        Plaintiff(s),

   v.

AEGIS WHOLESALE CORP.,

        Defendant(s).
_____/

No. C 09-05280 MEJ

**ORDER OF REFERRAL**

On November 30, 2009, Plaintiffs in the above-captioned matter filed a Notice of Related Case. (Dkt. #13.) As part of the notice, Plaintiffs requested that the undersigned magistrate judge refer this matter to the Honorable Claudia Wilken, who is the presiding judge in an earlier-filed case that Plaintiffs believe is related to the above-captioned matter. Although Plaintiffs could have filed a motion pursuant to Civil Local Rule 3-12(b), the Court shall grant their request. Accordingly, pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Claudia Wilken for the purpose of considering whether it is related to the following case: *Amando Plascencia, et al. v. Lending 1st Mortgage, et al.*, Case No. C 07-4485 CW.

**IT IS SO ORDERED.**

Dated: December 2, 2009

                                                                 _____
                                                                 Maria-Elena James
                                                                 Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**