1  **SMOGER & ASSOCIATES**
   Gerson H. Smoger (SBN 79196)
2  gersonsmoger@gmail.com
   Steven M. Bronson (SBN 246751)
3  steven.bronson@gmail.com
   3175 Monterey Blvd
4  Oakland, CA, 94602-3560
   Phone: (510) 531-4529
5  Fax:   (510) 531-4377

6  **ARBOGAST & BERNS LLP**
   David M. Arbogast (SBN 167571)
7  darbogast@law111.com
   Jeffrey K. Berns, Esq. (SBN 131351)
8  jberns@law111.com
   6303 Owensmouth Ave., 10th Floor
9  Woodland Hills, CA 91367-2263
   Phone: (818) 961-2000
10 Fax:   (818) 936-0232

11 [*Additional counsel listed on signature page*]
   Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>LENDING 1st MORTGAGE, LENDING 1st MORTGAGE, LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>  Defendants. | **CASE NO. 4:07-cv-04485-CW**<br><br><u>CLASS ACTION</u><br><br>**SECOND STIPULATION AND ORDER FOR RELIEF FROM CASE MANAGEMENT SCHEDULE PURSUANT TO LOCAL RULE 16-2(d)**<br><br>Complaint Filed:  August 29, 2007<br>Trial Date:       April 12, 2010 |

1     WHEREAS, on July 3, 2008, the Court entered a minute order and case management order
2 setting ("CM Order"), among other things, deadlines pertaining to discovery, and the date of trial;
3     WHEREAS, on October 15, 2009, the parties filed their proposed Stipulation and [Proposed]
4 Order for Relief from Case Management Schedule Pursuant to Local Rule 16-2(d);
5     WHEREAS, on October 19, 2009, the Court entered its Order Revising Case
6 Management Schedule;
7     WHEREAS, on December 16, 2009, the parties agreed to the entry of a proposed Stipulated
8 Protective Order to govern the production and handling of materials defendants claim are confidential.
9 The proposed Stipulated Protective Order was filed and then signed by Magistrate Judge Spero on
10 December 21, 2009.
11     WHEREAS Plaintiffs have requested substantial discovery from Defendants some of which
12 includes material which had been withheld pending entry of a protective order.
13     WHEREAS, on December 8, 2009, after protracted meet and confer efforts, Defendant Lending
14 1st provided supplemental responses to Plaintiffs First Set of Requests for Production of Documents that
15 were originally served on March 27, 2008. In those supplemental responses, Lending 1st responded by
16 stating "Responding Party has no documents responsive to this request as all documents have been lost
17 or destroyed." The deposition of Chris Lombardi, the principal at Lending 1st, is currently noticed for
18 January 11, 2010.
19     WHEREAS, the parties anticipate that the parties will require additional time to complete this
20 discovery.
21     THEREFORE, the Parties hereby stipulate to, and request that the Court approve, an extension
22 of the times in the Court's Order Revising Case Management Schedule as follows:

| Pretrial or Trial Event | Current Deadline | Requested Deadline |
|---|---|---|
| Completion of Fact Discovery: | 2/16/2010 | 7/23/2010 |
| Disclosure of identities and reports of Plaintiff's expert witnesses: | 2/16/2010 | 7/23/2010 |

| | | |
|---|---|---|
| Disclosure of identities and reports of Defendants' expert witnesses: | 3/16/2010 | 9/17/2010 |
| Disclosure of identities and reports of expert witnesses (Rebuttal): | 4/16/2010 | 10/18/2010 |
| Completion of Expert Discovery: | 5/16/2010 | 11/19/2010 |
| All case-dispositive motions to be heard at 2:00 P.M. on or before: **A Further CMC will also be held whether or not dispositive motions are filed.** | 8/12/2010 | 2/24/2011 |
| Dispositive motions shall be filed by: | 7/1/2010 | 1/10/2011 |
| Final Pretrial Conference at 2:00 P.M. on: | 11/2/2010 | 5/10/2011 |
| A 5 day Jury Trial will begin at 8:30 A.M. on: | 11/15/2010 | 5/23/2011 |

Respectfully submitted,

ARMANDO PLASCENCIA and
MELANIAPLASCENCIA

By their attorneys,

DATED: January 25, 2010

*/s/ David M. Arbogast*
David M. Arbogast
ARBOGAST & BERNS LLP
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Phone: (818) 961-2000
Fax:    (818) 936-0232

Attorneys for Plaintiffs and the Class

/ / /

/ / /

/ / /

/ / /

1  / / /

2  DATED: January 25, 2010                    LENDING 1st MORTGAGE, LLC.

3                                              By its attorneys,

4
   　　　　　　　　　　　　　　　　　　　　　　 */s/ J. Thomas Aldrich*
5                                              J. Thomas Aldrich
                                               ERICKSEN, ARBUTHNOT
6                                              100 Howe Avenue, Suite 110 South
                                               Sacramento, CA 95825-8201
7                                              Phone: (916) 483-5181

8

9  DATED: January 25, 2010                    EMC MORTGAGE CORPORATION

10                                             By its attorneys,

11                                             */s/ Stephen R. Meinertzhagen*
                                               Stephen R. Meinertzhagen
12                                             **BURKE, WARREN, MCKAY & SERRITELLA, P.C.**
                                               330 North Wabash, 22n Floor
13                                             Chicago, Illinois 60611-3607
                                               Phone: (415) 677-5602;
14                                             Facsimile: (415) 956-0439
                                               *Attorneys for Defendants*
15

16

17

18 PURSUANT TO THE PARTIES STIPULATION, IT IS SO ORDERED.

19       1/25/10                               [signature: Claudia Wilken]

20 Date: _____       _____
                                               HONORABLE CLAUDIA WILKEN
21                                             UNITED STATES DISTRICT COURT JUDGE

4

Second Stipulation and Order for Relief from Case Management Schedule - 4:07-cv-04485-CW