UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1ST MORTGAGE; LENDING 1ST MORTGAGE, LLC; EMC MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:07-cv-04485-CW<br><br>**CLASS ACTION**<br><br>Hon. Claudia Wilken<br><br>**ORDER GRANTING EMC MORTGAGE CORPORATION'S MOTION UNDER CIV. L.R. 6-3 TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION TO AMEND CLASS CERTIFICATION ORDER FROM OCTOBER 7, 2010 TO OCTOBER 21, 2010**<br><br>Crtrm.:    2<br>Complaint Filed:  August 29, 2007<br>Trial Date:  October 18. 2011 |

1  Having considered the motion by Defendant EMC Mortgage Corporation
2  ("EMC"), filed as Document ___, and good cause appearing, the Court grants the motion
3  and continues the October 7, 2010 hearing on Plaintiffs' Motion to Amend Class
4  Certification Order from October 7, 2010 to **November 18, 2010**.  EMC shall file its
5  opposition to Plaintiffs' Motion to Amend Class Certification Order by September 30,
6  2010 and Plaintiffs shall file their reply by October 7, 2010.

8  IT IS SO ORDERED.

10  Dated: 9/27/2010

11  HON. CLAUDIA WILKEN
    UNITES STATES DISTRICT COURT JUDGE