1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   ROBERT S. BEALL, Cal. Bar No. 132016
3    rbeall@sheppardmullin.com
   SHANNON Z. PETERSEN, Cal. Bar No. 211426
4    spetersen@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California  92626-1993
   Telephone:   714-513-5100
6  Facsimile:   714-513-5130

7  LEANN PEDERSEN POPE (Admitted *Pro Hac Vice*)
     lope@burkelaw.com
8  STEPHEN R. MEINERTZHAGEN (Admitted *Pro Hac Vice*)
     smeinertzhagen@burkelaw.com
9  BURKE, WARREN, MACKAY & SERRITELLA, P.C.
   330 North Wabash, 22nd Floor
10 Chicago, Illinois  60611
   Telephone:   312-840-7000
11 Facsimile:   312-840-7900

12 Attorneys for Defendant
   EMC MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1ST MORTGAGE; LENDING 1ST MORTGAGE, LLC; EMC MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:07-cv-04485-CW<br><br>**CLASS ACTION**<br><br>Hon. Claudia Wilken<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO AMEND CLASS CERTIFICATION ORDER**<br><br>Crtrm.:    2<br>Complaint Filed:  August 29, 2007<br>Trial Date:  October 18, 2011 |

1  Plaintiffs and Defendant EMC Mortgage Corporation ("EMC") stipulate and
2  request that the Court issue an order modifying the briefing schedule on Plaintiffs' Motion
3  to Amend Class Certification Order, recently re-set by the Court for hearing on November
4  18, 2010, such that EMC shall file its opposition to Plaintiffs' Motion to Amend Class
5  Certification Order by October 14, 2010, and Plaintiffs shall file their reply by November
6  4, 2010.  The parties agree that good cause exists to grant this stipulated request.

8  SO STIPULATED.

10 Dated: September 29, 2010       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

11                                 By      s/Shannon Z. Petersen
12                                         Attorneys for Defendant
                                           EMC MORTGAGE CORPORATION

14 Dated: September 29, 2010       WILLIAMS CUKER BEREZOFSKY

15                                 By      s/Mark R. Cuker
16                                         Attorneys for Plaintiffs
                                           Armando and Melania Plascencia

-1-
W02-WEST:8SZP1\402948501.2
4:07-cv-04485-CW
STIPULATION TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO AMEND CLASS CERTIFICATION ORDER

1  *Plascencia et al. v. Lending 1ˢᵗ Mortgage et al.*
2  USDC, Northern District of California, Oakland Division, Case No. 4:07-cv-04485-CW

## CERTIFICATE OF SERVICE

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598.

On **September 29, 2010**, I served the following document(s) described as

**STIPULATION TO MODIFY BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO AMEND CLASS CERTIFICATION ORDER**

**[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO AMEND CLASS CERTIFICATION ORDER**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**Electronic Mail Notice List**

**The following are those who are currently on the list to receive Email notices for this case.**

| | |
|---|---|
| David M. Arbogast, Esq.<br>Jeffrey K. Berns, Esq.<br>Arbogast &Berns LLP<br>19510 Ventura Blvd Ste 200<br>Tarzana CA  91356<br>Tel: 818-961-2000/Fax: 818-867-4820<br>Email: darbogast@law111.com; jberns@law111.com | Attorneys for Plaintiffs Armando and Melania Plascencia |
| Jonathan Shub, Esq.<br>Seeger Weiss LLP<br>1515 Market St Ste 1380<br>Philadelphia PA  19102<br>Tel: 215-564-2300/Fax: 215-851-8029<br>Email: jshub@seegerweiss.com | Attorneys for Plaintiffs Armando and Melania Plascencia |
| Christopher A. Seeger, Esq.<br>Seeger Weiss LLP<br>One William Street<br>New York, NY 10004<br>Tel: 212-584-0700; Fax; 212-584-0799<br>Email: cseeger@seegerweiss.com | Attorneys for Plaintiffs Armando and Melania Plascencia |
| Mark R. Cuker. Esq.<br>Williams Cuker Berezofsky<br>1617 J.F.K. Boulevard, Suite 800<br>Philadelphia, PA 19103-1819<br>Tel: 215-557-0099; Fax: 215-557-0673<br>Email: mcuker@wcblegal.com | Attorneys for Plaintiffs Armando and Melania Plascencia |

-1-

| | | |
|---|---|---|
| 1 | Michael J. Quirk, Esq.<br>Williams Cuker Berezofsky<br>1617 J.F.K. Blvd., Suite 800<br>Philadelphia, PA 19103-1819<br>Tel: 215-557-0099<br>Email: mquirk@wcblegal.com | Attorneys for Plaintiffs<br>Armando and Melania<br>Plascencia |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Gerson H. Smoger, Esq.<br>Smoger & Associates, P.C.<br>3175 Monterey Blvd.<br>Oakland, CA 94602<br>Tel: 510-531-4529; Fax: 510-531-4377<br>Email: gerson@texasinjurylaw.com | Attorneys for Plaintiff<br>Armando Plascencia |
| 6 | | |
| 7 | | |
| 8 | Jeremy S. Johnson, Esq.<br>Bremer Whyte Brown & O'Meara LLP<br>20320 S W Birch St., 2nd Floor<br>Newport Beach, CA 92660<br>Tel: 949-221-1000/Fax: 949-221-1001<br>Email: jjohnson@bremerandwhyte.com | Attorneys for Defendant<br>Lending 1st Mortgage |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | John T. Aldrich, Esq.<br>Ericksen Arduthnot Kilduff Day & Lindstrom<br>100 Howe Avenye, Ste. 110 S<br>Sacramento, CA 95825<br>Tel: 916-483-5181/Fax: 916-483-7558<br>Email: taldrich@ericksenarbuthnot.com | Attorneys for Defendant<br>Lending 1st Mortgage |
| 13 | | |
| 14 | | |
| 15 | Regina J. McClendon, Esq.<br>Eric W. Kemp, Esq.<br>Severson & Werson<br>One Embarcadero Ctr, 26th Floor<br>San Francisco, CA 94111<br>Tel: 415-398-3344, x556<br>Email: rjm@severson.com; ek@severson.com | Attorneys for Defendant<br>EMC Mortgage<br>Corporation |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | LeAnn Pedersen Pope, Esq., Admitted Pro Hac Vice<br>Stephen R. Meinertzhagen, Esq., Admitted Pro Hac Vice<br>Burke Warren Mackay & Serritella, PC<br>330 North Wabash Avenue, 22nd Floor<br>Chicago, IL 60611-3607<br>Tel: (312) 840-7013; Fax: (312) 840-7900<br>Email: smeinertzhagen@burkelaw.com;<br>lpope@burkelaw.com | Attorneys for Defendant<br>EMC Mortgage<br>Corporation |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Theodore C. Lindquist, III, Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel: 415-434-9100<br>Email: tlindquist@smrh.com | Attorneys for Defendant<br>EMC Mortgage<br>Corporation |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

-2-

| | |
|---|---|
| Robert S. Beall, Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626-1993<br>Tel: 714-513-5100; Fax: 714-513-5130<br>Email: rbeall@sheppardmullin.com | Attorneys for Defendant<br>EMC Mortgage<br>Corporation |

**Also served on the interested party(ies) in this action as follows:**

| | |
|---|---|
| Mark S. Tratten, Esq.<br>Ericksen Arbuthnot Kilduff<br>100 Howe Avenue, Ste. 110 South<br>Sacramento, CA 95825-8201<br>Tel: 916-483-5181/Fax: 916-483-7558 | Attorneys for Defendant<br>Lending 1st Mortgage |

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **September 29, 2010**, at San Diego, California.

*/s/ Phyllis Chavez*
Phyllis Chavez