UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1ST MORTGAGE; LENDING 1ST MORTGAGE, LLC; EMC MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:07-cv-04485-CW<br><br>**CLASS ACTION**<br><br>Hon. Claudia Wilken<br><br>**ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO AMEND CLASS CERTIFICATION ORDER**<br><br>Crtrm.:    2<br>Complaint Filed: August 29, 2007<br>Trial Date: October 18, 2011 |

1  Upon considering the stipulation of the parties, filed as Document 219, and
2  good cause appearing, the Court grants the request and orders that Defendant EMC
3  Mortgage Corporation shall file its opposition to Plaintiffs' Motion to Amend Class
4  Certification Order by October 14, 2010, and Plaintiffs shall file their reply in support of
5  their Motion to Amend Class Certification Order by November 4, 2010.

7  IT IS SO ORDERED.

9  Dated:  10/4/2010

HON. CLAUDIA WILKEN
UNITES STATES DISTRICT COURT JUDGE