IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,

        Plaintiffs,

  v.

LENDING 1st MORTGAGE; LENDING 1st MORTGAGE, LLC; EMC MORTGAGE CORPORATION; and DOES 1 through 10 inclusive,

        Defendants.
_____/

No. C 07-04485 CW

ORDER DENYING MOTION TO SEAL
(Docket No. 229)

    Plaintiffs Armando Plascencia and Melania Plascencia move for leave to file under seal their reply in support of their motion to amend the class certification order. Plaintiffs maintain that this document contains information that EMC designated as confidential.

    Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so. Pintos v. Pac. Creditors Ass'n, 565 F.3d 1106, 1115 (9th Cir. 2009). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. See Civil L.R. 79-5(a). If a document has been designated as confidential by another party, that party

1  must file a declaration establishing that the document is sealable.
2  Civ. Local R. 79-5(d).
3      EMC did not file a declaration in support of Plaintiffs'
4  motion to seal.  Accordingly, Plaintiffs' motion to seal is DENIED
5  (Docket No. 229).  The Court notes that Plaintiffs already have
6  filed an unredacted version of their reply in the public record.
7      IT IS SO ORDERED.

Dated: 11/12/2010

CLAUDIA WILKEN
United States District Judge

2