# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1st MORTGAGE, LENDING 1st MORTGAGE, LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. 4:07-cv-04485-CW**<br><br>CLASS ACTION<br><br>**AMENDED ORDER DEFINING CLASSES**<br><br>Complaint Filed: August 29, 2007<br>Trial Date: October 18, 2011 |

In its Order Defining Classes [Doc. No. 191] dated October 16, 2009, the Court granted Plaintiffs' motion for class certification pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure regarding their claims asserted under California's Unfair Competition Law (UCL), Cal. Bus. & Prof. Code §§ 17200, *et seq*., and under the California common law of fraud. In that order, the Court also appointed Class Counsel. Class Counsel have now requested that J. Mark Moore of Spiro Moss LLP be added as additional class counsel. Defendants have not opposed that request.

Having reviewed the proffered qualifications of Mr. Moore, the Court finds him and his firm to be adequate and qualified to serve as counsel for the class, and hereby ORDERS J. Mark Moore of Spiro Moss LLP appointed as Class Counsel along with Arbogast & Berns LLP, Seeger Weiss LLP, Smoger & Associates and Williams Cuker Berezofsky.

IT IS SO ORDERED.

Dated: **11/29/2010**

_____
Hon. CLAUDIA WILKEN
United States District Judge