**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
3175 Monterey Blvd
Oakland, CA, 94602-3560
Phone:  (510) 531-4529
Fax:     (510) 531-4377

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Phone: (818) 961-2000
Fax:    (818) 936-0232

[*Additional counsel listed on signature page*]
Attorneys for Plaintiffs and the Classes

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LENDING 1st MORTGAGE, LENDING 1st MORTGAGE, LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>　　　　　　　Defendants. | **CASE NO. 4:07-cv-04485-CW**<br><br>CLASS ACTION<br><br>**FOURTH STIPULATION AND ORDER FOR RELIEF FROM CASE MANAGEMENT SCHEDULE PURSUANT TO LOCAL RULE 16-2(d)**<br><br>Complaint Filed:　August 29, 2007<br>Trial Date:　　　　April 12, 2010 |

WHEREAS on January 25, 2010, the Court entered its Order Revising Case Management Schedule (Dkt. No. 199); and

WHEREAS on August 13, 2010, the parties filed, and the Court entered, a Third Stipulation and Order for Relief from Case Management Schedule Pursuant to Local Rule 16-2(d) because Defendant Lending 1st needed to identify and produce relevant information from Defendant Lending 1st's computer server (Dkt. No. 201); and

WHEREAS on November 5, 2010, Magistrate Judge Spero entered an Order requiring Defendant Lending 1st to produce all relevant data on its server by November 19, 2010:

WHEREAS Defendant Lending 1st thereafter produced over 90,000 pages of data over a rolling period ending December 10, 2010, which will take considerable time for Plaintiffs to review and analyze; and

WHEREAS Defendant EMC Mortgage Corp. produced over 1500 emails during the week of November 18, 2010, which Plaintiffs have just finished reviewing, and which has, in turn, triggered follow-up discovery requests;

WHEREAS Plaintiffs require additional time to complete follow-up discovery on the large productions that have been received within the past few weeks;

WHEREAS, the date for disclosure of Plaintiffs' experts and expert report is December 20, 2010 and Plaintiffs need additional time to review the recent productions by Defendants so as to determine whether additional experts or opinions are necessary;

WHEREAS Plaintiffs intend to file a motion, pursuant to Fed. R. Civ. P. 23(c)(2)(B), for this Court's approval of class notice within the next ten days, likely time period for distribution of notice will be 14 days after Court approval, and return of opt-out requests will be approximately 90 days after the class notice is mailed; and

WHEREAS Defendant EMC Mortgage Corp. has advised Plaintiffs of its desire to depose a number of absent class members after the expiration of the notice and opt-out period, and Plaintiffs' position is that Defendants should not be permitted to take discovery of absent class members;

///

///

THEREFORE, the Parties hereby stipulate to, and request that the Court approve, an extension of the deadlines in the Court's Order Revising Case Management Schedule so as to enable the Parties to complete the aforementioned residual discovery, complete the meet-and-confer process as to any remaining discovery disputes, and/or present any unresolved discovery dispute for the Court's resolution, as follows:

| **Pretrial or Trial Event** | **Current Deadline** | **Requested Deadline** |
|---|---|---|
| Completion of Fact Discovery: | 12/20/2010 | 8/**19**/2011 |
| Disclosure of identities and reports of Plaintiff's expert witnesses: | 12/20/2010 | 8/**19**/2011 |
| Disclosure of identities and reports of Defendants' expert witnesses: | 2/14/2011 | 10/20/2011 |
| Disclosure of identities and reports of expert witnesses (Rebuttal): | 3/16/2011 | 11/16/2011 |
| Completion of Expert Discovery: | 4/18/2011 | 12/**19**/2011 |
| All case-dispositive motions **and FCMC** to be heard at 2:00 P.M. on or before: | 7/21/2011 | 3/**22**/2012 |
| Dispositive motions shall be filed by: | 6/7/2011 | 2/**9**/2012 |
| Final Pretrial Conference at 2:00 P.M. on: | 10/4/2011 | 6/**5**/2012 |
| A 5 day Jury Trial will begin at 8:30 A.M. on: | 10/18/2011 | 6/18/2012 |

Agreed and stipulated to:

DATED: December 15, 2010        ARMANDO PLASCENCIA and
MELANIAPLASCENCIA

By their attorneys,

 */s/ David M. Arbogast*
David M. Arbogast

3

Fourth Stipulation and [Proposed] Order for Relief from Case Management Schedule  - 4:07-cv-04485-CW

|   |   |   |
|---|---|---|
| 1 |  | ARBOGAST & BERNS LLP |
| 2 |  | 6303 Owensmouth Ave., 10th Floor |
|   |  | Woodland Hills, CA 91367-2263 |
| 3 |  | Phone: (818) 961-2000 |
|   |  | Fax:    (818) 936-0232 |

*Attorneys for Plaintiffs and the Classes*

DATED: December 15, 2010                LENDING 1st MORTGAGE, LLC.

By its attorneys,

  */s/ J. Thomas Aldrich*
J. Thomas Aldrich
ERICKSEN, ARBUTHNOT
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
Phone: (916) 483-5181

*Attorneys for Defendant Lending 1st Mortgage, LLC*

DATED: December 15, 2010                EMC MORTGAGE CORPORATION

By its attorneys,

  */s/ Stephen R. Meinertzhagen*
Stephen R. Meinertzhagen
BURKE, WARREN, MCKAY &
SERRITELLA, P.C.
330 North Wabash, 22n Floor
Chicago, Illinois 60611-3607
Phone: (415) 677-5602;
Facsimile: (415) 956-0439

*Attorneys for Defendant EMC Mortgage Corp.*


PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.


Date: December 15, 2010                 _____
                                        CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE