UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA, ET AL, | Case No. C07-04485 CW (JCS) |
| Plaintiff(s), | |
| v. | **ORDER GRANTING DISCOVERY MOTION CONTAINED IN JOINT LETTER [Docket No. 254]** |
| LENDING 1ST MORTGAGE, ET AL., | |
| Defendant(s). | |

On June 24, 2011, the parties filed a Joint Letter Brief to take limited written discovery and deposition discovery from class members whose loans were purchased by EMC.

Two hearings were held on this matter on July 29, 2011, and on August 5, 2011. Mark Cuker, counsel for Plaintiffs, appeared. Leann Pope, counsel for Defendant appeared.

For reasons stated on the record, IT IS HEREBY ORDERED THAT:

1. The motion to take limited discovery of absent class members is Granted.

2. On or before September 19, 2011, Defendants may take up fifteen (15) depositions of absent class members of their choosing.

3. Defendants shall identify the chosen class members on or before August 12, 2011. Defendants shall produce to Plaintiffs' counsel all records relating to the servicing of the loans of the chosen absent class members on or before August 19, 2011. Each side (all defendants on the one hand and all plaintiffs on the other) may have up to one (1) hour to question each deponent. Each deposition shall take place in the city where such deponent lives. Each deponent may be represented at the deposition by Plaintiffs' counsel, or by any other counsel of their choosing. Plaintiffs' counsel has agreed to contact the witnesses and arrange for them to be available for deposition.

4. The parties shall meet and confer on the dates for the depositions.

IT IS SO ORDERED.

Dated: August 5, 2011

JOSEPH C. SPERO
United States Magistrate Judge