SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A limited Liability Partnership
  Including Professional Corporation
MOLLY R. NEWLAND, CBN 244928
  mnewland@sheppardmullin.com
SHANNON Z. PETERSEN, CBN 211426
  spetersen@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:    415-434-3947

LEANN PEDERSEN POPE
(Admitted *Pro Hac Vice*)
  lpope@burkelaw.com
STEPHEN R. MEINERTZHAGEN
(Admitted *Pro Hac Vice*)
  smeinertzhagen@burkelaw.com
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
Telephone:   312-840-7000
Facsimile:    312-840-7900

Attorneys for Defendant EMC MORTGAGE LLC, formerly known as EMC MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1ST MORTGAGE; LENDING 1ST MORTGAGE, LLC; EMC MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:07-cv-04485-CW<br><br>**CLASS ACTION**<br><br>Hon. Claudia Wilken<br><br>**FIFTH STIPULATION AND [PROPOSED] ORDER FOR RELIEF FROM CASE MANAGEMENT ORDER**<br>Crtrm.:     2<br><br>Complaint Filed: August 29, 2007<br>Trial Date: June 18, 2012 |

-1-

WHEREAS on January 25, 2010, the Court entered its Order Revising Case Management Schedule (Dkt. No. 199); and

WHEREAS on August 13, 2010, the parties filed, and the Court entered, a Third Stipulation and Order for Relief from Case Management Schedule Pursuant to Local Rule 16-2(d) extending all deadlines because, among other reasons, Defendant Lending 1st needed to produce discovery sufficient for Plaintiffs' counsel to identify absent class members (Dkt. No. 201); and

WHEREAS in November 2010, counsel for Defendant EMC Mortgage LLC ("EMC") and Plaintiffs began meeting and conferring about EMC's desire to take discovery, including depositions, of absent class members; and

WHEREAS on December 13, 2010, the parties filed, and the Court subsequently entered, a Fourth Stipulation and Order for Relief from Case Management Schedule Pursuant to Local Rule 16-2(d) so as to enable the Parties to complete residual discovery, complete the meet-and-confer process as to any remaining discovery disputes, and/or present any unresolved discovery dispute for the Court's resolution (Dckt. No. 249); and

WHEREAS EMC and Plaintiffs were unable to reach an agreement as to whether the discovery of absent class members sought by EMC should occur at all, but they agreed that in no event could such discovery occur until after the class opt-out deadline; and

WHEREAS the December 15, 2010 Fourth Stipulation and Order for Relief from Case Management Schedule Pursuant to Local Rule 16-2(d) stated Plaintiffs expected to file "a motion, pursuant to Fed. R. Civ. P. 23(c)(2)(B), for this Court's approval of class notice within the next ten days, likely time period for distribution of notice will be 14 days after Court approval, and return of opt-out requests will be approximately 90 days after the class notice is mailed" (*Id.*); and

WHEREAS Plaintiffs filed their Motion for Approval of Class Notice on March 15, 2011 (Dckt. No. 250); and

-2-

1  WHEREAS class notice was approved on April 13, 2011, and the class opt-out deadline was set for June 27, 2011 (Dckt. No. 253); and

WHEREAS the Fourth Case Management Order also stated "EMC Mortgage Corp. has advised Plaintiffs of its desire to depose a number of absent class members after the expiration of the notice and opt-out period, and Plaintiffs' position is that Defendants should not be permitted to take discovery of absent class members" (Dckt. No. 249); and

WHEREAS after entry of the Fourth Stipulation and Order for Relief from Case Management Schedule Pursuant to Local Rule 16-2(d) the parties continued to meet and confer regarding whether the absent class discovery sought by EMC should be permitted following the opt-out deadline, and Plaintiffs continued to object to such a request; and

WHEREAS on June 24, 2011, after the class notice was mailed and near the close of the opt-out period, EMC and Plaintiffs filed a joint discovery dispute letter before Magistrate Judge Spero regarding discovery of absent class members sought by EMC (Dckt. No. 254); and

WHEREAS on July 29, 2011, Magistrate Judge Spero conducted a telephonic discovery hearing regarding discovery on absent class members, in which he granted EMC's motion in part, and instructed the parties to meet and confer to prepare a joint proposal for limited absent class discovery (Dckt. No. 257); and

WHEREAS on August 5, 2011, Magistrate Judge Spero conducted a status conference regarding the parties' proposal for absent class discovery (Dckt. No. 260); and

WHEREAS after the August 5, 2011, status conference, Magistrate Judge Spero entered an order, stating in pertinent part:

> 1. [EMC's] motion to take limited discovery of absent class members is Granted.

2. On or before September 19, 2011, Defendants may take up fifteen (15) depositions of absent class members of their choosing.

3. Defendants shall identify the chosen class members on or before August 12, 2011. Defendants shall produce to Plaintiffs' counsel all records relating to the servicing of the loans of the chosen absent class members on or before August 19, 2011.

(Dckt. No. 261); and

WHEREAS Plaintiffs continue to object to absent class discovery and do not waive their right to appeal Magistrate Judge Spero's order permitting such discovery; and

WHEREAS to complete the absent class member discovery provided in Magistrate Judge Spero's Orders as well as any other outstanding discovery requires extending the current fact discovery deadline and adjusting the other case management deadlines accordingly.

THEREFORE, the Parties hereby stipulate to, and request that the Court approve, an extension of the deadlines in the Fourth Stipulation and Order for Relief from Case Management Schedule Pursuant to Local Rule 16-2(d) by extending all deadlines therein by approximately forty-five days, as follows:

| Pretrial or Trial Event | Current Deadline | Requested Deadline |
|---|---|---|
| Completion of Fact Discovery: | 8/19/2011 | 10/3/2011 |
| Disclosure of identities and reports of Plaintiff's expert witnesses: | 8/19/2011 | 10/3/2011 |
| Disclosure of identities and reports of Defendants' expert witnesses: | 10/20/2011 | 12/5/2011 |
| Disclosure of identities and reports of expert witnesses (Rebuttal): | 11/16/2011 | 1/3/2012 |

-4-

-5-

| | | |
|---|---|---|
| Completion of Expert Discovery: | 12/19/2011 | 2/2/2012 |
| All case-dispositive motions and FCMC to be heard at 2:00 P.M. on or before: | 3/22/2012 | 5/7/2012 |
| Dispositive motions shall be filed by: | 2/9/2012 | 3/26/2012 |
| Final Pretrial Conference at 2:00 P.M. on: | 6/5/2012 | 7/24/2012 |
| A 5 day Jury Trial will begin at 8:30 A.M. on: | 6/18/2012 | 8/6/2012 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  August 12, 2011

Williams Cuker Berezofsky

By: ___/s/ Mark R. Cuker_____
Mark R. Cuker (mcuker@wcblegal.com)
Michael J. Quirk (mquirk@wcblegal.com)
1617 J.F.K. Blvd., Suite 800
Philadelphia, PA 19103-1819
Telephone:   215-557-0099
Facsimile:   215-557-0673

*Attorneys for Plaintiffs and the Classes*

Dated:  August 12, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: ___/s/ Molly R. Newland_____
Molly R. Newland
(mnewland@sheppardmullin.com)
Shannon Z. Petersen
(spetersen@sheppardmullin.com)
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:   415-434-9100
Facsimile:   415-434-3947

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
LeAnn Pedersen Pope
(lpope@burkelaw.com)
Stephen R. Meinertzhagen
(smeinertzhagen@burkelaw.com)
330 North Wabash Avenue, 22nd Floor
Chicago, IL 60611
Telephone:   312-840-7000
Facsimile:   312-840-7900

*Attorneys for EMC Mortgage LLC, formerly known as EMC Mortgage Corporation*

-6-

Dated: August 12, 2011

Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.

By:   /s/ J. Thomas Aldrich
J. Thomas Aldrich
(taldrich@ericksenarbuthnot.com)
Mark S. Tratten
(mtratten@ericksenarbuthnot.com)
100 Howe Avenue, Suite 110 S
Sacramento, CA 95825
Telephone:   916-483-5181
Facsimile:   916-483-7558

*Attorneys for Lending 1st Mortgage and Lending 1st Mortgage LLC*

1  PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.   Case Dispositive Motion
2  and FCMC will be held on May 8, 2012 at 2:00 p.m.   Pretrial will be held on August 6, 2012 at 2:00 p.m.  Jury Trial (5 day) will begin on August 27, 2012 at 8:30 a.m.

3  Date: **8/18/2011**

4  _____
   CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE

-8-

W02-WEST:5MON1\403831812.1

FIFTH STIPULATION AND [PROPOSED] ORDER
FOR RELIEF FROM CASE MANAGEMENT ORDER