1  SHEPPARD, MULLIN, RICHTER &
   HAMPTON LLP
2    A limited Liability Partnership
     Including Professional Corporation
3  MOLLY R. NEWLAND, CBN 244928
     mnewland@sheppardmullin.com
4  SHANNON Z. PETERSEN, CBN 211426
     spetersen@sheppardmullin.com
5  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4109
6  Telephone:    415-434-9100
   Facsimile:    415-434-3947
7

LEANN PEDERSEN POPE
(Admitted *Pro Hac Vice*)
  lpope@burkelaw.com
STEPHEN R. MEINERTZHAGEN
(Admitted *Pro Hac Vice*)
  smeinertzhagen@burkelaw.com
BURKE, WARREN, MACKAY & SERRITELLA,
P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois  60611
Telephone:    312-840-7000
Facsimile:    312-840-7900

8

9  Attorneys for Defendant EMC MORTGAGE LLC, formerly known as EMC MORTGAGE
   CORPORATION

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

12

13

14  ARMANDO PLASCENCIA and MELANIA
    PLASCENCIA, individually and on behalf of
    all others similarly situated,
15

16                        Plaintiffs,

17         v.

18  LENDING 1ST MORTGAGE; LENDING 1ST
    MORTGAGE, LLC; EMC MORTGAGE
19  CORPORATION, and DOES 1 through 10,
    inclusive,
20

21                        Defendants.

| Case No. 4:07-cv-04485-CW |

**CLASS ACTION**

Hon. Claudia Wilken

**FIFTH STIPULATION AND [~~PROPOSED~~]
ORDER FOR RELIEF FROM CASE
MANAGEMENT ORDER**
Crtrm.:       2

Complaint Filed:  August 29, 2007
Trial Date:  June 18, 2012

22

23

24

25

26

27

28

-1-

W02-WEST:5MON1\403831812.1

FIFTH STIPULATION AND [~~PROPOSED~~] ORDER
FOR RELIEF FROM CASE MANAGEMENT ORDER

1    WHEREAS on January 25, 2010, the Court entered its Order Revising Case Management

2  Schedule (Dkt. No. 199); and

3    WHEREAS on August 13, 2010, the parties filed, and the Court entered, a Third Stipulation

4  and Order for Relief from Case Management Schedule Pursuant to Local Rule 16-2(d) extending

5  all deadlines because, among other reasons, Defendant Lending 1st needed to produce discovery

6  sufficient for Plaintiffs' counsel to identify absent class members (Dkt. No. 201); and

7    WHEREAS in November 2010, counsel for Defendant EMC Mortgage LLC ("EMC") and

8  

9  Plaintiffs began meeting and conferring about EMC's desire to take discovery, including depositions,

10  of absent class members; and

11    WHEREAS on December 13, 2010, the parties filed, and the Court subsequently entered, a

12  Fourth Stipulation and Order for Relief from Case Management Schedule Pursuant to Local Rule

13  16-2(d) so as to enable the Parties to complete residual discovery, complete the meet-and-confer

14  

15  process as to any remaining discovery disputes, and/or present any unresolved discovery dispute for

16  the Court's resolution (Dckt. No. 249); and

17    WHEREAS EMC and Plaintiffs were unable to reach an agreement as to whether the

18  discovery of absent class members sought by EMC should occur at all, but they agreed that in no

19  event could such discovery occur until after the class opt-out deadline; and

20  

21    WHEREAS the December 15, 2010 Fourth Stipulation and Order for Relief from Case

22  Management Schedule Pursuant to Local Rule 16-2(d) stated Plaintiffs expected to file "a motion,

23  pursuant to Fed. R. Civ. P. 23(c)(2)(B), for this Court's approval of class notice within the next ten

24  days, likely time period for distribution of notice will be 14 days after Court approval, and return of

25  opt-out requests will be approximately 90 days after the class notice is mailed" (*Id.*); and

26    WHEREAS Plaintiffs filed their Motion for Approval of Class Notice on March 15, 2011

27  (Dckt. No. 250); and

28  

-2-

W02-WEST:5MON1\403831812.1                        FIFTH STIPULATION AND [~~PROPOSED~~] ORDER
                                                   FOR RELIEF FROM CASE MANAGEMENT ORDER

1    WHEREAS class notice was approved on April 13, 2011, and the class opt-out deadline

2  was set for June 27, 2011 (Dckt. No. 253); and

3    WHEREAS the Fourth Case Management Order also stated "EMC Mortgage Corp. has

4  advised Plaintiffs of its desire to depose a number of absent class members after the expiration of the

5  notice and opt-out period, and Plaintiffs' position is that Defendants should not be permitted to take

6

7  discovery of absent class members" (Dckt. No. 249); and

8    WHEREAS after entry of the Fourth Stipulation and Order for Relief from Case

9  Management Schedule Pursuant to Local Rule 16-2(d) the parties continued to meet and confer

10  regarding whether the absent class discovery sought by EMC should be permitted following the

11  opt-out deadline, and Plaintiffs continued to object to such a request; and

12    WHEREAS on June 24, 2011, after the class notice was mailed and near the close of the

13  opt-out period, EMC and Plaintiffs filed a joint discovery dispute letter before Magistrate Judge

14  Spero regarding discovery of absent class members sought by EMC (Dckt. No. 254); and

15

16    WHEREAS on July 29, 2011, Magistrate Judge Spero conducted a telephonic discovery

17  hearing regarding discovery on absent class members, in which he granted EMC's motion in part,

18  and instructed the parties to meet and confer to prepare a joint proposal for limited absent class

19  discovery (Dckt. No. 257); and

20    WHEREAS on August 5, 2011, Magistrate Judge Spero conducted a status conference

21  regarding the parties' proposal for absent class discovery (Dckt. No. 260); and

22

23    WHEREAS after the August 5, 2011, status conference, Magistrate Judge Spero entered an

24  order, stating in pertinent part:

25        1. [EMC's] motion to take limited discovery of absent class members is

26        Granted.

27

28

-3-

2. On or before September 19, 2011, Defendants may take up fifteen (15) depositions of absent class members of their choosing.

3. Defendants shall identify the chosen class members on or before August 12, 2011. Defendants shall produce to Plaintiffs' counsel all records relating to the servicing of the loans of the chosen absent class members on or before August 19, 2011.

(Dckt. No. 261); and

WHEREAS Plaintiffs continue to object to absent class discovery and do not waive their right to appeal Magistrate Judge Spero's order permitting such discovery; and

WHEREAS to complete the absent class member discovery provided in Magistrate Judge Spero's Orders as well as any other outstanding discovery requires extending the current fact discovery deadline and adjusting the other case management deadlines accordingly.

THEREFORE, the Parties hereby stipulate to, and request that the Court approve, an extension of the deadlines in the Fourth Stipulation and Order for Relief from Case Management Schedule Pursuant to Local Rule 16-2(d) by extending all deadlines therein by approximately forty-five days, as follows:

| Pretrial or Trial Event | Current Deadline | Requested Deadline |
|---|---|---|
| Completion of Fact Discovery: | 8/19/2011 | 10/3/2011 |
| Disclosure of identities and reports of Plaintiff's expert witnesses: | 8/19/2011 | 10/3/2011 |
| Disclosure of identities and reports of Defendants' expert witnesses: | 10/20/2011 | 12/5/2011 |
| Disclosure of identities and reports of expert witnesses (Rebuttal): | 11/16/2011 | 1/3/2012 |

-4-

| | | |
|---|---|---|
| Completion of Expert Discovery: | 12/19/2011 | 2/2/2012 |
| All case-dispositive motions and FCMC to be heard at 2:00 P.M. on or before: | 3/22/2012 | 5/7/2012 |
| Dispositive motions shall be filed by: | 2/9/2012 | 3/26/2012 |
| Final Pretrial Conference at 2:00 P.M. on: | 6/5/2012 | 7/24/2012 |
| A 5 day Jury Trial will begin at 8:30 A.M. on: | 6/18/2012 | 8/6/2012 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

W02-WEST:5MON1\403831812.1

FIFTH STIPULATION AND [PROPOSED] ORDER
FOR RELIEF FROM CASE MANAGEMENT ORDER

1

2    Dated:  August 12, 2011                Williams Cuker Berezofsky

3                                           By:  ___/s/ Mark R. Cuker_____
                                            Mark R. Cuker (mcuker@wcblegal.com)
4                                           Michael J. Quirk (mquirk@wcblegal.com)
                                            1617 J.F.K. Blvd., Suite 800
5                                           Philadelphia, PA 19103-1819
                                            Telephone:      215-557-0099
6                                           Facsimile:      215-557-0673

7                                           *Attorneys for Plaintiffs and the Classes*

8

9    Dated:  August 12, 2011                SHEPPARD, MULLIN, RICHTER &
                                            HAMPTON LLP
10

11                                          By:  ___/s/ Molly R. Newland_____
                                            Molly R. Newland
12                                          (mnewland@sheppardmullin.com)
                                            Shannon Z. Petersen
13                                          (spetersen@sheppardmullin.com)
                                            Four Embarcadero Center, 17th Floor
14                                          San Francisco, California  94111-4109
                                            Telephone:      415-434-9100
15                                          Facsimile:      415-434-3947

16

17                                          BURKE, WARREN, MACKAY & SERRITELLA, P.C.
                                            LeAnn Pedersen Pope
18                                          (lpope@burkelaw.com)
                                            Stephen R. Meinertzhagen
19                                          (smeinertzhagen@burkelaw.com)
                                            330 North Wabash Avenue, 22nd Floor
20                                          Chicago, IL 60611
                                            Telephone:      312-840-7000
21                                          Facsimile:      312-840-7900

22

23                                          *Attorneys for EMC Mortgage LLC, formerly known as*
                                            *EMC Mortgage Corporation*
24

25

26

27

28

-6-

W02-WEST:5MON1\403831812.1                          FIFTH STIPULATION AND [PROPOSED] ORDER
                                                    FOR RELIEF FROM CASE MANAGEMENT ORDER

1

2    Dated:  August 12, 2011          Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.

3                                     By:   ___/s/ J. Thomas Aldrich_____
                                     J. Thomas Aldrich
4                                     (taldrich@ericksenarbuthnot.com)
                                     Mark S. Tratten
5                                     (mtratten@ericksenarbuthnot.com)
                                     100 Howe Avenue, Suite 110 S
6                                     Sacramento, CA 95825
                                     Telephone:     916-483-5181
7                                     Facsimile:     916-483-7558

8
                                     *Attorneys for Lending 1st Mortgage and Lending 1st*
9                                     *Mortgage LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            -7-

1    PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.    Case Dispositive Motion
     and Further Case Management Conference will be held on Thursday, May 10, 2012 at 2:00 p.m.
2    Pretrial Conference will be held on Tuesday, August 7, 2012 at 2:00 p.m.  Jury Trial (5 day) to
     begin Monday, August 27, 2012 at 8:30 a.m.
3    Date:  **8/18/2011**

4                                                             CLAUDIA WILKEN
                                                              UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-8-

W02-WEST:5MON1\403831812.1                              FIFTH STIPULATION AND [PROPOSED] ORDER
                                                        FOR RELIEF FROM CASE MANAGEMENT ORDER