IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>LENDING 1ST MORTGAGE, et al.,<br><br>    Defendant.<br>_____/ | No. C 07-4485 CW<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE |

    On August 17, 2011, Plaintiffs Armando Plascencia and Melania Plascencia filed a motion requesting relief from a non-dispositive pretrial order entered by a Magistrate Judge on August 5, 2011. Pursuant to Local Rule 72-2, the Court hereby sets a briefing schedule for this motion as follows:

    Defendants may file an opposition of five pages or less within seven days of the date of this order. Defendants need not repeat any of the arguments contained in their letter brief to the Magistrate Judge dated June 24, 2011, but they shall address how they propose to try the damages issues in this case.

    Plaintiffs may file a reply to Defendants' opposition, of three pages or less, within four days after Defendants have filed their opposition. Plaintiffs also need not repeat the arguments contained in the letter brief to the Magistrate Judge dated June 24, 2011, but they shall also address how they propose to try the damages issues in this case.

No depositions of absent class members shall be taken from today's date until the Court issues a further order.

IT IS SO ORDERED.

Dated: 9/21/2011

CLAUDIA WILKEN
United States District Judge