
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A limited Liability Partnership
  Including Professional Corporation
MOLLY R. NEWLAND, CBN 244928
  mnewland@sheppardmullin.com
SHANNON Z. PETERSEN, CBN 211426
  spetersen@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:     415-434-3947

LEANN PEDERSEN POPE
(Admitted *Pro Hac Vice*)
  lpope@burkelaw.com
STEPHEN R. MEINERTZHAGEN
(Admitted *Pro Hac Vice*)
  smeinertzhagen@burkelaw.com
SUSAN MILLER OVERBEY
(Admitted *Pro Hac Vice*)
  soverbey@burkelaw.com
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois  60611
Telephone:    312-840-7000
Facsimile:     312-840-7900

Attorneys for Defendant EMC MORTGAGE LLC, formerly known as EMC MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1ST MORTGAGE; LENDING 1ST MORTGAGE, LLC; EMC MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:07-cv-04485-CW<br><br>**CLASS ACTION**<br><br>Hon. Claudia Wilken<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO ENLARGE BRIEFING SCHEDULE ON PLAINTIFFS' SECOND MOTION TO AMEND CLASS CERTIFICATION ORDER AND TO CONTINUE DECEMBER 15, 2011 HEARING DATE**<br><br>Crtrm.:    2<br><br>Complaint Filed: August 29, 2007<br>Trial Date: June 18, 2012 |

W02-WEST:5MON1\404174924.1

-1-

AMENDED STIPULATION AND PROPOSED ORDER TO ENLARGE BRIEFING SCHEDULE ON PLAINTIFFS' SECOND MOTION TO AMEND CLASS CERTIFICATION ORDER AND TO CONTINUE DECEMBER 15, 2011 HEARING DATE

WHEREAS on November 9, 2011, Plaintiffs filed their Second Motion to Amend Class Certification Order (Dkt. No. 285) (the "Second Motion to Amend"); and

WHEREAS pursuant to L. R. 7-3(a), defendants EMC Mortgage LLC ("EMC") and Lending 1st Mortgage ("Lending 1st") are required to file their oppositions to the Second Motion to Amend by November 23, 2011; and

WHEREAS pursuant to L.R. 7-3(c), Plaintiffs' reply in support of their Second Motion to Amend is due on November 30, 2011; and

WHEREAS the Second Motion to Amend is set for hearing on December 15, 2011 at 2:00 p.m. (Dckt. No. 285); and

WHEREAS pursuant to L.R. 7-7(a), the hearing date may be continued by Plaintiffs' filing a notice continuing the hearing date but because the Parties are also seeking to enlarge the briefing schedule they are submitting the instant stipulation; and

WHEREAS no party has previously requested an extension of time with respect to the Second Motion to Amend.

THEREFORE, EMC, Lending 1st, and the Plaintiffs hereby stipulate to, and request that the Court approve, an extension of the deadlines with respect to the Second Motion to Amend, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants to file opposition to Second Motion to Amend | December 2, 2011 | November 30, 2011 |
| Plaintiffs to file reply in support of Second Motion to Amend | November 30, 2011 | December 16, 2011 |
| Hearing on Second Motion to Amend | December 15, 2011 at 2:00 p.m. | January 12, 2012 at 2:00 p.m. |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 23, 2011        Williams Cuker Berezofsky

By:    /s/ Mark R. Cuker
Mark R. Cuker (mcuker@wcblegal.com)
Michael J. Quirk (mquirk@wcblegal.com)
1617 J.F.K. Blvd., Suite 800
Philadelphia, PA 19103-1819
Telephone:    215-557-0099
Facsimile:    215-557-0673

*Attorneys for Plaintiffs and the Classes*

Dated: November 23, 2011        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:    /s/ Molly R. Newland
Molly R. Newland
(mnewland@sheppardmullin.com)
Shannon Z. Petersen
(spetersen@sheppardmullin.com)
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
LeAnn Pedersen Pope
(lpope@burkelaw.com)
Stephen R. Meinertzhagen
(smeinertzhagen@burkelaw.com)
330 North Wabash Avenue, 22nd Floor
Chicago, IL 60611
Telephone:    312-840-7000
Facsimile:    312-840-7900

*Attorneys for EMC Mortgage LLC, formerly known as EMC Mortgage Corporation*

W02-WEST:5MON1\404174924.1

-3-

AMENDED STIPULATION AND ~~PROPOSED~~ ORDER
TO ENLARGE BRIEFING SCHEDULE ON
PLAINTIFFS' SECOND MOTION TO AMEND CLASS
CERTIFICATION ORDER AND TO CONTINUE
DECEMBER 15, 2011 HEARING DATE

| | |
|---|---|
| Dated:  November 23, 2011 | Ericksen Arbuthnot |
| | By:  /s/ Mark S. Tratten |
| | J. Thomas Aldrich |
| | (taldrich@ericksenarbuthnot.com) |
| | Mark S. Tratten |
| | (mtratten@ericksenarbuthnot.com) |
| | 100 Howe Avenue, Suite 110 S |
| | Sacramento, CA 95825 |
| | Telephone:     916-483-5181 |
| | Facsimile:      916-483-7558 |
| | |
| | *Attorneys for Lending 1st Mortgage and Lending 1st Mortgage LLC* |

W02-WEST:5MON1\404174924.1

-4-

AMENDED STIPULATION AND PROPOSED ORDER TO ENLARGE BRIEFING SCHEDULE ON PLAINTIFFS' SECOND MOTION TO AMEND CLASS CERTIFICATION ORDER AND TO CONTINUE DECEMBER 15, 2011 HEARING DATE

1  PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

3  Date: 12/01/2011

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

W02-WEST:5MON1\404174924.1

-5-

AMENDED STIPULATION AND ~~PROPOSED~~ ORDER
TO ENLARGE BRIEFING SCHEDULE ON
PLAINTIFFS' SECOND MOTION TO AMEND CLASS
CERTIFICATION ORDER AND TO CONTINUE
DECEMBER 15, 2011 HEARING DATE