IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA, et al., | No. C 07-4485 CW |
| Plaintiffs, | ORDER GRANTING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (Docket No. 287) |
| v. | |
| LENDING 1ST MORTGAGE, et al., | |
| Defendants. | |

Plaintiffs Armando and Melania Plascencia move to file under seal certain documents offered in support of their Motion to Amend the Class Certification Order, including their unredacted Memorandum of Points and Authorities in support of their motion, the Declaration of Michael Quirk, and Exhibits 1 and 2 to the Quirk Declaration, excerpts from the depositions of Janet Gonzalez and Mary Haggarty. Plaintiffs have filed a redacted version of their Memorandum of Points and Authorities in the public record. See Docket No. 286. In their motion to seal, Plaintiffs state that the materials that they seek to seal have been "designated 'Confidential' under the terms of the Stipulated Protective Order and/or contain information from said materials." Mot., at 2.

On November 15, 2011, Defendant EMC filed a declaration in support of Plaintiffs' motion to seal as to the unredacted Memorandum of Points and Authorities and Exhibits 1 and 2 to the Quirk Declaration. See Declaration of Susan Miller Overby, Docket

No. 288. In this declaration, EMC states that these documents "contain nonpublic, confidential, and proprietary information about the way in which loan documents used by Lending 1st Mortgage for loans it sold to EMC were prepared and by whom, and refer to confidential Seller's Guides," and that "public disclosure of this information would cause harm and prejudice to EMC by placing EMC at a competitive disadvantage." Id. at ¶ 4.

Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so. Pintos v. Pac. Creditors Ass'n, 565 F.3d 1106, 1115 (9th Cir. 2009). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. See Civil L.R. 79-5(a).

No party or non-party has filed a declaration establishing that the Declaration of Michael Quirk is sealable. Accordingly, Plaintiffs' motion is DENIED to the extent that it pertains to the Quirk Declaration itself.

EMC has provided reasons supporting the sealing of the unredacted version of the Memorandum of Points and Authorities and Exhibits 1 and 2 to the Quirk Declaration, which Plaintiffs submit in connection with their Motion to Amend the Class Certification Order. Accordingly, Plaintiffs' motion for leave to file

2

1  documents under seal is GRANTED to the extent it pertains to these
2  documents.
3      Within four days of the date of this Order, Plaintiffs may
4  electronically file the Quirk Declaration in the public record or
5  may withdraw it, and may file under seal the unredacted version of
6  the Memorandum of Points and Authorities in support of their
7  Motion to Amend the Class Certification Order and Exhibits 1 and 2
8  to the Quirk Declaration, in accordance with General Order 62.
9
10  Civ. L.R. 79-5(e).
11      IT IS SO ORDERED.
12
13  Dated:  12/1/2011
14                                  CLAUDIA WILKEN
                                    United States District Judge

**United States District Court**
For the Northern District of California