SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A limited Liability Partnership
  Including Professional Corporation
MOLLY R. NEWLAND, CBN 244928
  mnewland@sheppardmullin.com
SHANNON Z. PETERSEN, CBN 211426
  spetersen@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:     415-434-9100
Facsimile:     415-434-3947

LEANN PEDERSEN POPE
(Admitted *Pro Hac Vice*)
  lpope@burkelaw.com
STEPHEN R. MEINERTZHAGEN
(Admitted *Pro Hac Vice*)
  smeinertzhagen@burkelaw.com
SUSAN MILLER OVERBEY
(Admitted *Pro Hac Vice*)
  soverbey@burkelaw.com
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois  60611
Telephone:     312-840-7000
Facsimile:     312-840-7900

Attorneys for Defendant EMC MORTGAGE LLC, formerly known as EMC MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>LENDING 1ST MORTGAGE; LENDING 1ST MORTGAGE, LLC; EMC MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>               Defendants. | Case No. 4:07-cv-04485-CW<br><br>**CLASS ACTION**<br><br>Hon. Claudia Wilken<br><br>**CORRECTED AMENDED STIPULATION AND [PROPOSED] ORDER TO ENLARGE BRIEFING SCHEDULE ON PLAINTIFFS' SECOND MOTION TO AMEND CLASS CERTIFICATION ORDER AND TO CONTINUE DECEMBER 15, 2011 HEARING DATE**<br><br>Crtrm.:     2<br><br>Complaint Filed:  August 29, 2007<br>Trial Date:  June 18, 2012 |

1  WHEREAS on November 9, 2011, Plaintiffs filed their Second Motion to Amend Class
2  Certification Order (Dkt. No. 285) (the "Second Motion to Amend"); and

3  WHEREAS pursuant to L. R. 7-3(a), defendants EMC Mortgage LLC ("EMC") and
4
5  Lending 1st Mortgage ("Lending 1st") are required to file their oppositions to the Second Motion to
6  Amend by November 23, 2011; and

7  WHEREAS pursuant to L.R. 7-3(c), Plaintiffs' reply in support of their Second Motion to
8  Amend is due on November 30, 2011; and

9  WHEREAS the Second Motion to Amend is set for hearing on December 15, 2011 at 2:00
10 p.m. (Dckt. No. 285); and

11 WHEREAS pursuant to L.R. 7-7(a), the hearing date may be continued by Plaintiffs' filing a
12
13 notice continuing the hearing date but because the Parties are also seeking to enlarge the briefing
14 schedule they are submitting the instant stipulation; and

15 WHEREAS no party has previously requested an extension of time with respect to the
16 Second Motion to Amend.

17 THEREFORE, EMC, Lending 1st, and the Plaintiffs hereby stipulate to, and request that
18 the Court approve, an extension of the deadlines with respect to the Second Motion to Amend, as
19 follows:
20

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants to file opposition to Second Motion to Amend | November 23, 2011 | December 2, 2011 |
| Plaintiffs to file reply in support of Second Motion to Amend | November 30, 2011 | December 16, 2011 |
| Hearing on Second Motion to Amend | December 15, 2011 at 2:00 p.m. | January 12, 2012 at 2:00 p.m. |

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  Dated:  November 30, 2011                    Williams Cuker Berezofsky

3
                                                By:     */s/* Mark R. Cuker
4                                               Mark R. Cuker (mcuker@wcblegal.com)
                                                Michael J. Quirk (mquirk@wcblegal.com)
5                                               1617 J.F.K. Blvd., Suite 800
                                                Philadelphia, PA 19103-1819
6                                               Telephone:      215-557-0099
7                                               Facsimile:      215-557-0673

8                                               *Attorneys for Plaintiffs and the Classes*

9

10 Dated:  November 30, 2011                    SHEPPARD, MULLIN, RICHTER &
                                                HAMPTON LLP
11
                                                By:     */s/* Molly R. Newland
12                                              Molly R. Newland
                                                (mnewland@sheppardmullin.com)
13                                              Shannon Z. Petersen
                                                (spetersen@sheppardmullin.com)
14                                              Four Embarcadero Center, 17th Floor
                                                San Francisco, California  94111-4109
15                                              Telephone:      415-434-9100
                                                Facsimile:      415-434-3947
16
17                                              BURKE, WARREN, MACKAY & SERRITELLA, P.C.
18                                              LeAnn Pedersen Pope
                                                (lpope@burkelaw.com)
19                                              Stephen R. Meinertzhagen
                                                (smeinertzhagen@burkelaw.com)
20                                              330 North Wabash Avenue, 22nd Floor
                                                Chicago, IL 60611
21                                              Telephone:      312-840-7000
22                                              Facsimile:      312-840-7900

23
                                                *Attorneys for EMC Mortgage LLC, formerly known as*
24                                              *EMC Mortgage Corporation*

25

26

27

28
                                                -2-
W02-WEST:5MON1\404184490.1                      CORRECTED AMENDED STIPULATION AND
Case No. 4:07-cv-04485-CW                                             ~~PROPOSED~~ ORDER

Dated:  November 30, 2011          Ericksen Arbuthnot

By:    /s/ Mark S. Tratten
J. Thomas Aldrich
(taldrich@ericksenarbuthnot.com)
Mark S. Tratten
(mtratten@ericksenarbuthnot.com)
100 Howe Avenue, Suite 110 S
Sacramento, CA 95825
Telephone:     916-483-5181
Facsimile:     916-483-7558

*Attorneys for Lending 1st Mortgage and Lending 1st Mortgage LLC*

-3-

W02-WEST:5MON1\404184490.1
Case No. 4:07-cv-04485-CW

CORRECTED AMENDED STIPULATION AND ~~PROPOSED~~ ORDER

1  PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

2

3  Date:  12/2/2011

4  _____
   CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE