IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ARMANDO PLASCENCIA; and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>LENDING 1ST MORTGAGE; LENDING 1ST MORTGAGE, LLC; EMC MORTGAGE CORPORATION; and DOES 1-10,<br><br>    Defendants. | No. C 07-4485 CW<br><br>ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br>(Docket No. 306) |

Plaintiffs Armando and Melania Plascencia move to file under seal their unredacted Reply to Defendant EMC Mortgage Corporation's Opposition to Plaintiffs' Second Motion to Amend the Class Certification Order. Plaintiffs have filed a redacted version of their Memorandum of Points and Authorities in the public record. See Docket No. 305. In their motion to seal, Plaintiffs state that the materials that they seek to seal have been "designated 'Confidential' under the terms of the Stipulated Protective Order and/or contain information from said materials." Mot., at 1.

On December 22, 2011, Defendant EMC filed a declaration in support of the motion to seal. See Declaration of Susan Miller Overby, Docket No. 288. EMC states that these documents "contain nonpublic, confidential, and proprietary information about the way

in which loan documents used by Lending 1st Mortgage for loans it sold to EMC were prepared and by whom, and refer to confidential Seller's Guides," and that "public disclosure of this information would expose EMC's otherwise nonpublic, confidential, and proprietary practices, and would likely cause harm and prejudice to EMC by placing EMC at a competitive disadvantage." Id. at ¶ 4.

Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so. Pintos v. Pac. Creditors Ass'n, 565 F.3d 1106, 1115 (9th Cir. 2009). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. See Civil L.R. 79-5(a).

EMC demonstrated good cause supporting the sealing of the unredacted version of Plaintiff's reply. Accordingly, Plaintiffs' motion for leave to file documents under seal is GRANTED (Docket No. 306). Within four days of the date of this Order, Plaintiffs may file under seal their unredacted Reply, in accordance with General Order 62.

IT IS SO ORDERED.

Dated: 12/23/2011

_____
CLAUDIA WILKEN
United States District Judge