# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

330 NORTH WABASH AVENUE
22ND FLOOR
CHICAGO, ILLINOIS 60611-3607
TELEPHONE (312) 840-7000
FACSIMILE (312) 840-7900
www.burkelaw.com

STEPHEN R. MEINERTZHAGEN
DIRECT DIAL NUMBER
(312) 840-7047
smeinertzhagen@burkelaw.com

March 14, 2012

**VIA ECF**

Hon. Magistrate Judge Joseph C. Spero
United States District Court
Courtroom G, 15th Floor
Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Armando Plascencia, et al. v. Lending 1st Mortgage, LLC, et al.*
Northern District of California Case No. 4:07-cv-04485-CW

Dear Magistrate Judge Spero:

I am one of the attorneys for EMC Mortgage LLC ("EMC"), a Defendant in this case. Pursuant to the Clerk's Notice of March 12, 2012 (Dkt. 329) a hearing regarding Co-Defendant Lending 1st Mortgage's Motion to Exclude Plaintiffs' Expert Witnesses has been set for March 23, 2012 at 9:30 a.m. Although EMC is neither the Movant nor the Respondent, I request leave of Court to appear at the hearing by telephone as I am located in Chicago, and there may be issues raised during the hearing that relate to EMC. My direct dial telephone number is (312) 840-7047.

If you require any additional information to evaluate this request, please let me know.

Respectfully submitted,

Stephen R. Meinertzhagen

SRM/sb

cc: All Counsel of Record (via ECF)

Dated: 3/14/12

IT IS SO ORDERED
Judge Joseph C. Spero

1113091.1