

# Williams Cuker Berezofsky, LLC

*Protecting Rights for 28 Years*

www.wcblegal.com

1515 Market Street
Suite 1300
Philadelphia, PA 19102

215.557.0099
215.557.0673 *fax*

○ Woodland Falls
Corporate Center
210 Lake Drive East
Suite 101
Cherry Hill, NJ 08002-1163

856.667.0500
856.667.5133 *fax*

Mark R. Cuker††
Gerald J. Williams††
Esther E. Berezofsky††
Beth G. Cole†
Alan H. Sklarsky†
Andrew F. Erba††§§
Samuel Abloeser†
Wendy E. Carr††
Kevin Haverty††*
Sherri L. Eyer†
Michael J. Quirk†§
Christine A. Campbell†
Maria C. Janoski††

† Member, Pennsylvania Bar
‡ Member, New Jersey Bar
§ Member, Conn. Bar
§ Member, Wash., D.C. Bar

March 15, 2012

**Via ECF**

Honorable Magistrate Judge Joseph C. Spero
United States District Court
Courtroom G, 15th Floor
Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Armando Plascencia, et al. v. Lending 1st Mortgage, LLC, et al.*
       **Northern District of California Case No. 4:07-cv-04485-CW**

Dear Magistrate Judge Spero:

I am one of the attorneys for Plaintiffs in this case. Pursuant to the Clerk's Notice of March 12, 2012 (Dkt. 329) a hearing regarding Defendant Lending 1st Mortgage's Motion to Exclude Plaintiffs' Expert Witnesses has been set for March 23, 2012 at 9:30 a.m. I am writing to request leave of Court to appear at the hearing by telephone as I am located in Philadelphia. My telephone number is (215) 557-0099

If you require any additional information to evaluate this request, please let me know.

Dated: March 16, 2012



IT IS SO ORDERED
Judge Joseph C. Spero

Respectfully submitted,

MARK R. CUKER

MRC/pk

cc:   All Counsel fo Record (via ECF)




* Certified by the Supreme Court of New Jersey as a Civil Trial Attorney