United States District Court
For the Northern District of California

1       IN THE UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

| | |
|---|---|
| 4 ARMANDO PLASCENCIA; and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>6<br><br>7 Plaintiffs,<br><br>v.<br><br>8<br><br>9 LENDING 1ST MORTGAGE; LENDING 1ST MORTGAGE, LLC; EMC MORTGAGE CORPORATION; and DOES 1-10,<br><br>10<br><br>11 Defendants.<br><br>12 ─────────────────────────────/ | No. C 07-4485 CW<br><br>ORDER GRANTING IN PART EMC MORTGAGE CORPORATION'S ADMINISTRATIVE MOTION FOR ADDITIONAL PAGES AND THE PARTIES' STIPULATION FOR RELIEF FROM THE CASE MANAGEMENT SCHEDULE (Docket Nos. 345 and 347) |

13      Having considered Defendant EMC Mortgage Corporation's motion

14 to exceed twenty-five pages in its motions for summary judgment

15 and to decertify the class, Plaintiffs Armando and Melania

16 Plascencia's opposition thereto and the parties' stipulation to

17 change the briefing and hearing schedule for dispositive motions,

18 the Court finds good cause to modify the case management order and

19
20 set the following schedule for these motions:

| Event | Date |
|---|---|
| Deadline for Plaintiffs to file their motion for summary judgment, in a brief of thirty pages or less. | Friday, June 29, 2012 |
| Deadline for Defendants to file their cross-motions for summary judgment, motions to decertify the class and opposition to Plaintiffs' motion for summary judgment.<br><br>The motions and opposition shall be addressed in a single brief of sixty pages or less.  To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, | Friday, July 13, 2012 |

**United States District Court**
For the Northern District of California

| | |
|---|---|
| Defendants, with separate sections to address individual differences as needed. | |
| Deadline for Plaintiffs to file their reply in support of their motion for summary judgment and their oppositions to Defendants' cross-motions.<br><br>The reply and oppositions shall be addressed in the same brief of thirty pages or less. | Friday, July 27, 2012 |
| Deadline for Defendants to file their replies in support of their cross-motions for summary judgment and motions to decertify the class.<br><br>The reply brief shall not exceed fifteen pages. To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants, with separate sections to address individual differences as needed. | Thursday, August 9, 2012 |
| Deadline for the parties to file a joint case management conference statement. | Thursday, August 16, 2012 |
| Hearing on motions for summary judgment and to decertify class, and further case management conference. | Thursday, August 23, 2012 at 2:00 p.m. |

The Court will entertain a stipulation to change the briefing schedule, provided that opposing briefs are filed in series as described above, not contemporaneously, with as little repetition as possible, and that the parties' briefing is completed at least two weeks prior to the hearing date.

The final pretrial conference is currently scheduled for October 22, 2012, and the five day jury trial in this matter is set to begin on November 5, 2012. Because the Court grants the parties' stipulation to change the date for the dispositive motion hearing, the Court notes that the dates for the final pretrial conference and trial may need to be continued.

IT IS SO ORDERED.

Dated: 6/26/2012

CLAUDIA WILKEN
United States District Judge

2