IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA; and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>LENDING 1ST MORTGAGE; LENDING 1ST MORTGAGE, LLC; EMC MORTGAGE CORPORATION; and DOES 1-10,<br><br>    Defendants.<br>_____/ | No. C 07-4485 CW<br><br>ORDER REGARDING EMC'S MOTION TO FILE UNDER SEAL (Docket No. 362) |

    Defendant EMC Mortgage LLC, formerly known as EMC Mortgage Corporation, moves to file under seal the declaration of LeAnn Pedersen Pope offered in support of EMC's omnibus motion to decertify the class, motion for summary judgment and opposition to Plaintiffs Armando and Melania Plascencia's motion for partial summary judgment and its motions to exclude the testimony of Leonard Lyons and Jonathan Macey.  EMC seeks to file the Pope declaration, including all attached exhibits, under seal in its entirety.

    In EMC's declaration in support of its motion to seal, it states that it has filed separately in the public record the declaration of Susan Miller Overbey, to which it has attached redacted versions of the same exhibits attached to the Pope declaration.  Overbey Decl. in Supp. of Mot. to Seal ¶ 7.  See Docket No. 359.

Civil Local Rule 79-5(c) provides that, when a party seek to file a portion of a document under seal, counsel must, among other things, lodge a chambers copy of the entire document "with the sealable portions identified." Civil Local Rule 79-5(c)(4). See also Civil Local Rule 79-5(c)(3) ("The sealable portions of the document must be identified by notations or highlighting within the text.").

EMC has failed to indicate in the chambers copy that it has submitted which portions of the documents it seeks to file under seal. It appears to request the Court to compare the exhibits attached to the Pope declaration to those attached to the Overbey declaration to discern which portions it seeks to seal and what those portions contain. The Court notes that the Pope declaration, including its exhibits, appears to total more than fifteen hundred pages. Further, the exhibits attached to the Pope declaration are not given the same exhibit letters as the corresponding exhibits attached to the Overbey declaration. Because a page-by-page comparison of the exhibits attached to the two declarations would require a large and unnecessary expenditure of judicial resources, the Court declines to engage in this task and will not excuse EMC's violation of the Civil Local Rules.

2

Accordingly, by 12:00 p.m. two court days after the date of this Order, EMC shall submit a chambers copy of the Pope declaration and exhibits, with the same exhibit letters as in the Overbey declaration. In this chambers copy, EMC shall highlight the portions of the text that it seeks to file under seal. Failure to comply with the terms of the Order will result in the denial of the motion to seal.

IT IS SO ORDERED.

Dated: 8/27/2012

CLAUDIA WILKEN
United States District Judge