**BERNS WEISS LLP**
Jeffrey K. Berns (SBN 131351)
jberns@bernsweiss.com
20700 Ventura Boulevard, Suite 140
Woodland Hills, CA 91364
Tel.: (818) 961-2000
Fax: (818) 999-1500

- and -

Lee A. Weiss (admitted *pro hac vice*)
lweiss@bernsweiss.com
626 RXR Plaza
Uniondale, NY 11556
Tel.: (516) 222-2900
Fax: (818) 999-1500

**WILLIAMS CUKER BEREZOFSKY**
Mark R. Cuker (admitted *pro hac vice*)
mcuker@wcblegal.com
1515 Market Street, Suite 1300
Philadelphia, PA 19102
Tel.: (215) 557-0099
Fax: (215) 557-0673

**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
bronsonlaw@gmail.com
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel.: (510) 531-4529
Fax: (510) 531-4377

*[Additional counsel listed on signature page]*

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LENDING 1ST MORTGAGE, LENDING 1ST MORTGAGE LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10 inclusive, <br><br> Defendants. | **Case No. 4:07-cv-04485-CW** <br><br> CLASS ACTION <br><br> **STIPULATION TO CONTINUE HEARING ON PLAINTIFFS, LENDING 1ST MORTGAGE, AND LENDING 1ST LLC'S JOINT MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT** <br><br> Judge: Hon. Claudia Wilken <br> Courtroom: 2, 4th Floor <br><br> Current Date: November 15, 2012 <br> Time: 2:00 p.m. <br><br> Stipulated Date: December 6, 2012 <br> Time: 2:00 p.m. <br><br> Complaint Filed: August 29, 2007 |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1(b), plaintiffs Armando Plascencia and Melania Plascencia ("Plaintiffs"), defendants Lending 1st Mortgage and Lending 1st Mortgage LLC (collectively "Lending 1st"), and defendant EMC Mortgage Corporation ("EMC") (together, with Plaintiffs and Lending 1st, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, on September 10, 2012, Plaintiffs and Lending 1st filed a Joint Motion for Preliminary Approval of Partial Class Action Settlement ("Motion") (Dkt. No. 404);

WHEREAS, on September 24, 2012, EMC filed their Opposition to the Motion (Dkt. No. 407);

WHEREAS, on October 15, 2012, Plaintiffs and Lending 1st filed their Joint Reply to EMC's Opposition (Dkt. No. 413);

WHEREAS, the hearing on the Motion is set for November 15, 2012 at 2:00 p.m. before this Court;

WHEREAS, Plaintiffs' counsel, Lee A. Weiss, planned to attend the hearing, but is recovering from the power outages caused by Hurricane Sandy and the second storm that hit New York on November 8, 2012; and

WHEREAS, Lending 1st and EMC have agreed to Plaintiffs' request for a continuance of the hearing on the Motion and would not be prejudiced by this continuance;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by their undersigned counsel, Defendants Lending 1st, by their undersigned counsel, and Defendant EMC, by its undersigned counsel, that, subject to the approval of this Court:

(1) The hearing on the Joint Motion for Preliminary Approval of Partial Class Action Settlement be continued to December 6, 2012 at 2:00 p.m.; and

(2) This Stipulation may be executed in counterparts and a facsimile, PDF, or electronic signature shall be deemed to be, and shall have the same force and effect as, an original signature.

Respectfully submitted,

1

STIPULATION TO CONTINUE HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT
Case No. 4:07-cv-04485-CW

| | | |
|---|---|---|
| 1 | Dated: November 13, 2012 | /s/ *Lee A. Weiss* |
| 2 | | Lee A. Weiss (admitted *pro hac vice*)<br>lweiss@bernsweiss.com |
| 3 | | **BERNS WEISS LLP**<br>626 RXR Plaza |
| 4 | | Uniondale, NY 11556<br>Tel.: (516) 222-2900 |
| 5 | | Fax:  (818) 999-1500 |
| 6 | | - and - |
| 7 | | Jeffrey K. Berns (SBN 131351)<br>jberns@bernsweiss.com |
| 8 | | **BERNS WEISS LLP**<br>20700 Ventura Blvd., Suite 140 |
| 9 | | Woodland Hills, CA 91364<br>Tel.: (818) 961-2000 |
| 10 | | Fax: (818) 999-1500 |
| 11 | | J. Mark Moore (SBN 180473)<br>mark@spiromoore.com |
| 12 | | **SPIRO MOORE LLP**<br>11377 W. Olympic Blvd., 5th Floor |
| 13 | | Los Angeles, CA 90064<br>Tel.: (310) 235-2468<br>Fax: (310) 235-2456 |
| 14 | | |
| 15 | | Mark R. Cuker (admitted *pro hac vice*)<br>mcuker@wcblegal.com |
| 16 | | **WILLIAMS CUKER BEREZOFSKY**<br>1515 Market Street, Suite 1300 |
| 17 | | Philadelphia, PA 19102<br>Tel.: (215) 557-0099 |
| 18 | | Fax: (215) 557-0673 |
| 19 | | David M. Arbogast (SBN 167571)<br>david@arbogastbowen.com |
| 20 | | Chumahan B. Bowen (SBN 238168)<br>cbowen@arbogastbowen.com |
| 21 | | **ARBOGAST BOWEN LLP**<br>11400 W. Olympic Blvd., 2nd Floor |
| 22 | | Los Angeles, CA 90064<br>Tel.: (310) 477-7200 |
| 23 | | Fax: (310) 943-2309 |
| 24 | | Gerson H. Smoger (SBN 79196)<br>Gerson@texasinjurylaw.com |
| 25 | | Steven M. Bronson (SBN 246751)<br>steven.bronson@gmail.com |
| 26 | | **SMOGER & ASSOCIATES**<br>3175 Monterey Blvd |
| 27 | | Oakland, CA, 94602-3560<br>Tel.: (510) 531-4529 |
| 28 | | Fax: (510) 531-4377 |

Christopher A. Seeger (admitted *pro hac vice*)
Cseeger@seegerweiss.com
**SEEGER WEISS LLP**
77 Water Street, 26th Floor
New York, NY 10005
Tel.: (212) 584-0700

- and -

Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1818 Market Street, 13th Floor
Philadelphia, PA 19103
Tel.: (610) 453-6551

*Attorneys for Plaintiffs and the Class*

Dated:  November 13, 2012                        /s/ *Stephen R. Meinertzhagen*
Stephen R. Meinertzhagen (Admitted *Pro Hac Vice*)
smeinertzhagen@burkelaw.com
LeAnn Pedersen Pope (Admitted *Pro Hac Vice*)
lpope@burkelaw.com
Susan Miller Overbey (Admitted *Pro Hac Vice*)
soverbey@burkelaw.com
**BURKE, WARREN, MACKAY & SERRITELLA, P.C.**
330 North Wabash, 22nd Floor
Chicago, Illinois 60611
Tel.: 312-840-7000
Fax: 312-840-7900

Gail E. Lees (SBN 90363)
glees@gibsondunn.com
Theodore J. Boutrous, Jr. (SBN 132099)
tboutrous@gibsondunn.com
Christopher Chorba (SBN 216692)
cchorba@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Tel.: (213) 229-7000
Fax: (213) 229-7520

*Attorneys for Defendants:*
EMC MORTGAGE LLC, formerly known as EMC MORTGAGE CORPORATION

1 | Dated: November 13, 2012     /s/ *Mark S. Tratten*
Mark S. Tratten (SBN 119330)
mtratten@ericksenarbuthnot.com
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825
Tel.: (916) 483-5181

*Attorneys for Defendants:*
LENDING 1ST MORTGAGE AND LENDING 1ST MORTGAGE LLC

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: November 13, 2012
          /s/ *Lee A. Weiss*
          Lee A. Weiss (admitted *pro hac vice*)
          lweiss@bernsweiss.com
          **BERNS WEISS LLP**
          626 RXR Plaza
          Uniondale, NY 11556
          Tel.: (516) 222-2900
          Fax: (818) 999-1500

**BERNS WEISS LLP**
Jeffrey K. Berns (SBN 131351)
jberns@bernsweiss.com
20700 Ventura Boulevard, Suite 140
Woodland Hills, CA 91364
Tel.: (818) 961-2000
Fax: (818) 999-1500

- and -

Lee A. Weiss (admitted *pro hac vice*)
lweiss@bernsweiss.com
626 RXR Plaza
Uniondale, NY 11556
Tel.: (516) 222-2900
Fax:  (818) 999-1500

**WILLIAMS CUKER BEREZOFSKY**
Mark R. Cuker (admitted *pro hac vice*)
mcuker@wcblegal.com
1515 Market Street, Suite 1300
Philadelphia, PA 19102
Tel.: (215) 557-0099
Fax: (215) 557-0673

**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
bronsonlaw@gmail.com
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel.:  (510) 531-4529
Fax:  (510) 531-4377

*[Additional counsel listed on signature page]*

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1ST MORTGAGE, LENDING 1ST MORTGAGE LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | **Case No.  4:07-cv-04485-CW**<br><br>CLASS ACTION<br><br>**DECLARATION OF LEE A. WEISS IN SUPPORT OF STIPULATION TO CONTINUE HEARING ON PLAINTIFFS, LENDING 1ST MORTGAGE, AND LENDING 1ST LLC'S JOINT MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT**<br><br>Judge:              Hon. Claudia Wilken<br>Courtroom:     2, 4th Floor<br><br>Current Date:  November 15, 2012<br>Time:              2:00 p.m.<br><br>Stipulated Date:  December 6, 2012<br>Time:              2:00 p.m.<br><br>Complaint Filed:   August 29, 2007 |

I, Lee A. Weiss, declare the following pursuant to 28 U.S.C. §1746:

1

1. I am one of the attorneys of record for Plaintiffs ARMANDO PLASCENCIA and MELANIA PLASCENCIA ("Plaintiffs") and the class in the above-captioned action. The matters stated herein are known to me personally, and if called as a witness, I could and would competently testify thereto.

2. On September 10, 2012, Plaintiffs and Defendants Lending 1st Mortgage and Lending 1st Mortgage LLC (collectively "Lending 1st") filed a Joint Motion for Preliminary Approval of Partial Class Action Settlement ("Motion") (Dkt. No. 404). The hearing on the motion is scheduled for November 15, 2012 at 2:00 pm.

3. On September 24, 2012, EMC Mortgage Corporation ("EMC") filed their Opposition to the Motion (Dkt. No. 407).

4. On October 15, 2012, Plaintiffs and Lending 1st filed their Joint Reply to EMC's Opposition (Dkt. No. 413);

5. I planned on attending the hearing, but am recovering from the power outages caused by Hurricane Sandy and the second storm that hit New York on November 8, 2012.

6. Plaintiffs have not before requested a continuance of the hearing on the Motion from the Court.

7. On November 13, 2012, I contacted counsel for EMC regarding a continuance of the hearing on the Motion to December 6, 2012, to which he agreed. On November 13, 2012, my office contacted counsel for Lending 1st regarding a continuance of the hearing on the Motion to December 6, 2012, to which he agreed.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on November 13, 2012.

/s/ *Lee A. Weiss*
Lee A. Weiss

2
WEISS DECLARATION I/S/O STIPULATION TO CONTINUE HEARING ON JOINT MOTION FOR
PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT
Case No. 4:07-cv-04485-CW

**ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

(1) The hearing on the Joint Motion for Preliminary Approval of Partial Class Action Settlement is continued to December 6, 2012 at 2:00 p.m.

**IT IS SO ORDERED**

Dated: __November 14__, 2012

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

---

1

ORDER RE: STIPULATION TO CONTINUE HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL
OF PARTIAL CLASS ACTION SETTLEMENT
Case No. 4:07-cv-04485-CW