**BERNS WEISS LLP**
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Tel.: (818) 961-2000
Fax: (818) 999-1500

**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
bronsonlaw@gmail.com
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel.:   (510) 531-4529
Fax:   (510) 531-4377

**WILLIAMS CUKER BEREZOFSKY**
Mark R. Cuker (admitted *pro hac vice*)
mcuker@wcblegal.com
1515 Market Street, Suite 1300
Philadelphia, PA 19102
Tel.: (215) 557-0099
Fax: (215) 557-0673

**ARBOGAST BOWEN LLP**
David M. Arbogast (SBN 167571)
david@arbogastbowen.com
Chumahan B. Bowen (SBN 238168)
cbowen@arbogastbowen.com
11400 W. Olympic Blvd., 2nd Floor
Los Angeles, CA 90064
Tel.: (310) 477-7200
Fax: (310) 943-2309

[Additional counsel listed on signature page]

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA, and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LENDING 1ST MORTGAGE, LENDING 1ST MORTGAGE LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 07-cv-04485-CW<br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PERMISSION TO FILE NOTICE OF RECENT DECISIONS<br><br>Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor<br><br>Complaint Filed:   August 29, 2007<br>Trial Date:            Vacated |

[Proposed] Order Granting Permission to File Notice of Recent Decisions - 07-cv-04485-CW

1  Having duly considered the papers submitted by counsel with respect to Plaintiffs' Request
2  to File Notice of Recent Decisions, and good cause appearing therefore, this Court hereby
3  GRANTS Plaintiffs' request.
4
5
6  **IT IS ORDERED**.
7  Dated: _____3/1/2013_____          _____
                                       HONORABLE CLAUDIA WILKEN
8                                      UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

~~[Proposed]~~ Order Granting Permission to File Notice of Recent Decisions - 07-cv-04485-CW