**BERNS WEISS LLP**
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
20700 Ventura Boulevard, Suite 140
Woodland Hills, CA 91364
Tel.: (818) 961-2000
Fax: (818) 999-1500

- and -

Lee A. Weiss (admitted *pro hac vice*)
lweiss@law111.com
585 Stewart Avenue, Suite L-20
Garden City, New York 11530
Tel.: (516) 222-2900
Fax:  (818) 999-1500

**WILLIAMS CUKER BEREZOFSKY**
Mark R. Cuker (admitted *pro hac vice*)
mcuker@wcblegal.com
1515 Market Street, Suite 1300
Philadelphia, PA 19102
Tel.: (215) 557-0099
Fax: (215) 557-0673

**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
bronsonlaw@gmail.com
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel.:  (510) 531-4529
Fax:  (510) 531-4377

*[Additional counsel listed on signature page]*

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDING 1ST MORTGAGE, LENDING 1ST MORTGAGE LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | **Case No.  4:07-cv-04485-CW**<br><br>CLASS ACTION<br><br>**JOINT NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND STIPULATION TO VACATE DEADLINES AND STAY ALL PENDING MOTIONS**<br><br>Judge:            Hon. Claudia Wilken<br>Courtroom:    2, 4th Floor<br><br>Complaint Filed:    August 29, 2007<br>Trial Date:              Vacated |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1(b), plaintiffs Armando Plascencia and Melania Plascencia ("Plaintiffs"), and defendant EMC Mortgage Corporation ("EMC") (together, with Plaintiffs, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, on August 21, 2009, the Court entered an Order granting in part and denying in part Plaintiffs' class certification motion (Dkt. No. 178), certifying a Class to pursue claims for violations of Cal. Bus. & Prof. Code §§ 17200, *et seq*. and common law fraud.

WHEREAS, on October 16, 2009, the Court appointed Plaintiffs Armando Plascencia and Melania Plascencia as the Class Representatives, the law firms of Smoger & Associates, Arbogast & Berns LLP[1], Seeger Weiss LLP, and Williams Cuker Berezofsky as Class Counsel, and certified the following Class:

> All individuals who, between August 29, 2003 and May 12, 2011, have or have had a Monthly Option ARM loan that: (a) was originated by LENDING 1st MORTGAGE and then sold or owned by LENDING 1st MORTGAGE OR EMC MORTGAGE CORPORATION; (b) was secured by real property in the United States; and (c) was originated or otherwise approved by Defendant LENDING 1st MORTGAGE within the State of California.

On November 29, 2010, the Court appointed J. Mark Moore of Spiro Moss LLP(now known as Spiro Moore LLP) as an additional class counsel. (Dkt. No. 246.)

WHEREAS, on February 24, 2012, the Court entered an order (Dkt. No. 328) granting the parties' joint motion for administrative relief from the case management order (Dkt. No. 327) setting the final pretrial conference for October 24, 2012 at 2:00 p.m. and setting the trial date for November 5, 2012 at 8:30 a.m.

WHEREAS, on July 2, 2012, Plaintiffs filed their Motion for Partial Summary Judgment, or, in the Alternative, Summary Adjudication (Dkt. Nos. 349, 368);

---

[1] On November 1, 2011, Notices of Firm and Address Change and of Change of Firm Name were filed documenting the change of class counsel from "Arbogast & Berns LLP" to "Arbogast Bowen LLP" and "Berns Weiss LLP." (Dkt. Nos. 282, 283, and 284.)


1    WHEREAS, on July 13, 2012, EMC filed its Motion to Decertify the Class and Motion for
2    Summary Judgment (Dkt. No. 356), Motion to Exclude the Testimony of Leonard Lyons (Dkt.
3    No. 357), Motion to Exclude the Testimony of Jonathan Macey (Dkt. No. 358);
4    WHEREAS, on July 19, 2012, Plaintiffs filed their Motion to Exclude Testimony of Carol
5    Young (Dkt. No. 364);
6    WHEREAS, on August 23, 2012, the Court took the Parties motions for partial summary
7    judgment and motions to exclude the testimony of certain witnesses under submission (Dkt. No.
8    395);
9    WHEREAS, on September 19, 2012, upon the Parties' stipulation, the Court vacated the
10   October 24, 2012 final pretrial conference, the November 5, 2012 trial, and the deadlines
11   enumerated in the Court's Order for Pretrial Preparation, and ordered that within seven (7) days of
12   the Court's ruling on the parties' cross motions for summary judgment and motions to exclude, the
13   parties were to submit a joint proposed schedule for the final pretrial conference and trial date, or
14   if an agreement cannot be reached, separate proposed schedules (Dkt. Nos. 405, 406)
15   WHEREAS, the Parties participated in mediation in Philadelphia, Pennsylvania before the
16   Hon. Diane M. Welsh (Ret.) of JAMS on May 22, 2013, and continued having settlement
17   discussions thereafter with Judge Welsh's assistance (*See* Declaration of Lee A. Weiss, filed
18   concurrently with this Stipulation, ¶6.);
19   WHEREAS, on May 28, 2013, the Parties agreed to a proposed class action settlement, but
20   require additional time to prepare and execute a formal settlement agreement, and to prepare and
21   file a motion for preliminary approval (*See* Declaration of Lee A. Weiss, filed concurrently with
22   this Stipulation, ¶7.);
23   WHEREAS, no Party will be prejudiced by the relief requested in this Notice of Settlement
24   and Stipulation; and
25   WHEREAS, this Notice of Settlement and Stipulation is without prejudice to, or waiver of,
26   any rights or defenses otherwise available to the Parties in this action;
27
28

JOINT NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND STIPULATION TO VACATE
DEADLINES AND STAY ALL PENDING MOTIONS
Case No. 4:07-cv-04485-CW

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by their undersigned counsel, and Defendant, by their undersigned counsel, that, subject to the approval of this Court:

(1) All pending motions currently under submission shall be taken off calendar pending the Court's consideration of the Parties' proposed class action settlement;

(2) a motion for preliminary approval of the parties' settlement shall be filed on or before July 8, 2013; and

(3) the proceedings in this action, except as they relate to consideration of the Parties' proposed settlement, shall be stayed in their entirety.

Respectfully submitted,

Dated: May 29, 2013

/s/ *Lee A. Weiss*
Lee A. Weiss (admitted *pro hac vice*)
lweiss@law111.com
**BERNS WEISS LLP**
585 Stewart Avenue, Suite L-20
Garden City, New York 11530
Tel.: (516) 222-2900
Fax: (818) 999-1500

- and -

Jeffrey K. Berns (SBN 131351)
jberns@law111.com
**BERNS WEISS LLP**
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Tel.: (818) 961-2000
Fax: (818) 999-1500

J. Mark Moore (SBN 180473)
mark@spiromoore.com
**SPIRO MOORE LLP**
11377 W. Olympic Blvd., 5th Floor
Los Angeles, CA 90064
Tel.: (310) 235-2468
Fax: (310) 235-2456

Mark R. Cuker (admitted *pro hac vice*)
mcuker@wcblegal.com
**WILLIAMS CUKER BEREZOFSKY**
1515 Market Street, Suite 1300
Philadelphia, PA 19102
Tel.: (215) 557-0099

Fax: (215) 557-0673

David M. Arbogast (SBN 167571)
david@arbogastbowen.com
**ARBOGAST BOWEN LLP**
11400 W. Olympic Blvd., 2nd Floor
Los Angeles, CA 90064
Tel.: (310) 477-7200
Fax: (310) 943-2309

Gerson H. Smoger (SBN 79196)
Gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
**SMOGER & ASSOCIATES**
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel.: (510) 531-4529
Fax: (510) 531-4377

Christopher A. Seeger (admitted *pro hac vice*)
Cseeger@seegerweiss.com
**SEEGER WEISS LLP**
77 Water Street, 26th Floor
New York, NY 10005
Tel.: (212) 584-0700

- and -

Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1818 Market Street, 13th Floor
Philadelphia, PA 19103
Tel.: (610) 453-6551

*Attorneys for Plaintiffs and the Class*

Dated:  May 29, 2013                    /s/ Stephen R. Meinertzhagen
Stephen R. Meinertzhagen (Admitted *Pro Hac Vice*)
smeinertzhagen@burkelaw.com
LeAnn Pedersen Pope (Admitted *Pro Hac Vice*)
lpope@burkelaw.com
Susan Miller Overbey (Admitted *Pro Hac Vice*)
soverbey@burkelaw.com
**BURKE, WARREN, MACKAY & SERRITELLA, P.C.**
330 North Wabash, 22nd Floor
Chicago, Illinois 60611
Tel.: 312-840-7000
Fax: 312-840-7900

4

JOINT NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND STIPULATION TO VACATE
DEADLINES AND STAY ALL PENDING MOTIONS

Case No. 4:07-cv-04485-CW

Gail E. Lees (SBN 90363)
glees@gibsondunn.com
Theodore J. Boutrous, Jr. (SBN 132099)
tboutrous@gibsondunn.com
Christopher Chorba (SBN 216692)
cchorba@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Tel.: (213) 229-7000
Fax: (213) 229-7520

*Attorneys for Defendants:*
EMC MORTGAGE LLC, formerly known as EMC MORTGAGE CORPORATION

5

JOINT NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND STIPULATION TO VACATE
DEADLINES AND STAY ALL PENDING MOTIONS
Case No. 4:07-cv-04485-CW

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: May 29, 2013

/s/  *Lee A. Weiss*
Lee A. Weiss (admitted *pro hac vice*)
lweiss@law111.com
**BERNS WEISS LLP**
585 Stewart Avenue, Suite L-20
Garden City, New York 11530
Tel.: (516) 222-2900
Fax: (818) 999-1500

6
JOINT NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND STIPULATION TO VACATE
DEADLINES AND STAY ALL PENDING MOTIONS
Case No. 4:07-cv-04485-CW

**ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

(1) all pending motions currently under submission are **denied without prejudice as moot** pending the Court's consideration of the Parties' proposed class action settlement;

(2) a motion for preliminary approval of the parties' settlement is to be filed on or before July 8, 2013; and

(3) the proceedings in this action, except as they relate to consideration of the Parties' proposed settlement, are stayed in their entirety.

**IT IS SO ORDERED.**

Dated: _____May 30_____, 2013

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE