**BERNS WEISS LLP**
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
20700 Ventura Boulevard, Suite 140
Woodland Hills, CA 91364
Tel.: (818) 961-2000
Fax: (818) 999-1500

- and -

Lee A. Weiss (admitted *pro hac vice*)
lweiss@law111.com
585 Stewart Avenue, Suite L-20
Garden City, New York 11530
Tel.: (516) 222-2900
Fax:  (818) 999-1500

*[Additional counsel listed on signature page]*

Attorneys for Plaintiffs and the Class

**WILLIAMS CUKER BEREZOFSKY**
Mark R. Cuker (admitted *pro hac vice*)
mcuker@wcblegal.com
1515 Market Street, Suite 1300
Philadelphia, PA 19102
Tel.: (215) 557-0099
Fax: (215) 557-0673

**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
bronsonlaw@gmail.com
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel.:  (510) 531-4529
Fax:  (510) 531-4377

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>     v.<br><br>LENDING 1ST MORTGAGE, LENDING 1ST MORTGAGE LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>               Defendants. | **Case No.  4:07-cv-04485-CW**<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION TO CONTINUE DATE FOR FILING JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:          Hon. Claudia Wilken<br>Courtroom:    2, 4th Floor<br><br>Complaint Filed:  August 29, 2007<br>Trial Date:      Vacated |

1   Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1(b), plaintiffs

2   Armando Plascencia and Melania Plascencia ("Plaintiffs"), and defendant EMC Mortgage

3   Corporation ("EMC") (together, with Plaintiffs, the "Parties"), through their undersigned counsel,

4   stipulate as follows:

5   WHEREAS, upon the Parties' Joint Notice of Proposed Class Action Settlement and

6   Stipulation, on May 30, 2013 the Court, among other things, ordered that a motion for preliminary

7   approval of the Parties' settlement be filed on or before July 8, 2013;

8   WHEREAS, since May 28, 2013, when the Parties agreed to settle the action, the Parties

9   have been diligently working together to draft the settlement agreement;

10   WHEREAS, the Parties require additional time to finalize the details of the settlement

11   agreement, including a loan modification program that is a component of the settlement;

12   WHEREAS, the Parties believe that a twenty-eight day extension of the time to file a

13   motion for preliminary approval of the settlement will provide them with sufficient time to finalize

14   a settlement agreement, without the need for further extensions;

15   WHEREAS, no Party will be prejudiced by the relief requested in this Stipulation; and

16   WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or defenses

17   otherwise available to the Parties in this action;

18   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs,

19   by their undersigned counsel, and Defendants, by their undersigned counsel, that, subject to the

20   approval of this Court:

21   (1)   a motion for preliminary approval of the parties' settlement shall be filed on or

22   before August 5, 2013; and

23   (2)   the proceedings in this action, except as they relate to consideration of the Parties'

24   proposed settlement, shall remain stayed in their entirety.

25

26   Respectfully submitted,

27   Dated:  July 1, 2013              /s/ Lee A. Weiss
                                       Lee A. Weiss (admitted *pro hac vice*)
28                                     lweiss@law111.com
                                                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BERNS WEISS LLP**
585 Stewart Avenue, Suite L-20
Garden City, New York 11530
Tel.:  (516) 222-2900
Fax:   (818) 999-1500

- and -

Jeffrey K. Berns (SBN 131351)
jberns@law111.com
**BERNS WEISS LLP**
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Tel.: (818) 961-2000
Fax: (818) 999-1500

J. Mark Moore (SBN 180473)
mark@spiromoore.com
**SPIRO MOORE LLP**
11377 W. Olympic Blvd., 5th Floor
Los Angeles, CA 90064
Tel.: (310) 235-2468
Fax: (310) 235-2456

Mark R. Cuker (admitted *pro hac vice*)
mcuker@wcblegal.com
**WILLIAMS CUKER BEREZOFSKY**
1515 Market Street, Suite 1300
Philadelphia, PA 19102
Tel.: (215) 557-0099
Fax: (215) 557-0673

David M. Arbogast (SBN 167571)
david@arbogastbowen.com
**ARBOGAST BOWEN LLP**
11400 W. Olympic Blvd., 2nd Floor
Los Angeles, CA 90064
Tel.: (310) 477-7200
Fax: (310) 943-2309

Gerson H. Smoger (SBN 79196)
Gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
**SMOGER & ASSOCIATES**
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel.: (510) 531-4529
Fax: (510) 531-4377

Christopher A. Seeger (admitted *pro hac vice*)
Cseeger@seegerweiss.com
**SEEGER WEISS LLP**
77 Water Street, 26th Floor

2

JOINT STIPULATION TO CONTINUE DATE FOR FILING JOINT MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
Case No. 4:07-cv-04485-CW

1   New York, NY 10005
    Tel.: (212) 584-0700
2
                                        - and -
3
    Jonathan Shub (SBN 237708)
4   jshub@seegerweiss.com
    **SEEGER WEISS LLP**
5   1818 Market Street, 13th Floor
    Philadelphia, PA 19103
6   Tel.: (610) 453-6551

7   *Attorneys for Plaintiffs and the Class*

8

9   Dated:  July 1, 2013            /s/ Stephen R. Meinertzhagen
10                                  Stephen R. Meinertzhagen (Admitted *Pro Hac Vice*)
                                    smeinertzhagen@burkelaw.com
11                                  LeAnn Pedersen Pope (Admitted *Pro Hac Vice*)
                                    lpope@burkelaw.com
12                                  Susan Miller Overbey (Admitted *Pro Hac Vice*)
                                    soverbey@burkelaw.com
13                                  **BURKE, WARREN, MACKAY &**
                                    **SERRITELLA, P.C.**
14                                  330 North Wabash, 22nd Floor
                                    Chicago, Illinois 60611
15                                  Tel.: 312-840-7000
                                    Fax: 312-840-7900
16
                                    Gail E. Lees (SBN 90363)
17                                  glees@gibsondunn.com
                                    Theodore J. Boutrous, Jr. (SBN 132099)
18                                  tboutrous@gibsondunn.com
                                    Christopher Chorba (SBN 216692)
19                                  cchorba@gibsondunn.com
                                    **GIBSON, DUNN & CRUTCHER LLP**
20                                  333 South Grand Avenue
                                    Los Angeles, California 90071-3197
21                                  Tel.: (213) 229-7000
                                    Fax: (213) 229-7520
22
                                    *Attorneys for Defendants:*
23                                  EMC MORTGAGE LLC, formerly known as EMC
                                    MORTGAGE CORPORATION
24

25

26

27

28
                                          3
    JOINT STIPULATION TO CONTINUE DATE FOR FILING JOINT MOTION FOR
    PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
    Case No. 4:07-cv-04485-CW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained

concurrence regarding the filing of this document from the signatories to the document.

Dated:  July 1, 2013                          /s/ Lee A. Weiss
                                                      Lee A. Weiss (admitted *pro hac vice*)
                                                      lweiss@law111.com
                                                      **BERNS WEISS LLP**
                                                      585 Stewart Avenue, Suite L-20
                                                      Garden City, New York 11530
                                                      Tel.:  (516) 222-2900
                                                      Fax:  (818) 999-1500

4

JOINT STIPULATION TO CONTINUE DATE FOR FILING JOINT MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
Case No. 4:07-cv-04485-CW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

(1) a motion for preliminary approval of the parties' settlement is to be filed on or before August 5, 2013; and

(2) the proceedings in this action, except as they relate to consideration of the Parties' proposed settlement, remain stayed in their entirety.

**IT IS SO ORDERED.**

Dated: _____ July 2, 2013 _____          _____
                                           HON. CLAUDIA WILKEN
                                           UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO CONTINUE DATE FOR FILING JOINT MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
Case No. 4:07-cv-04485-CW