| | |
|---|---|
| **BERNS WEISS LLP**<br>Jeffrey K. Berns (SBN 131351)<br>jberns@law111.com<br>20700 Ventura Boulevard, Suite 140<br>Woodland Hills, CA 91364<br>Tel.: (818) 961-2000<br>Fax: (818) 999-1500<br><br>- and -<br><br>Lee A. Weiss (admitted *pro hac vice*)<br>lweiss@law111.com<br>585 Stewart Avenue, Suite L-20<br>Garden City, New York 11530<br>Tel.:  (516) 222-2900<br>Fax:   (818) 999-1500 | **WILLIAMS CUKER BEREZOFSKY**<br>Mark R. Cuker (admitted *pro hac vice*)<br>mcuker@wcblegal.com<br>1515 Market Street, Suite 1300<br>Philadelphia, PA 19102<br>Tel.: (215) 557-0099<br>Fax: (215) 557-0673<br><br>**SMOGER & ASSOCIATES**<br>Gerson H. Smoger (SBN 79196)<br>gerson@texasinjurylaw.com<br>3175 Monterey Blvd<br>Oakland, CA, 94602-3560<br>Tel.:   (510) 531-4529<br>Fax:   (510) 531-4377 |

*[Additional counsel listed on signature page]*

*Attorneys for Plaintiffs and the Settlement Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| ARMANDO PLASCENCIA and MELANIA PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>LENDING 1ST MORTGAGE, LENDING 1ST MORTGAGE LLC, EMC MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>                    Defendants. | **Case No.  4:07-cv-04485-CW**<br><br>(Assigned to Hon. Claudia Wilken)<br><br>CLASS ACTION<br><br>**JUDGMENT**<br><br><br>Complaint Filed:     August 29, 2007<br>Trial Date:              Vacated |

The Court having granted final approval of the class action settlement,

IT IS HEREBY ORDERED and adjudged that:

1. All claims of the of the named plaintiffs and the Settlement Class, as defined in the Settlement Agreement and as certified in this Court's Final Order Approving Settlement, are DISMISSED WITH PREJUDICE.  Each party shall bear their own costs.

2. Notwithstanding the dismissal of claims in the preceding paragraph, the Court retains jurisdiction as to all matters relating to the interpretation, administration, implementation, effectuation and/or enforcement of the Settlement Agreement, the Final Order Approving Settlement and Dismissing Action with Prejudice, and/or this Judgment.

3. All members of the Settlement Class, as defined in the Settlement Agreement and as certified in this Court's Final Order Approving Settlement, are permanently enjoined and barred from commencing or prosecuting any action asserting any matter within the scope of the Release set forth in the Settlement Agreement, either directly, representatively, derivatively, or in any other capacity, whether by a complaint, counterclaim, defense, or otherwise, in any local, state, or federal court, or in any agency or other authority or forum wherever located.

DATED: 1/28/2014

_____
Hon. Claudia Wilken
United States District Judge